United States District Court
Southern District of Texas
FILED

DEC 1 9 2003

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **MARIA CRUZ GARCIA,**<br>**Plaintiff** | § § § § | |
| | | **CIVIL ACTION NO.** B-03-231 |
| **V.** | § § | **JURY DEMANDED** |
| | § | |
| **R.E.E., INC. D/B/A McDONALD'S,**<br>**A TEXAS CORPORATION,**<br>**Defendant** | § § § | **REMOVED FROM THE COUNTY**<br>**COURT AT LAW NO. 3**<br>**CAMERON COUNTY, TEXAS** |

## NOTICE OF REMOVAL OF DEFENDANT,
## R.E.E., INC. D/B/A McDONALD'S, A TEXAS CORPORATION

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

Now comes, **R.E.E., Inc. D/B/A McDonald's,** ("Defendant") Defendant in the above-styled and numbered cause, and files this Notice of Removal pursuant to 28 U.S.C. § 1331 and §1441(b) to remove Plaintiff's case from the County Court at Law No. 3, Cameron County, Texas, in which it is now pending, to the United States District Court for the Southern District of Texas, Brownsville Division, and in support of such removal will show the Court the following:

### A. Introduction

1.     According to the records of the Cameron County Clerk, Plaintiff, Maria Cruz Garcia, filed her lawsuit on November 17, 2003 in the County Court at Law No. 3,

Cameron County, Texas, styled *Maria Cruz Garcia vs. R.E.E. Inc. d/b/a McDonald's, A Texas Corporation,* Cause No: 2003-CCL-1245.  (A true and correct copy of Plaintiff's Original Petition is attached under Tab 3 in the Index of Documents.)  According to the records of the Cameron County Clerk, citation addressed to Defendant's Registered Agent, Mr. Rodgers Earl Ellis, was sent to Defendant's registered office at 3000 West Cedar, Beaumont, Texas 77702 on November 17, 2003, and received November 20, 2003.  (A true and correct copy of the Citation for Personal Service - By Certified Mail is attached under Tab 4, together with true and correct copies of all papers filed in the State Court  from which removal is sought and which are attached hereto and indexed [See tab labeled "Table of Contents".], pursuant to 28 U.S.C. §1446(a) and Local Rule 81.)

2.      In her Original Petition, Plaintiff alleges she has causes of action based on federal statutes prohibiting sexual harassment/discrimination, race/national origin (Mexican) discrimination, and retaliation, and further asserts such causes of action arise from civil rights protected  under Title VII fo the Civil Rights Acts of 1964 and 1991 (as amended) and  42 U.S.C. §1981.  (Note that Plaintiff's alleged violation of the Texas Labor Code is barred for failure to file her lawsuit within 60 days from the date she received notice of her right to sue.)   Plaintiff alleges damages for compensatory and punitive damages, pre- and post-judgment interest and seeks equitable relief in the form of reinstatement.

## B. Basis for Removal

3.      Based on the foregoing, Plaintiff's suit asserts federal questions and is removable

to federal court. 28 U.S.C. §§1331, 1441(b). Specifically, Plaintiff alleges she has claims

arising under 42 U.S.C. §1981 and Title VII of the Civil Rights Act of 1964 and 1991 (as

amended), 42 U.S.C. §2000e.

4.      The thirty (30) day period within which the Defendant is required to file a

Notice of Removal has not expired. Less than one (1) year has passed since the

commencement of the action.

5.      Contemporaneous with the filing of this Notice of Removal, Defendant has

caused written notice to be served upon all adverse parties and has filed a Notice

together with a copy of this Notice of Removal with the Clerk of the County Court of

Cameron County, Texas.

## C. Jury Demand

6.      Plaintiff demanded a jury in the state court action, and Defendant hereby

demands a jury trial.

WHEREFORE, PREMISES CONSIDERED, Defendant, **R.E.E., INC. D/B/A**

**McDONALD'S, A TEXAS CORPORATION,** prays that all further proceedings in this

cause in the County Court at Law No. 3 for Cameron County, Texas, be

discontinued and that this suit be removed to the United States District Court for the

Southern District of Texas, Brownsville Division, and that this Court exercise its

original jurisdiction based upon the federal questions alleged in Plaintiff's lawsuit, and for such other and further relief to which Defendant may be justly entitled.

Respectfully submitted,

By: _____

**Tonya Beane Webber**
State Bar No. 21042300
Federal I.D. No. 6145
**PORTER, ROGERS, DAHLMAN & GORDON, P.C.**
One Shoreline Plaza, Suite 800
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3708
Telephone: (361) 880-5824
Telefax:   (361) 880-5844

**ATTORNEY-IN-CHARGE FOR DEFENDANT,
R.E.E., INC. D/B/A McDONALD'S**

**OF COUNSEL:**

**PORTER, ROGERS, DAHLMAN & GORDON**
A Professional Corporation
One Shoreline Plaza, Suite 800
Corpus Christi, Texas  78401-3708
(361) 880-5808 - Office
(361) 880-5844 - Telefax

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the Attorneys of Record of all parties to the above cause in accordance with the Federal Rules of Civil Procedure, on the 18th day of December, 2003, as follows:

**VIA CM/RRR # 7002 0510 0002 7312 9452**
Ronaldo S. Lozano
**Attorney at Law**
360 E. Hwy. 77, Suite 1
San Benito, Texas 78586-5214

_____
TONYA BEANE WEBBER

S:\R.E.E., Inc\Garcia, Maria Cruz\PLDG\Notice of Removal- Federal.wpd

---

**Notice of Removal of Defendant,**
**R.E.E., Inc. d/b/a McDonald's, A Texas Corporation**                                              **Page 5**

## INDEX OF DOCUMENTS BEING FILED

1.    List of Counsel of Record and Parties Represented

2.    Docket Sheet from the County Court at Law No. 3, Cameron County, Texas; Cause No. 2003-CCL-1245-C.

3.    11/17/03    Plaintiff's Original Petition

4.    11/17/03    Citation for Personal Service by Certified Mail to R.E.E., Inc., d/b/a McDonald's, A Texas Corporation, by serving its Registered Agent, Rodgers Earl Ellis

5.    12/09/03    Original Answer of Defendant, R.E.E., Inc. d/b/a McDonald's, A Texas Corporation

6.    12/19/03    Notice of Removal Filed in State Court

S:\R.E.E., Inc\Garcia, Maria Cruz\PLDG\Index of Removal Documents Being Filed.wpd

<u>**LIST OF ALL COUNSEL OF RECORD**</u>

**ATTORNEY FOR PLAINTIFF, MARIA CRUZ GARCIA**:

Ronaldo S. Lozano
**Attorney at Law**
360 E. Hwy. 77, Suite 1
San Benito, Texas 78586-5214
Telephone:    (956) 399-9663
Telefax:        (956) 399-8285

**ATTORNEYS FOR DEFENDANT,
R.E.E., INC. D/B/A McDONALD'S, A TEXAS CORPORATION:**

Tonya Beane Webber
**PORTER, ROGERS, DAHLMAN & GORDON, P.C.**
One Shoreline Plaza
800 North Shoreline Blvd., Suite 800
Corpus Christi, Texas  78401-3708
Telephone:  (361) 880-5824
Telefax:        (361) 880-5844

RUN DATE 12/16/03
RUN TIME 10:12 AM

PAGE: 01

2003-CCL-01245-C

* * * C L E R K ' S   E N T R I E S * * *

(004331101) RONALDO S. LOZANO

(00042801) HON. TONYA B. WEBBER

MARIA CRUZ GARCIA

VS

R.E.E., INC. D/B/A MCDONALDS A TEXAS CORPORATION

(02)          11    17    03

PERSONAL DAMAGES (EMPLOYMENT)

11/17/03  ORIGINAL PETITION FILED
11/17/03  CITATION (CM): R.E.E., INC. D/B/A
          MCDONALDS A TEXAS          FILED: 11/25/03
11/17/03    SERVED: 11/20/03
12/09/03  ORIGINAL ANSWER OF
          DEFENDANT,R.E.E,INC.D/B/A MCDONALD'S
12/09/03  ORIGINAL ANSWER: R.E.E., INC. D/B/A
          MCDONALDS A TEXAS



Before The
COUNTY COURT AT LAW
CAMERON COUNTY - No. 3
Brownsville, Texas

FILED FOR RECORD
AT ___O'CLOCK___M

NOV 17 2003

JOE G. RIVERA
CAMERON COUNTY CLERK
By_____Deputy

MARIA CRUZ GARCIA,      §
                        §
        Plaintiff,      §
                        §
Vs.                     §   Cause No. 2003-CCL-1245-C
                        §
R.E.E., Inc.            §
d/b/a McDonalds         §
A Texas Corporation     §
                        §
        Defendant.      §

-------------------------------------------------

**P E T I T I O N**

-------------------------------------------------

## I   INTRODUCTION

1.   COMES NOW, MARIA CRUZ GARCIA, PLAINTIFF, and files this employment discrimination case against R.E.E., Inc. d/b/a McDonald's. Plaintiff demands a jury trial. Plaintiff alleges her former employer violated Chapter 21.00 *et seq.* of the Texas Labor Code by discriminating against her based on, sexual harassment, race/national origin (Mexican), and retaliation, in ways including subjecting her to sexual harassment, retaliating against her because she opposed a practice made unlawful under the statute, and constructively terminating her employment on or about July 13, 2002. Plaintiff designates this case a Level II case, requests the court enter a Discovery Control Plan pursuant to Rule 190.4 of the Texas Rules of Civil Procedure, and will hereafter

PLAINTIFF'S ORIGINAL PETITION        PAGE 1

COPY

file a motion for such.

2.    Exhibits attached are **Exhibit A-** Charge of Employment discrimination, filed with the United States Equal Employment Opportunity Commission and the Texas Commission on Human Rights on or about August 8, 2002; **Exhibit B-** Equal Employment Opportunity Commission Dismissal and Notice of Rights, dated August 13, 2003.

## II    JURISDICTION

3.    The Court has jurisdiction over the subject matter and the parties.    The amount at issue is within the jurisdictional limits of the court.    All conditions precedent have been completed (See Exhibits A-B).

## III    PARTIES

### A.    Plaintiff

4.    Plaintiff Maria Cruz Garcia ("plaintiff" or by name) resides in San Benito, Cameron County, Texas 78586.

### B.    Defendants

5.    Defendant R.E.E., Inc. d/b/a/ McDonald's, is a Texas corporation, licensed to do business in Texas (Texas charter # 0032312100).    The defendant company's registered agent for service is shown below.

### IV    SERVICE OF PROCESS

6.    Plaintiff requests the Clerk issue citation for

PLAINTIFF'S ORIGINAL PETITION                    PAGE 2

the defendant corporation as "R.E.E., Inc. d/b/a/ McDonalds," and serve same by certified mail, return receipt requested, restricted delivery, to:

> Mr. RODGERS EARL ELLIS
> Registered Agent for Service
> 3000 West Cedar
> Beaumont, TX 77702

### V    STATEMENT OF THE CASE

#### A.    Facts and Allegations

7.    The defendant company owns and operates McDonald's franchises in several Texas locations, primarily in South Texas. Plaintiff began work with the company on or about May, 2001, as a kitchen helper. Approximately 1 year later plaintiff was promoted to swing manager.

Jessica Torres, store manager, had direct management authority over plaintiff. It was widely known at the Plaintiff's place of employment, including the management, that the Plaintiff was from Mexico, and further it was believed that her origins as a Mexican National objectively did not include enfranchisement within, or familial presence in the culturally or economically affluent regions of the Republic of Mexico. As a result of stereotyping, bias and prejudice, she was perceived and regarded, by other Hispanics with whom she worked, as descending from and belonging to, what is an unfortunate and illegal characterization by some, to be an inferior class of the

population of South Texas, which for purposes of this Petition, would include Mexican immigrants who are supposed by those discriminating, to be lacking social, educational or financial clout.

The hostilities and disparate treatment suffered by the Plaintiff left no question as to whether she was discriminated against illegally. The Plaintiff endured statements from her supervisors that constitute discrimination *per se*. She was told that even should she be promoted, she will never be held in any higher esteem, or regarded with the level deference commensurate with such titles, because of her perceived humble origins in Mexico.

Such derogation was not an idle threat. Through her own efforts, the Plaintiff was promoted, but she was nevertheless tasked to the more menial, undesirable and unpleasant duties, which were thought and expressed by her co-workers to be functions suitable for her because of presumptions made about her background. Unique among managers was the frequency with which the Plaintiff was required to scrub and clean surfaces, including the bathrooms and windows.

The Plaintiff's prospects for promotion and advancement were restricted by the Defendant's decision to halt computer training which the Plaintiff had begun. No plausible explanation was offered nor existed for the cessation of the

Plaintiff's computer training, nor was the decision made by the Plaintiff.

The disparate treatment attending the Plaintiff's employment was known by the management of the Defendants, through first-hand knowledge, yet no appropriate remedial action was taken.

One particular occurrence brought the Plaintiff to the realization that her employment opportunities with the Defendant were inalterably foreclosed. Due to a medical necessity within her family, the Plaintiff had received permission to have her cell phone with her at work. Unfortunately, the Plaintiff's cell phone was stolen, and coworker's denied knowledge of the theft. Before the Defendant knew the identity of the culprit, the Defendant was not opposed to the Plaintiff pursuing the matter with the police. However, while the Plaintiff was still employed, a co-worker belatedly admitted responsibility for the loss of the phone. Faced with a decision, the Plaintiff's supervisors presented an ultimatum to the Plaintiff, same being that she would have to choose between keeping her job, or dropping her efforts to have the police investigate and pursue the loss of her phone.

The ultimatum presented to the Plaintiff evidenced a conscious subordination of her legal rights, which emanated from the aforementioned held belief that her individual

rights and status were less worthy of protection than the
rights of others. Although the Defendant may have had no
legal duty to affirmatively vindicate the rights of the
Plaintiff that were breached, the Defendant's agents acted
with discriminatory intent, which arose from the precept
that the Plaintiff's rights were less valuable than others,
in their expressing their insistence that the Plaintiff drop
her efforts to pursue the matter further with the police.
The Plaintiff's experience while employed amounted to
egregious disparate treatment by the Defendant as well as
constructive discharge.

During times relevant the store manager would use
derogatory and negative language in talking to plaintiff. In
the presence of other employees, she would tell plaintiff
embarrassing natioqal origin comments. Her constant refrain
to plaintiff was " vales pa puro papa " ( literal
translation: you're worth only potatoes ), which
figuratively meant she was of little use. On occasion Ms.
Torres would say " el nopal no se te quita de la frente" (
literal: the cactus is never coming off your forehead )
which demarcated her as a foreigner who would not assimilate
into the McDonald's culture.

Torres would restrict plaintiff's freedom to
communicate with fellow employees whom had agreed to replace
the pilfered cell phone, they assert the basis was Torres

ongoing sexual relationship with at least one of the culprits implicated in the theft.

Impeded in attempting an amicable resolution of the theft, as noted, plaintiff sought the help of local police. However, she was rebuffed in this effort also, when McDonald's area supervisor Rolando Gonzalez delivered the job loss ultimatum. These episodes are reflective of where and how her complaints to defendant would be handled.

## B.    Administrative Proceedings

8.    On or about August 8, 2002 plaintiff filed a charge of employment discrimination with the United States Equal Employment Opportunity Commission ("EEOC") and the Texas Commission on Human Rights("Texas Commission") (Exhibit A). The TCHR conducted the investigation. On August 18, 2003 the Plaintiff received from EEOC a notice of plaintiff's rights to sue (Exhibit B).

9.    Plaintiff alleges that the company at times relevant did not have an adequate policy or procedure whereby employees could report unlawful harassment, including gender discrimination and sexual harassment. Even if it did have such policy or procedure, the company failed to provide information regarding same to its employees.

10.    Plaintiff alleges the company failed to adequately train Jessica Torres, and its other managers regarding the nature and prevention of unlawful harassment. The company

failed to establish an appropriate internal complaint procedure, failed to inform employees regarding filing of such complaints, or both. After the company knew or should have known that manager Torres was subjecting plaintiff and others similarly situated to gender discrimination and sexual harassment, the company was negligent in retaining Ms. Torres.

11. As the result of such practices and customs stated above, the company by and through its managers, including Jessica Torres, and perhaps other(s), created and maintained a hostile work environment towards the Plaintiff. The company subjected plaintiff to a pattern and practice of national origin/race discrimination.

12. As the result of such practices and customs her national origin was the basis for her relegation to menial tasks, regardless of her 'managerial' status. Due to Torres's frequent denigration of Plaintiff's esteem and worth within McDonalds work environment, Plaintiff sustained the indignity of being told what to do by her teenage subordinates, a fact known and condoned by Defendant's other Managers. She was routinely directed to do, and did the work normally delegated to subordinates, that Managers would not customarily subject themselves to, below Plaintiff's management status and level of authority.

C. **Claims, Causes of Action, and Remedies**

1.    **Statutory Claims:**
**Texas Labor Code- Chapter 21.00, *et seq.***

13. Defendant has violated the statutory rights of plaintiff and others similarly situated by subjecting them to sexual harassment.

2.    **Common Law Causes of Action**

14. Regarding defendants' conduct upon which plaintiff's claims of sexual harassment are based, defendant has subjected plaintiff and individuals similarly situated to negligent investigation, negligent supervision and retention, and defendants intentionally inflicted emotional distress upon same. The company negligently failed to train and supervise its supervisors and managers in matters concerning unlawful harassment. Defendants have subjected plaintiff to defamation, and defamation *per se*, including but not limited to knowingly impugning before third parties the truth of the Plaintiff's complaints, accounts and renditions, and in bad faith contradicting plaintiff's accusations regarding wrongdoings, including theft, and the identification of those committing the same. This conduct was deliberately planned and carried out as a civil conspiracy between the Defendant and others acting in concert with the Defendant, who desired the resignation or termination of the Plaintiff.

## VI    DAMAGES

15.  The company has engaged in unlawful intentional employment practices as alleged in the administrative complaint and herein.  The company has engaged in a discriminatory practice with malice or with reckless indifference to plaintiff's statutory rights.  Defendants' conduct was outrageous, and beyond the norms of civilized society.  Defendants acted with intent and malice to cause plaintiff harm, and did do so. Accordingly, plaintiff is entitled to both compensatory and punitive damages.

## VII    PLAINTIFF ASSERTS  FEDERAL CLAIMS

16.  Plaintiff does assert   federal claims herein, specifically including but not limited to, Title VII of the Civil Rights Act of 1964 and 1991 (As Amended), 42 U.S.C. § 1981.  Plaintiff  claims and causes of action under the laws of the State of Texas and U.S. Federal laws.

## VIII    PRAYER FOR RELIEF

17.  WHEREFORE, plaintiff prays the court award such relief as includes that stated below.

18.  That this Court take jurisdiction of this matter;

19.  ORDER the defendant company to reinstate plaintiff as a regular employee, with all back pay and benefits.

20.  ORDER defendant to pay plaintiff damages to make her whole, including actual, compensatory, and punitive.

21. ORDER that defendants to pay plaintiff prejudgment and post judgment interest as may be allowed by law.

22. ORDER defendants not to retaliate further against plaintiff.

23. ORDER the defendant company to pay plaintiff reasonable attorney's fees, costs of court, and expenses as provided by law.

24. ORDER such other and further relief as may be proper and just.

Respectfully Submitted,

*Ronaldo S. Lozano*

Ronaldo S. Lozano
TBN: 12648010
360 E. Hwy. 77, Suite 1
San Benito, TX 78586-5214
(956)399-9663
(956)399-8285  FAX

ATTORNEY FOR PLAINTIFF

--------------------------------------------------------------------
                    EXHIBITS FILED WITH PETITION
--------------------------------------------------------------------


**Exhibit A-** Charge of Employment discrimination, filed with
the United States Equal Employment Opportunity Commission
and the Texas Commission on Human Rights on or about August
8,2002;


**Exhibit B-** Equal Employment Opportunity Commission Dismissal
and Notice of Rights, dated August 13,2003.

# Exhibit "A"

AMENDED - 1st  **CHARGE OF DISCRIMINATION**

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

☒ FEPA
☐ EEOC

Texas Commission On Human Rights _____ and EEOC
*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Ms. Maria Cruz Garcia | (956) 399-8626 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 25779 Easy Street, San Benito, TX 78586 | | 5/3/57 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| McDonald's | Cat D (501 +) | (956) 399-6845 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1144 W. Business Hwy 77, San Benito, TX 78586 | | 061 |

| NAME | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON *(check appropriate box(es))*

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☒ OTHER *(Specify)*
Tchr Act

| DATE DISCRIMINATION TOOK PLACE | |
|---|---|
| EARLIEST | LATEST |
| 06/14/2002 12 | 07/13/2002 08/10 |
| ☐ CONTINUING ACTION | |

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s))*:
Original received August 8, 2002.

I.   On June 14, 2002, I filed a police report regarding my Cell Phone being stolen and was suspended. I was harassed and intimidated by Mrs. Jessica Torres, Manager, and Mr. Rolando Gonzales, Area Manager. On July 13, 2002, I was terminated.

II.  I was told by Mrs. Torres and Mr. Gonzales to drop the charges against co-worker Rey Urista regarding him stealing my Cell Phone or be terminated.

III. I believe that I have been discriminated against in violation of the Texas Commission on Human Rights Act, as amended, and Title VII of the Civil Rights Act of 1964, as amended, because of my National Origin, (Mexican), and in an act of retaliation for my having opposed acts I perceived to be illegally discriminatory.

IV.  Jessica Torres had a sexual relation with a fellow employee, this to the detriment of myself, since it led to an adverse personnel employment action against me based on sexual harassment.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - *(When necessary for State and Local Requirements)* |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| | SIGNATURE OF COMPLAINANT |
| Date: 1-29-03  *Maria Cruz Garcia*  Charging Party *(Signature)* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE  01-29-2003 |

EMMA ANES
NOTARY PUBLIC STATE OF TEXAS

EEOC FORM 5 (REV. 07/99)

Case 1:03-cv-00231    Document 1     Filed in TXSD on 12/19/2003     Page 23 of 34

# Exhibit "B"



## DISMISSAL AND NOTICE OF RIGHT TO FILE A CIVIL ACTION

| TO: Mariacruz Garcia<br>c/o Ronaldo Lozano, Attorney<br>360 E. Hwy. 77, Suite 1<br>San Benito, TX 78586-5214 | FROM: Texas Commission on Human Rights<br>P. O. Box 13006<br>Austin, TX 78711-3006 | |
|---|---|---|
| TCHR Charge No.<br>1A30027-S | EEOC Charge No.<br>31CA300091 | TCHR Representative<br>Patty Herrera |

THE TCHR IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the TCHR.

[ ]   Your allegations did not involve a disability that is covered by the Americans with Disabilities Act or the Texas Commission on Human Rights Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   We cannot investigate your charge because it was not filed within the time limits required by law.

[ ]   Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ]   While reasonable efforts were made to locate you, we were not able to do so.

[ ]   You had 30 days to accept a reasonable settlement offer that afforded full relief for the harm you alleged. You failed to accept the full relief.

[X]   The TCHR issues the following determination: Based upon its investigation, the TCHR is unable to conclude that the information obtained establishes any violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   Other (briefly state) _____

## NOTICE OF RIGHT TO FILE A CIVIL ACTION

Pursuant to Sections 21.252 and 21.254 of the Texas Labor Code, as amended and Chapter 327, Section 327.7 of the Commission's Rules, this notice is to advise you of your right to bring a private civil action in state court in the above referenced case. **PLEASE BE ADVISED THAT YOU HAVE SIXTY (60) DAYS FROM THE RECEIPT OF THIS NOTICE TO FILE THIS CIVIL ACTION.** (The time limit for filing suit based on a federal claim may be different.)

## EEOC REVIEW NOTICE

AS YOUR CHARGE WAS DUAL FILED UNDER TITLE VII OF THE CIVIL RIGHTS ACT/AGE DISCRIMINATION IN EMPLOYMENT ACT/AMERICANS WITH DISABILITIES ACT, WHICH ARE ENFORCED BY THE U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (EEOC), YOU HAVE THE RIGHT TO REQUEST EEOC REVIEW OF THIS FINAL DECISION ON YOUR CASE. TO SECURE A REVIEW, YOU MUST REQUEST IT IN WRITING WITHIN FIFTEEN (15) DAYS OF THE RECEIPT OF THIS NOTICE. YOUR REQUEST SHOULD BE SENT TO THE U.S. EQUAL OPPORTUNITY COMMISSION OFFICE AS APPROPRIATE.

[ ] DALLAS EEOC
      207 SOUTH HOUSTON
      DALLAS, TX 75201

[ ] HOUSTON EEOC
      1919 SMITH ROAD, 7TH FLOOR
      HOUSTON, TX 77002

[X] SAN ANTONIO EEOC
      FREDERICKSBURG PLAZA II
      5410 FREDERICKSBURG RD, STE. 200
      SAN ANTONIO, TX 78229

cc:  Tonya Beane Webber, Attorney for
      McDonald's
      800 N. Shoreline, Suite 800
      Corpus Christi, TX 78401-3708

On behalf of the Commission

_____
for J. D. Powell Executive Director

**COPY**

Citation for Personal Service ' - BY CERTIFIED MAIL          Lit. Seq. # 5.002.01

No. 2003-CCL-01245-C

## T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: R.E.E., INC. D/B/A MCDONALDS A TEXAS CORPORATION
    MR. RODGERS EARL ELLIS
    REGISTERED AGENT FOR SERVICE
    3000 WEST CEDAR
    BEAUMONT, TX 7/702

the     DEFENDANT     GREETING:

You are commanded to appear by filing a written answer to the Plaintiff's
    PETITION

at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable County Court At Law No. 3 of Cameron County at the Court House of said county in Brownsville, Texas.

Said Plaintiff's Petition was filed in said court, by
    RONALDO S. LOZANO      (Attorney for Plaintiff or Plaintiff),
whose address is P.O. BOX 406 HARLINGEN TX 78551-0406
on the 17th day of NOVEMBER , A.D. 2003, in this case numbered 2003-CCL-01245-C
on the docket of said court, and styled,

    MARIA CRUZ GARCIA
    vs.
    R.E.E., INC. D/B/A MCDONALDS A TEXAS CORPORATION

The nature of Plaintiff's demand is fully shown by a true and correct copy
of Plaintiff's      PETITION

accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, this the 17th day of NOVEMBER , A.D. 2003.



JOB G. RIVERA , County Clerk
Cameron County
974 E. Harrison St.
(P.O. Box 2178)
Brownsville, Texas 78522-2178

By: _____ , Deputy
    ELVIA M. ALATORRE

---

ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE

Rule 106 (a)(2): The citation shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true copy of the citation.

Sec. 17.027, Rules of Civil Practice and Remedies Code, if not prepared by Clerk of Court.

NAME OF PREPARER      TITLE

ADDRESS

CITY      STATE      ZIP

---

CERTIFICATE OF DELIVERY BY MAIL

I hereby certify that on the 17th of NOVEMBER , 2003, I mailed to

    R.E.E., INC. D/B/A MCDONALDS A TEXAS
by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

CERTIFIED MAIL NO.   3 69188250
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

JOB G. RIVERA , County Clerk
Cameron County, Texas

By: _____ , Deputy
    ELVIA M. ALATORRE

CAUSE NO. 2003-CCL-1245-C



MARIA CRUZ GARCIA,  §
    Plaintiff  §

vs.  §

R.E.E. INC. D/B/A McDONALD'S,  §
A TEXAS CORPORATION,  §
    Defendant  §

IN THE COUNTY COURT

AT LAW NO. 3

CAMERON COUNTY, TEXAS

FILED FOR RECORD
AT ____ O'CLOCK ____ M
DEC - 9 2003
JOE G. RIVERA
CAMERON COUNTY CLERK
By_____ Deputy

---

## ORIGINAL ANSWER OF DEFENDANT, R.E.E. INC. D/B/A McDONALD'S

---

TO THE HONORABLE STATE DISTRICT COURT JUDGE:

NOW COMES, **R.E.E. INC. D/B/A McDONALD'S, A TEXAS CORPORATION**, Defendant in the above-styled and numbered cause, and files this Original Answer, and will respectfully show the Court as follows:

1.    Defendant, **R.E.E. INC. D/B/A McDONALD'S**, denies all and singular the allegations contained in Plaintiff's Original Petition and demands strict proof thereof.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that Plaintiff take nothing by way of this suit and that Defendant recovers its costs and attorney's fees.

**JURY TRIAL DEMANDED.**

---

Original Answer of Defendant,
R.E.E. Inc. d/b/a McDonald's

Page 1

RECEIVED
DEC 12 2003.
T.B.W
Porter, Rogers
Dahlman & Gordon, P.C.

Respectfully submitted,

**PORTER, ROGERS, DAHLMAN & GORDON, P.C.**
One Shoreline Plaza
800 North Shoreline Blvd., Suite 800
Corpus Christi, Texas  78403-2968
Telephone:  (361) 880-5824
Telefax:    (361) 880-5844

By: _____
       TONYA BEANE WEBBER
       State Bar No. 21042300

**ATTORNEYS FOR DEFENDANT,
R.E.E. INC., D/B/A McDONALD'S**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served as follows upon the attorneys of record of all parties to the above cause in accordance with Rule 21a TRCP on the _____ day December, 2003.

**VIA CM/RRR # 7002 2030 0000 3644 5181**
Ronaldo S. Lozano
Attorney at Law
360 E. Hwy. 77, Suite 1
San Benito, Texas 78586-5214

_____
       TONYA BEANE WEBBER

S:\R.E.E., Inc\Garcia, Maria Cruz\PLDG\Defendants Original Answer.wpd

Original Answer of Defendant,
R.E.E. Inc. d/b/a McDonald's                                    Page 2

CAUSE NO. 2003-CCL-1245-C

| | | |
|---|---|---|
| MARIA CRUZ GARCIA,<br>Plaintiff | §<br>§<br>§ | IN THE COUNTY COURT |
| vs. | §<br>§<br>§ | AT LAW NO. 3 |
| R.E.E. INC. D/B/A McDONALD'S,<br>A TEXAS CORPORATION,<br>Defendant | §<br>§<br>§ | CAMERON COUNTY, TEXAS |

## NOTICE OF REMOVAL TO FEDERAL COURT OF DEFENDANT R.E.E.,INC. D/B/A McDONALD'S, A TEXAS CORPORATION

TO:    Mr. Joe G. Rivera, County Clerk, Cameron County, Texas, Cameron County Courthouse, 974 E. Harrison Street, Brownsville, Texas 78522-2178; and Maria Cruz Garcia, by and through her attorney of record, Mr. Ronaldo S. Lozano, 360 E. Hwy. 77, Suite 1, San Benito, Texas 78586-5214.

YOU ARE HEREBY NOTIFIED that the Defendant, R.E.E., INC., D/B/A McDONALD'S, A TEXAS CORPORATION has filed a Notice of Removal with the Clerk of the United States District Court for the Southern District of Texas, Brownsville Division. A true and correct copy of the Notice of Removal is attached hereto as Exhibit "A."

Respectfully submitted,

PORTER, ROGERS, DAHLMAN & GORDON, P.C.
One Shoreline Plaza
800 North Shoreline Blvd., Suite 800
Corpus Christi, Texas 78403-2968
(361) 880-5824 Office

(361) 880-5844 Telefax

By: _Tonya B. Webber_

**TONYA BEANE WEBBER**
State Bar No. 21042300
Federal I.D. No. 6145

**ATTORNEYS FOR DEFENDANT, R.E.E., INC., D/B/A McDONALD'S, A TEXAS CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served as follows upon the attorneys of record of all parties to the above cause in accordance with Rule 21a TRCP on the 18th day December, 2003.

**VIA CM/RRR # 7002 0510 0002 7312 9452**
Ronaldo S. Lozano
**Attorney at Law**
360 E. Hwy. 77, Suite 1
San Benito, Texas 78586-5214

_Tonya B. Webber_

**TONYA BEANE WEBBER**

S:\R.E.E., Inc\Garcia, Maria Cruz\PLDG\Notice of Removal (state) to Federal Court.wpd

---

**Notice of Removal to Federal Court of Defendant,
R.E.E., Inc. d/b/a McDonald's, A Texas Corporation**                    **Page 2**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **MARIA CRUZ GARCIA,**<br>     **Plaintiff** | §<br>§<br>§<br>§ | **CIVIL ACTION NO. _____** |
| **V.** | §<br>§ | **JURY DEMANDED** |
| **R.E.E., INC. D/B/A McDONALD'S,**<br>**A TEXAS CORPORATION,**<br>     **Defendant** | §<br>§<br>§ | **REMOVED FROM THE COUNTY**<br>**COURT AT LAW NO. 3**<br>**CAMERON COUNTY, TEXAS** |

## NOTICE OF REMOVAL OF DEFENDANT,
## R.E.E., INC. D/B/A McDONALD'S, A TEXAS CORPORATION

## TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Now comes, **R.E.E., Inc. D/B/A McDonald's,** ("Defendant") Defendant in the above-styled and numbered cause, and files this Notice of Removal pursuant to 28 U.S.C. § 1331 and §1441(b) to remove Plaintiff's case from the County Court at Law No. 3, Cameron County, Texas, in which it is now pending, to the United States District Court for the Southern District of Texas, Brownsville Division, and in support of such removal will show the Court the following:

### A. Introduction

1.    According to the records of the Cameron County Clerk, Plaintiff, Maria Cruz Garcia, filed her lawsuit on November 17, 2003 in the County Court at Law No. 3,



Cameron County, Texas, styled *Maria Cruz Garcia vs. R.E.E. Inc. d/b/a McDonald's, A Texas Corporation,* Cause No: 2003-CCL-1245. (A true and correct copy of Plaintiff's Original Petition is attached under Tab 3 in the Index of Documents.) According to the records of the Cameron County Clerk, citation addressed to Defendant's Registered Agent, Mr. Rodgers Earl Ellis, was sent to Defendant's registered office at 3000 West Cedar, Beaumont, Texas 77702 on November 17, 2003, and received November 20, 2003. (A true and correct copy of the Citation for Personal Service - By Certified Mail is attached under Tab 4, together with true and correct copies of all papers filed in the State Court  from which removal is sought and which are attached hereto and indexed [See tab labeled "Table of Contents".], pursuant to 28 U.S.C. §1446(a) and Local Rule 81.)

2.      In her Original Petition, Plaintiff alleges she has causes of action based on federal statutes prohibiting sexual harassment/discrimination, race/national origin (Mexican) discrimination, and retaliation, and further asserts such causes of action arise from civil rights protected  under Title VII fo the Civil Rights Acts of 1964 and 1991 (as amended) and  42 U.S.C. §1981. (Note that Plaintiff's alleged violation of the Texas Labor Code is barred for failure to file her lawsuit within 60 days from the date she received notice of her right to sue.)  Plaintiff alleges damages for compensatory and punitive damages, pre- and post-judgment interest and seeks equitable relief in the form of reinstatement.

## B. Basis for Removal

3.      Based on the foregoing, Plaintiff's suit asserts federal questions and is removable to federal court. 28 U.S.C. §§1331, 1441(b). Specifically, Plaintiff alleges she has claims arising under 42 U.S.C. §1981 and Title VII of the Civil Rights Act of 1964 and 1991 (as amended), 42 U.S.C. §2000e.

4.      The thirty (30) day period within which the Defendant is required to file a Notice of Removal has not expired. Less than one (1) year has passed since the commencement of the action.

5.      Contemporaneous with the filing of this Notice of Removal, Defendant has caused written notice to be served upon all adverse parties and has filed a Notice together with a copy of this Notice of Removal with the Clerk of the County Court of Cameron County, Texas.

## C. Jury Demand

6.      Plaintiff demanded a jury in the state court action, and Defendant hereby demands a jury trial.

WHEREFORE, PREMISES CONSIDERED, Defendant, **R.E.E., INC. D/B/A McDONALD'S, A TEXAS CORPORATION,** prays that all further proceedings in this cause in the County Court at Law No. 3 for Cameron County, Texas, be discontinued and that this suit be removed to the United States District Court for the Southern District of Texas, Brownsville Division, and that this Court exercise its

original jurisdiction based upon the federal questions alleged in Plaintiff's lawsuit,

and for such other and further relief to which Defendant may be justly entitled.

Respectfully submitted,

By: _____

**Tonya Beane Webber**
State Bar No. 21042300
Federal I.D. No. 6145
**PORTER, ROGERS, DAHLMAN & GORDON, P.C.**
One Shoreline Plaza, Suite 800
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3708
Telephone: (361) 880-5824
Telefax:   (361) 880-5844

**ATTORNEY-IN-CHARGE FOR DEFENDANT,
R.E.E., INC. D/B/A McDONALD'S**

**OF COUNSEL:**

**PORTER, ROGERS, DAHLMAN & GORDON**
A Professional Corporation
One Shoreline Plaza, Suite 800
Corpus Christi, Texas  78401-3708
(361) 880-5808 - Office
(361) 880-5844 - Telefax

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon

the Attorneys of Record of all parties to the above cause in accordance with the Federal

Rules of Civil Procedure, on the 18th day of December, 2003, as follows:

**VIA CM/RRR # 7002 0510 0002 7312 9452**
Ronaldo S. Lozano
**Attorney at Law**
360 E. Hwy. 77, Suite 1
San Benito, Texas 78586-5214

TONYA BEANE WEBBER

S:\R.E.E., Inc\Garcia, Maria Cruz\PLDG\Notice of Removal- Federal.wpd

---

**Notice of Removal of Defendant,**
**R.E.E., Inc. d/b/a McDonald's, A Texas Corporation**                    **Page 5**