United States District Court
Southern District of Texas
FILED

JAN 0 9 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARIA CRUZ GARCIA
Plaintiff,

CIVIL ACTION NO. B-03-231

v.

R.E.E., INC. D/B/A McDONALD'S
A TEXAS CORPORATION
Defendant.

### UNOPPOSED MOTION AND ORDER TO SUBSTITUTE COUNSEL FOR PLAINTIFF MARIA CRUZ GARCIA

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff, MARIA CRUZ GARCIA, asks the Court to substitute DAVID R. JOE as counsel of record in place of counsel RONALDO S. LOZANO. Plaintiff, in support of this motion would show the Court as follows:

1. Plaintiff MARIA CRUZ GARCIA has retained the services of attorney DAVID R. JOE.

2. Counsel DAVID R. JOE has conferred with all counsel of record, without objection having been expressed to this substitution.

3. Counsel DAVID R. JOE anticipates no delay as a result of this substitution.

Plaintiff's Motion for Substitution of Counsel — Page 1

ORIGINAL

Respectfully submitted,

BREWER, BREWER, ANTHONY
& MIDDLEBROOK, P.C.

BY: *[signature]*
David R. Joe
State Bar No. 24003872
Federal #34002
1702 E. Tyler Street, Ste. 1
Harlingen, Texas 78550
Telephone (956) 428-5500
Facsimile (956) 428-5518
ATTORNEY FOR MARIA GARCIA

### CERTIFICATE OF CONFERENCE

I certify that I have discussed the substitution of counsel sought in this motion with counsel of record, on or before the date of filing, and neither counsel has expressed objection to the same.

*[signature]*
DAVID R. JOE

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of this motion was served in accordance with the Federal Rules of Civil Procedure this ___6th___ day of January, 2004, on counsel of record:

Tonya Beane Webber
Porter Rogers Dahlman & Gordon
One Shoreline Plaza
800 North Shoreline, Suite 800
Corpus Christi, Texas

Ronaldo S. Lozano
Attorney At Law
360 E. Hwy. 77, Suite 1
San Benito, Texas 78586-5216

*[signature]*
DAVID R. JOE

Plaintiff's Motion for Substitution of Counsel – Page 3