United States District (
Southern District of T...
FILED

JAN 2 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARIA CRUZ GARCIA
Plaintiff,

CIVIL ACTION NO. B-03-CV-231

v.

R.E.E., INC. D/B/A McDONALD'S
A TEXAS CORPORATION
Defendant.

## PLAINTIFF MARIA CRUZ GARCIA'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, MARIA CRUZ GARCIA identifies the following Parties as the only entities with a financial interest in the present litigation:

1)   Plaintiff, MARIA CRUZ GARCIA;

2)   Defendant, R.E.E., INC. D/B/A McDONALD'S, a TEXAS CORPORATION

Respectfully submitted,

BREWER, BREWER, ANTHONY
& MIDDLEBROOK, P.C.

BY: _____
David R. Joe
State Bar No. 24003872
Federal #34002
1702 E. Tyler Street. Ste. 1
Harlingen, Texas 78550
Telephone (956) 428-5500
Facsimile (956) 428-5518
ATTORNEY FOR MARIA GARCIA

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Certificate was served in accordance with the Federal Rules of Civil Procedure this 23rd day of January, 2004, on counsel of record:

| | |
|---|---|
| Tonya Beane Webber | Ronaldo S. Lozano |
| Porter Rogers Dahlman & Gordon | Attorney At Law |
| One Shoreline Plaza | 360 E. Hwy. 77, Suite 1 |
| 800 North Shoreline, Suite 800 | San Benito, Texas 78586-5216 |
| Corpus Christi, Texas | |

_____
DAVID R. JOE