United States District Court
Southern District of Texas
FILED

JAN 2 9 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA CRUZ GARCIA,<br>    Plaintiff | § § § § | |
| | § | CIVIL ACTION NO. B-03-231 |
| V. | § § | JURY DEMANDED |
| | § | |
| R.E.E., INC. D/B/A McDONALD'S,<br>A TEXAS CORPORATION,<br>    Defendant | § § § | REMOVED FROM THE COUNTY<br>COURT AT LAW NO. 3<br>CAMERON COUNTY, TEXAS |

## CERTIFICATE OF INTERESTED PARTIES
## OF DEFENDANT, R.E.E., INC. D/B/A McDONALD'S, A TEXAS CORPORATION

Pursuant to the Order of Conference and Disclosure of Interested Parties, Defendant, R.E.E., Inc. D/B/A McDonald's, A Texas Corporation, hereby files its certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation as follows:

1.   Plaintiff, Maria Cruz Garcia,

2.   Ronaldo S. Lozano, Attorney for Plaintiff, and

3.   R.E.E., Inc. D/B/A McDonald's, A Texas Corporation, Defendant.

Respectfully submitted,

By: *[signature]*

**Tonya Beane Webber**
State Bar No. 21042300

Federal I.D. No. 6145
**PORTER, ROGERS, DAHLMAN & GORDON, P.C.**
One Shoreline Plaza, Suite 800
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3708
Telephone: (361) 880-5824
Telefax: (361) 880-5844
**ATTORNEY-IN-CHARGE FOR DEFENDANT,
R.E.E., INC. D/B/A McDONALD'S**

**OF COUNSEL:**

**PORTER, ROGERS, DAHLMAN & GORDON**
A Professional Corporation
One Shoreline Plaza, Suite 800
Corpus Christi, Texas 78401-3708
(361) 880-5808 - Office
(361) 880-5844 - Telefax

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the Attorneys of Record of all parties to the above cause in accordance with the Federal Rules of Civil Procedure, on the 21st day of January, 2004, as follows:

**VIA CM/RRR 7001 2510 0004 2027 4801**
Ronaldo S. Lozano
**Attorney at Law**
360 E. Hwy. 77, Suite 1
San Benito, Texas 78586-5214

**VIA CM/RRR 7001 2510 0004 2027 4702**
David R. Joe
**Brewer, Brewer, Anthony & Middlebrook, P.C.**
1702 E. Tyler Street, Suite 1
Harlingen, Texas 78550

Tonya Beane Webber

S:\R.E.E., Inc\Garcia, Maria Cruz\PLDG\INTERESTEDPARTIES.wpd
991076.35/mlg

---

**Certificate of Interested Parties of Defendant,
R.E.E., Inc.. D/B/A McDonald's, A Texas Corporation**                                        Page 2