IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 3 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

MARIA CRUZ GARCIA
Plaintiff,

v.

CIVIL ACTION NO. B-03-CV-231

R.E.E., INC. D/B/A McDONALD'S
A TEXAS CORPORATION
Defendant.

## ORDER ON UNOPPOSED MOTION TO SUBSTITUTE COUNSEL FOR PLAINTIFF MARIA CRUZ GARCIA

Having considered the Plaintiff's unopposed Motion to Substitute Counsel, this Court Grants said Motion, hereby approving the Substitution of DAVID R. JOE as counsel of record in place of prior counsel, RONALDO S. LOZANO.

WHEREFORE, PREMISES CONSIDERED
IT IS SO ORDERED:

_____
Judge Presiding
Date: 1/25/04

Order on Plaintiff's Motion for Substitution of Counsel — Solo Page 1