United States District Court
Southern District of Texas
FILED
APR 0 2 2004
Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Maria Cruz Garcia, Plaintiff | § § § | |
| v. | § § | CIVIL ACTION NO. B. 03-231 |
| R.E.E., Inc., Defendant | § § § | |

## JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER RULE 26(f), FEDERAL RULES OF CIVIL PROCEDURE

1. **State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.**

   Counsel for Plaintiff and Defendant met in a teleconference held on March 23, 2004.

2. **List the cases related to this one that are pending in any state or federal court with the case number and court.**

   None known.

3. **Briefly describe what this case is about.**

   This is an employment discrimination case. The Plaintiff's national origin was held against her by the Defendant's senior management. The Plaintiff was treated differently because of national origin prejudices, (Mexican) such that her assignments and duties remained menial and below that of her title. The Plaintiff was harassed at convenient opportunities by her co-workers who subordinated her legal rights by, for example, forcing the Plaintiff to abandon a police report against an employee for theft, under penalty of losing her job. All allegations are denied by

the Defendant.

4. **Specify the allegation of federal jurisdiction.**

   This case was removed pursuant to 28 U.S.C. § 1331 and §1441(b) and premised upon Title VII of the Civil Rights Acts of 1964 and 1991 (as amended) and 42 U.S.C. §1981, and Plaintiff did not seek remand.

5. **Name the parties who disagree and the reasons.**

   None.

6. **List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.**

   None known at this time.

7. **List anticipated interventions.**

   None anticipated at this time.

8. **Describe class-action issues.**

   None.

9. **State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.**

   Initial disclosures will be made on or before April 8, 2004.

10. **Describe the proposed agreed discovery plan, including:**

    A. **Responses to all the matters raised in Rule 26(f).**

    The parties shall respond to one another on or before April 8, 2004.

    B. **When and to whom the plaintiff anticipates it may send interrogatories.**

    On or before August 1, 2004, Plaintiff will send interrogatories to Defendant.

    C. **When and to whom the defendant anticipates it may send interrogatories.**

    On or before July 1, 2004, Defendant will send interrogatories to Plaintiff.

D. **Of whom and by when the plaintiff anticipates taking oral depositions.**

On or before September 1, 2004, Plaintiff will identify deponents requested to Defendant.

E. **Of whom and by when the defendant anticipates taking oral depositions.**

On or before August 1, 2004, Defendant will depose Plaintiff. Defendant will also depose custodians of records relevant to this case as revealed by Plaintiff.

F. **When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.**

None anticipated, but on or before June 1, 2004, Plaintiff will designate experts. On or before July 15, 2004, Defendant will designate experts, and provide reports on or before September 30, 2004.

G. **List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).**

None designated at this time.

H. **List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).**

None designated at this time, but on or before June 1, 2004, Plaintiff will designate experts, and such depositions will be taken on or before July 15, 2004.

11. **If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.**

The parties have agreed and agree to agree.

12. **Specify the discovery beyond initial disclosures that has been undertaken to date.**

    None taken to date.

13. **State the date the planned discovery can reasonably be completed.**

    Planned discovery is anticipated to be completed by February 28, 2005.

14. **Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.**

    The parties have discussed mediation at the early stages to determine whether this matter can be resolved before extensive discovery.

15. **Describe what each party has done or agreed to do to bring about a prompt resolution.**

    The parties have discussed mediation at the early stages to determine whether this matter can be resolved before extensive discovery, and will discuss mediation with their respective clients.

16. **From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.**

    The parties have discussed mediation at the early stages to determine whether this matter can be resolved before extensive discovery. If mediation is a viable option, the parties agree to submit the case to mediation on or before December 31, 2004.

17. **Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.**

    The parties have not agreed to hearing before a magistrate.

18. **State whether a jury demand has been made and if it was made on time.**

    Jury demanded timely.

19. **Specify the number of hours it will take to present the evidence in this case.**

    30 hours at a minimum

20. **List pending motions that could be ruled on at the initial pretrial and scheduling conference.**

    None.

21. **List other motions pending.**

    None at this time.

22. **Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.**

    Nothing known at this time.

23. **List the names, bar numbers, addresses and telephone numbers of all counsel.**

    David R. Joe
    Federal Court ID No. 34002
    Texas State Bar No. 24003872
    **Brewer, Brewer, Anthony & Middlebrook, P.C.**
    1702 E. Tyler Street, Suite 1
    Harlingen, Texas 78550
    (956) 428-5500

    Tonya Beane Webber
    Federal Court ID No. 6145
    Texas State Bar No. 21042300
    **Porter, Rogers, Dahlman & Gordon, P.C.**
    One Shoreline Plaza, Suite 800
    800 North Shoreline Boulevard
    Corpus Christi, Texas 78401
    (361) 880-5824

Counsel for Plaintiff                                         Date: April 1, 2004

_/s/ David Joe_ (by Tonya Beane Webber, with permission)
David Joe
Brewer, Brewer, Anthony & Middlebrook, P.C.

Counsel for Defendant

*(signature)*

Tonya Beane Webber
Porter, Rogers, Dahlman & Gordon, P.C.

Date: April 1, 2004

S:\R.E.E., Inc\Garcia, Maria Cruz\PLDG\Rule 26f-01.wpd