

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

<u>INITIAL PRETRIAL & SCHEDULING CONFERENCE</u>

CIVIL ACTION NO. <u>B-03-231</u>     DATE & TIME: <u>4/22/04 @ 9:36-9:52 a.m.</u>
                                           COUNSEL:

<u>MARIA CRUZ GARCIA</u>              §   <u>David Joe</u>

VS                                §

<u>R.E.E., INC., a Texas Corp.</u>   §   <u>Tonya Beane Webber</u>
<u>dba McDonald's</u>                §

Courtroom Deputy: Irma Soto
Law Clerk:        Michele O'Leary
Court Reporter:   Barbara Barnard
CSO:              Zepeda


Case called on the docket. David Joe appeared for Plaintiff. Tonya Beane Webber appeared for the Defendant. Parties announced present and ready and state their facts of the case to the Court.

The following deadlines are set by the Court:

  Plaintiff's experts & reports by 7/31/04
  Defendant's experts & reports by 9/30/04
  Discovery completed by 2/28/05
  Dispositive motions filed by 1/14/05
  Non-Dispositive motions filed by 2/28/05
  Joint Pretrial Order due by 3/11/05
  Final Pretrial Conference is set for April, 2005 @ 1:30 p.m.
  Jury Selection is set for April, 2005 @ 9:00 a.m. Counsel will do voir dire. Jury to be 12 members w/10 or more required for a verdict.
  ETT: 3-4 days

Any of these deadlines may be changed by agreement with exception of the Joint Pretrial Order, Final Pretrial Conference and Jury Selection dates. Attorneys to notify the Court by letter and signed by them of any changes.

Court is adjourned.