IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA CRUZ GARCIA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-231 |
| | § | |
| R.E.E., INC., A Texas Corporation | § | |
| dba McDonald's | § | |

## Scheduling Order

1. Trial: Estimated time to try: __3 - 4__ days.  ☐ Bench  ■ Jury

2. New parties must be joined by: _____
    *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   July 31, 2004

4. The defendant's experts must be named with a report furnished by:   September 30, 2004

5. Discovery must be completed by:   February 28, 2005

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:   January 14, 2005

   Non-Dispositive Motions will be filed by:   February 28, 2005

************************   The Court will provide these dates.   ************************

7. Joint pretrial order is due:   March 11, 2005

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Final Pretrial Conference is set for 1:30 p.m. on:   April 2005

9. Jury Selection is set for 9:00 a.m. on:*   April 2005

*Counsel to do voir dire. Jury to be twelve (12) members with the agreement of ten (10) or more members on each issue required to reach a verdict.

The case will remain on standby until tried.

Signed this the __22nd__ day of __April__, 2004.

Andrew S. Hanen
United States District Judge

xc: **ALL COUNSEL OF RECORD**