IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIE CRUZ GARCIA, )( | |
| Plaintiff )( | |
| )( | |
| VS. )( | CIVIL ACTION NO. B-03-CV-231 |
| )( | |
| R.E.E., INC., D/B/A )( | |
| McDONALDS, A TEXAS )( | |
| CORPORATION, )( | |
| Defendant )( | |

ORAL DEPOSITION OF
MARIE CRUZ GARCIA
NOVEMBER 9, 2004

**ORIGINAL**

ORAL DEPOSITION OF MARIE CRUZ GARCIA, produced as a witness at the instance of the DEFENDANT, taken in the above-styled and numbered cause on NOVEMBER 9, 2004, reported by RHONDA A. MARTIN, Certified Court Reporter No. 4297, in and for the State of Texas, at the offices of Bryant & Stingley, Inc., 2010 East Harrison, Harlingen, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached therein.

| | | |
|---|---|---|
| 13:23:06 | 1 | on this month, right? It was in October -- at the end |
| 13:23:11 | 2 | of October. |
| 13:23:12 | 3 | Q. Okay. Of 2002? |
| | 4 | A. Yes. |
| 13:23:22 | 5 | Q. Okay. Did you attend school in Mexico? |
| 13:23:28 | 6 | A. No. |
| 13:23:29 | 7 | Q. No? |
| 13:23:29 | 8 | A. No. |
| 13:23:32 | 9 | Q. Okay. Is this the first schooling, then, that |
| 13:23:35 | 10 | you've had, is what you're getting at Rio Hondo? |
| 13:23:44 | 11 | A. No. No. Before, I tried -- when I was at |
| 13:23:51 | 12 | McDonald's, I tried to study. |
| 13:23:56 | 13 | Q. Where? |
| 13:23:57 | 14 | A. In Harlingen. |
| 13:23:59 | 15 | Q. And what was the name of that school? |
| 13:24:03 | 16 | A. I don't know. |
| 13:24:04 | 17 | Q. What were you studying? |
| 13:24:08 | 18 | A. English, and then in Rio Hondo the same. I |
| 13:24:18 | 19 | went -- here it was in English on the computer, and in |
| 13:24:23 | 20 | Rio Hondo at another school they taught me Spanish and |
| 13:24:31 | 21 | English. |
| 13:24:31 | 22 | Q. Where was that? |
| 13:24:35 | 23 | A. There where all of the schools are. It opened |
| 13:24:43 | 24 | up for two hours at night. |
| 13:24:45 | 25 | Q. Okay. Is this a program of the Harlingen |

| | | |
|---|---|---|
| 13:21:09 | 1 | you? |
| 13:21:11 | 2 | A.  In Spanish.  Yes.  They asked for my name and |
| 13:21:16 | 3 | what year was I born, and I don't remember what other |
| 13:21:21 | 4 | things.  I think it was for the check and for the -- |
| 13:21:28 | 5 | when the income was made.  They were personal |
| 13:21:35 | 6 | information. |
| 13:21:39 | 7 | Q.  Okay.  Do you read Spanish? |
| 13:21:43 | 8 | A.  Yes, a little. |
| 13:21:47 | 9 | Q.  Okay.  Do you read any English? |
| 13:21:53 | 10 | A.  I have tried, but I -- I don't understand.  I |
| 13:21:57 | 11 | am going to school. |
| 13:21:58 | 12 | Q.  Okay.  Where are you going to school? |
| 13:22:00 | 13 | A.  In Rio Hondo. |
| 13:22:04 | 14 | Q.  What kind of school is that? |
| 13:22:08 | 15 | A.  The school is called Intermediate, and it's an |
| 13:22:17 | 16 | English school for all of the Mexican people that do |
| 13:22:20 | 17 | not know English. |
| 13:22:22 | 18 | Q.  Okay.  So you are learning to speak English? |
| 13:22:26 | 19 | A.  Yes. |
| 13:22:26 | 20 | Q.  And you're learning to read English? |
| 13:22:39 | 21 | A.  A little. |
| 13:22:40 | 22 | Q.  When did you start school in Rio Hondo? |
| 13:22:45 | 23 | A.  Last year.  This year it will be two years. |
| 13:22:52 | 24 | Q.  Okay.  Do you remember what month? |
| 13:22:58 | 25 | A.  It was a month -- let me see.  Thanksgiving is |

| | | |
|---|---|---|
| 13:56:38 | 1 | change when you were promoted to team leader? |
| 13:56:46 | 2 | A. How did it change? |
| 13:56:48 | 3 | Q. Yes, ma'am. |
| 13:56:53 | 4 | A. That we -- we were three, two women and one |
| 13:57:01 | 5 | man. According to Ruben, he chose the ones that were |
| 13:57:05 | 6 | more punctual. And to be -- to see that everything was |
| 13:57:15 | 7 | clean, that we would all be working in order. |
| 13:57:23 | 8 | Q. So you said there were three women and one man? |
| 13:57:30 | 9 | A. Two women and one man. |
| 13:57:33 | 10 | Q. Two women and one man. |
| 13:57:38 | 11 | Okay. This is when you were the team |
| 13:57:40 | 12 | leader? |
| 13:57:41 | 13 | A. Yes. |
| 13:57:41 | 14 | Q. And were you one of the women? |
| 13:57:44 | 15 | A. Yes. |
| 13:57:44 | 16 | Q. And so what -- how was your job any different |
| 13:57:48 | 17 | from what you had before you were team leader? |
| 13:57:57 | 18 | A. Before, well, it was better. I felt better |
| 13:58:12 | 19 | because I had to check -- I would help Ruben do the |
| 13:58:20 | 20 | estimates in Spanish and I would help him to check that |
| 13:58:32 | 21 | everything that had to do with the foods, that they had |
| 13:58:37 | 22 | not expired, that the dates had to be put on from when |
| 13:58:45 | 23 | to when so that the workers would not use some food |
| 13:58:51 | 24 | that had already been expired in time. |
| 13:58:55 | 25 | Q. Okay. |

| | | |
|---|---|---|
| 14:00:58 | 1 | the temperature, that they would not be there cooked |
| 14:01:06 | 2 | for too long, that the salads would not be there for |
| 14:01:11 | 3 | more time than they should, the ice cream machines, for |
| 14:01:18 | 4 | them to be clean and full. |
| 14:01:21 | 5 | Q. Did you clean them or -- |
| 14:01:24 | 6 | A. No. |
| 14:01:24 | 7 | Q. You would tell someone to clean them? |
| 14:01:28 | 8 | A. Yes. |
| 14:01:31 | 9 | Q. Okay. What else? |
| 14:01:40 | 10 | A. I would help to receive when the truck arrived |
| 14:01:47 | 11 | with the load and have everything in order. |
| 14:01:55 | 12 | Q. Receive the inventory? |
| 14:02:00 | 13 | A. Yes. |
| 14:02:01 | 14 | Q. Okay. Were you ever left in charge of the |
| 14:02:05 | 15 | restaurant? |
| 14:02:11 | 16 | A. No. Me by myself, no. |
| 14:02:16 | 17 | Q. Were you given charge over any other employees |
| 14:02:22 | 18 | at any time? |
| 14:02:26 | 19 | A. Yes. |
| 14:02:26 | 20 | Q. When was that? |
| 14:02:30 | 21 | A. I don't remember. When Ruben was there, but |
| 14:02:39 | 22 | there was another one with me that knew English. |
| 14:02:43 | 23 | Q. Okay. |
| 14:02:44 | 24 | A. Another manager. We were two and two. |
| 14:02:50 | 25 | Q. Okay. So would it be correct to say that Ruben |

| | | |
|---|---|---|
| 13:51:32 | 1 | THE WITNESS: No, but in the middle -- in the middle, what is that called, that name that I gave you? |
| 13:51:47 | 4 | MR. GARCIA: Team leader, and then the swing manager. She was promoted to manager, something like that, assistant. |
| 13:52:08 | 7 | Q. Did you get a raise when you were promoted? |
| 13:52:12 | 8 | A. Yes. |
| 13:52:13 | 9 | Q. What was -- what did you start out at? |
| 13:52:18 | 10 | A. I started at 5.15. |
| 13:52:23 | 11 | Q. Okay. And then after five months you said you were promoted? |
| 13:52:28 | 13 | A. Yes. |
| 13:52:28 | 14 | Q. And what was that position? Team leader? |
| 13:52:37 | 15 | A. Yes. |
| 13:52:37 | 16 | Q. And what did you make then? |
| 13:52:43 | 17 | A. 5.45. |
| 13:52:45 | 18 | Q. And then how long were you a team leader before your position changed again? |
| 13:52:54 | 20 | A. About six months -- |
| 13:52:57 | 21 | Q. Did you get another raise? |
| 13:53:00 | 22 | A. -- more or less. |
| 13:53:02 | 23 | Yes. |
| 13:53:03 | 24 | Q. What was your raise to? |
| 13:53:10 | 25 | A. 6.10. |

| | | |
|---|---|---|
| 13:53:12 1 | Q. | And this was as a swing manager? |
| 13:53:14 2 | A. | Yes. |
| 13:53:14 3 | Q. | And were you promoted again after that, or was |
| 13:53:17 4 | that the last position you held? | |
| 13:53:20 5 | A. | That was the last one. |
| 13:53:22 6 | Q. | Okay. |
| 13:53:23 7 | A. | The last one. |
| 13:53:24 8 | Q. | And did all of these promotions take place |
| 13:53:27 9 | under Ruben? | |
| 13:53:31 10 | A. | Yes. |
| 13:53:33 11 | Q. | Did your -- did you ever receive any other |
| 13:53:37 12 | raises before you quit? | |
| 13:53:41 13 | | MR. JOE: Objection, form. |
| 13:53:43 14 | A. | No. |
| 13:53:50 15 | Q. | Was your pay ever reduced? |
| 13:53:55 16 | A. | No. |
| 13:54:06 17 | Q. | Were you ever demoted from swing manager, to |
| 13:54:09 18 | your knowledge? | |
| 13:54:15 19 | A. | No. They just took hours away. |
| 13:54:21 20 | Q. | Did anyone else lose hours? |
| 13:54:26 21 | A. | No. Only me. |
| 13:54:30 22 | Q. | Who did the schedules? |
| 13:54:37 23 | A. | Diana would do them, Jessica's assistant. |
| 13:54:43 24 | Q. | Do you know her last name? |
| 13:54:45 25 | A. | No. |

1   Q.  Okay.

2   A.  Also about the sausage, that I could not say

3   well "sausage."  And when I would speak to the

4   coworkers for them to supply what had to be supplied or

5   for them to give it to me because one is in a hurry to

6   get out the orders, and I told them, "Man, I need some

7   more sausage," then she would say the same thing that I

8   would say but in a -- making fun, saying, "More

9   sausages.  Man, more sausages."

10  Q.  Did she -- did Jessica ever make fun of anybody

11  else?

12  A.  No.  She would get along with the workers.  For

13  example, she would spray the liquid that we used to

14  wash.  She would throw it at the men and then they

15  would go and pull her blouse like this and put -- or

16  put drops of cold Coke.

17  Q.  Did you ever talk to Rolando about any of the

18  things that you've just told us?

19  A.  I told Rolando the day.  Yes, I told him.  He

20  did not take me into account.

21  Q.  The day that you talked to Rolando about the

22  cell phone?

23  A.  Yes.

24  Q.  What did you tell him?

25  A.  I told him because since he reprimanded me on

1        I -- with my eyes full of tears, I went,
2  checked -- checked out and I was taking off my apron.
3  When she went, she took me by one arm and pulled me
4  inside very angry and told me, "Here what I say is
5  going to be done because we are not in Mexico. We are
6  in the United States. And here I am the one that gives
7  the orders."
8      Q. That's what you told Rolando?
9      A. I told Rolando.
10     Q. And the -- and when this conversation occurred
11 with Rolando was when you spoke to him about the cell
12 phone?
13     A. Yes.
14     Q. Okay.
15     A. Yes.
16     Q. That's the only time you ever spoke to Rolando?
17     A. Yes.
18     Q. Okay.
19     A. Yes. Because since he reprimanded me very
20 angry, I tried to tell him everything that she had told
21 me, about the cactus on my forehead, of my old car, of
22 one day that I cut my hair and she criticized me that
23 with that haircut, I looked like from Mexico -- from a
24 small town in Mexico. I told her that -- I told him
25 that they made fun of me.

BRYANT & STINGLEY, INC.
McAllen     Harlingen     Brownsville
(956) 618-2366    (956) 428-0755    (956) 542-1020

```
:52   1        A.   Yes, my uniform washed and ironed, ready to
:58   2   work.
:03   3        Q.   Anything else you can think of?
:06   4        A.   Yes.  At lunch -- at the lunch hour, I would go
:13   5   eat like always.  One would get your food and go eat at
:21   6   the front.  And she would tell me to go eat at the
:26   7   back, that that is why that back part is there, so that
:32   8   we would eat.  But the other ones, everyone else, she
:37   9   would let them eat in front.  Her pets, the ones that
:43  10   she liked the most, she would give them the food, and
:47  11   also for their boyfriends.
:54  12        Q.   Who were the pets?
:55  13        A.   The name is -- I don't remember.  It was two of
:07  14   them.
:08  15        Q.   Women?
:41  16        A.   Yes.  No, I don't remember the name.
:43  17        Q.   Okay.  If you remember, let me know.
:47  18        A.   Okay.
:48  19        Q.   Any other complaints?
:54  20        A.   One day it was just me and another coworker
:58  21   working alone, and a man arrived dressed like a Marine,
:04  22   a white uniform.  And you could see that she was
:09  23   waiting for him.  He arrived and sat in there in the
:18  24   front.  And she went and sat with him.  And she would
:22  25   go like that to me, like if she were saying, "Her,
```

15:40:26  1   it -- about a month -- a month's training there at the
15:40:31  2   store at the computer to enter the money that had been
15:40:39  3   left from the night and what was going to be taken. I
15:40:47  4   had the key to the safe deposit, but as soon as Jessica
15:40:55  5   arrived, everything ended.
15:40:58  6           As a matter of fact, Ruben, when he left,
15:41:03  7   he left a paper there saying -- recommending all of us
15:41:12  8   workers, who was the one that had bad conduct, who were
15:41:19  9   the ones that worked well. As a matter of fact, my
15:41:25 10   coworkers, the managers congratulated me because Ruben
15:41:31 11   left a written page, "Marie Cruz is a good worker, but
15:41:38 12   the only thing that she needs is help." But as if they
15:41:46 13   had told her, "Cut the line from where she's hanging
15:41:53 14   onto," because it ended.
15:42:01 15       Q.  Did -- did any of the other managers that
15:42:09 16   worked under Ruben -- did their jobs or
15:42:17 17   responsibilities change when Jessica came?
15:42:24 18       A.  Yes, a lot. As a matter of fact, they saw that
15:42:28 19   I cried a lot because of everything that they did to
15:42:30 20   me. And Mario would tell me, "You know what, Marie
15:42:42 21   Cruz? I'm about to leave also. Sometimes I have one
15:42:46 22   foot on the outside. But what makes me put up with it
15:42:51 23   is because I have the car loan, I pay rent, and support
15:42:57 24   my wife."
15:43:02 25       Q.  Who else complained?

BRYANT & STINGLEY, INC.
McAllen           Harlingen          Brownsville
(956)618-2366   (956)428-0755    (956)542-1020
(800)462-0253 (STATEWIDE)