15:46:57 1    little part and then we will.

15:46:59 2        Q.  Who else complained about Jessica?

15:47:09 3        A.  The ones that I had a lot of communication were

15:47:13 4    with the managers.  It was Israel and Mario and Diana

15:47:25 5    and Daisy and Teresa.  They put up with it because they

15:47:33 6    needed the job.

15:47:34 7        Q.  What did Teresa complain about?

15:47:41 8        A.  She would only tell me, "I can't stand her.  I

15:47:44 9    can't stand her."

15:47:45 10       Q.  You don't know why?

15:47:48 11       A.  No.  She didn't tell me because she was the one

15:47:53 12   that would console me.

15:47:56 13       Q.  Did -- did you ever see Teresa cry?

15:48:05 14       A.  Yes.

15:48:07 15       Q.  When it was about Jessica?

15:48:12 16       A.  Yes.

15:48:14 17       Q.  But you don't know what happened?

15:48:16 18       A.  No.

15:48:19 19       Q.  Did Jessica ever make fun of Teresa?

15:48:28 20       A.  No.  No.  I don't know.

15:48:30 21       Q.  Did she ever make fun of Diana?

15:48:39 22       A.  No.

15:48:39 23       Q.  What about Israel?

15:48:45 24       A.  Of Israel?  Well, once only on one occasion I

15:48:54 25   heard that she told him something, but I did not hear,

14:14:49  1  Q. Do you know the date?

14:14:57  2  A. Yes, but right now I do not remember.  What I

14:15:04  3 do know are the days.  It was a Friday.  I did not work

14:15:10  4 Saturday and Sunday.  And I went back on Tuesday, but I

14:15:22  5 don't know if I can say everything.

14:15:26  6  Q. What do you mean?

14:15:29  7  A. When I returned, I was hopeful that Jessica

14:15:36  8 would check the cameras -- she was the manager -- so

14:15:42  9 that she could see who had taken it.

14:15:45 10  Q. This was on Tuesday?

14:15:48 11  A. Tuesday, yes.  When I went back to the job, I

14:15:58 12 said "good morning" to Jessica and I was going to start

14:16:01 13 working.  I started at 8:00 in the morning.  And she

14:16:09 14 asked how I was doing, and I told her that I was a

14:16:14 15 little bit sad, that if she had found out about what

14:16:18 16 had happened.  And she said "yes."  And she said, "What

14:16:28 17 do you think about that," that who did I suspect of.

14:16:37 18  Q. When she said -- when you said, "Do you know

14:16:40 19 what had happened," you're talking about your cell

14:16:43 20 phone being stolen?

14:16:45 21  A. Yes.

14:16:45 22  Q. My understanding is you left your cell phone on

14:16:47 23 the checkout counter at the restaurant.  Correct?

14:16:54 24  A. Yes, but inside.

14:16:57 25  Q. Inside?  What do you mean?

14:16:59  1        A.   Inside where -- where we take the orders.

14:17:08  2        Q.   Okay.  Was it laying up on the counter where

14:17:11  3   you sit the food, where people pick up their food?

14:17:19  4        A.   No.  At a small table.  The fryers are here,

14:17:28  5   and then a small table, clean, and then the cash -- the

14:17:35  6   register is here and the window where the orders are

14:17:39  7   given out.

14:17:39  8        Q.   The drivethrough?

14:17:45  9        A.   But on the inside.

14:17:50 10        Q.   Okay.  What is that table used for?

14:17:57 11        A.   To put bags, bags of where they're taking the

14:18:04 12   orders.

14:18:07 13        Q.   Okay.

14:18:08 14        A.   Where the orders had been taken already.

14:18:13 15        Q.   Okay.  So on Friday, your phone was missing,

         16   correct?

14:18:24 17        A.   Yes.

14:18:24 18        Q.   You didn't work on Saturday?

14:18:26 19        A.   No.

14:18:26 20        Q.   You didn't work on Sunday; is that right?

14:18:30 21        A.   Yes.

14:18:30 22        Q.   And you didn't work on Monday either?

14:18:35 23        A.   No, because it was off for me and my off -- I

14:18:42 24   worked it so that they could give me the other days

14:18:48 25   because my husband had some medical exams in San

14:18:53 1    Antonio.  And the other day of Monday I worked for a

14:19:00 2    coworker so that when I would need -- when somebody

14:19:07 3    needed, one would work for the other.

14:19:10 4        Q.  All right.  So you did or you didn't work on

14:19:13 5    Monday?

14:19:16 6        A.  Monday I did not work because I had already

14:19:20 7    worked for another coworker that was going to cover me

14:19:25 8    Monday.

14:19:25 9        Q.  Okay.  So the phone was missing on Friday, but

14:19:30 10   you didn't go back to work until Tuesday?

14:19:35 11       A.  That is correct.

14:19:35 12       Q.  And what time did you lose your phone on

14:19:42 13   Friday?

14:19:42 14            MR. JOE:  Objection, form.

14:19:49 15       A.  In the afternoon.  I was on my way out.  That's

14:19:53 16   why I put it there.  When I was going to go out to

14:19:56 17   check, my coworker asked as a favor for me to stay for

14:20:04 18   another half hour because a lot of people arrived, and

14:20:11 19   the one that was going to stay in my place had not

14:20:17 20   arrived yet.  So I asked permission that if I could

14:20:22 21   call my husband to tell him that I was going to stay

14:20:27 22   for another half hour because he was waiting for me for

14:20:32 23   us to go to San Antonio.  We were going to go as soon

14:20:37 24   as I got out of work.

14:20:41 25       Q.  Okay.

14:20:41  1     A.  When I started looking for my cell phone, I did

14:20:45  2  not see it, and I thought that my coworker had hidden

14:20:54  3  it so that I would not leave and continue helping him.

14:20:57  4     Q.  What coworker is this?

14:21:01  5     A.  Mario.

14:21:07  6     Q.  So you stayed for another half hour and then

14:21:10  7  you left?

14:21:13  8     A.  Yes.  I stayed for about 45 minutes.

14:21:16  9     Q.  Okay.  Do you drive?

14:21:18 10     A.  Yes.

14:21:18 11     Q.  Do you have a Texas driver's license?

        12     A.  Yes.

14:21:30 13     Q.  Okay.  So Tuesday was the first chance that you

14:21:33 14  had to speak with Jessica about your phone?

14:21:40 15     A.  Yes.  And she commented that she had not seen

14:21:45 16  anything on the cameras and that -- and she asked me

14:21:53 17  who I suspected.  And I told her that I couldn't say

14:22:00 18  who because I was not sure.  She answered that out of

14:22:09 19  the men, that she completely trusted them and that it

14:22:17 20  had not been them.  And I answered that if she trusted

14:22:27 21  them, being that she was the boss, that I respected her

14:22:32 22  decision and that too bad.

14:22:38 23     Q.  How many people were working at the time that

14:22:42 24  you lost your cell phone?

14:22:47 25     A.  Four.  With me, five.

BRYANT & STINGLEY, INC.
McAllen      Harlingen      Brownsville
(956)618-2366    (956)428-0755    (956)542-1020
(800)462-0253 (STATEWIDE)

14:24:44  1    understanding.

14:25:00  2        Q.   Is it part of your lawsuit that you think

14:25:05  3    people said things to you that they should not have

14:25:10  4    said?

14:25:11  5        A.   Yes.

14:25:11  6        Q.   And that they should not have said those things

14:25:14  7    because they related to your Mexican origin?

          8        A.   Yes.

14:25:21  9        Q.   Okay.  I want you to tell me everything that

14:25:24 10    you can remember that someone said that you're

14:25:28 11    complaining about in your lawsuit.

14:25:30 12        A.   Yes.

14:25:31 13        Q.   And preferably tell me --

14:25:36 14             MR. JOE:  You can write on that if you

14:25:37 15    want to take a few minutes to think about it.

14:25:39 16        Q.   And preferably tell me who said it.

14:25:43 17        A.   Jessica.

14:25:44 18        Q.   Jessica said all of the things you're

14:25:46 19    complaining about?

14:25:50 20        A.   Yes.

14:25:50 21        Q.   No one else?

14:25:52 22        A.   No.

14:25:53 23        Q.   Okay.

14:25:57 24        A.   The two Rays that stole my cell phone laughed

14:26:06 25    about me with Jessica because she did not tell them

14:33:10 1    of what she would tell me.

14:33:12 2         Q.   Making fun of what she would say to you?

14:33:18 3         A.   Yes.

14:33:19 4         Q.   How?  What do you mean?  Explain to me.

14:33:23 5         A.   Well, that I wasn't worth nothing, anything.

14:33:29 6         Q.   But you said that they would make fun back to

14:33:34 7    her?

14:33:39 8         A.   She got along with the workers, so they would

14:33:43 9    repeat what she said.

14:33:45 10        Q.   To -- to her, but not to you?

14:33:48 11        A.   No, not to me.

14:33:50 12        Q.   Okay.

14:33:51 13        A.   No.  They all respected me.  I got along well

14:33:55 14   with all of them -- with all of them.

14:33:57 15        Q.   So they would tell Jessica that she was only

14:34:01 16   worth potatoes?

14:34:03 17        A.   Of how she would tell me.  "So what, Jessica,

14:34:10 18   are you worth just potatoes" -- "worth potatoes?"

14:34:16 19        Q.   Okay.  So they would say to her something to

14:34:20 20   the effect, "Jessica, you're only worth potatoes"?

14:34:24 21        A.   They would make fun that she would tell me.  I

14:34:30 22   don't know how to explain it, but they would make fun

14:34:34 23   of the way that she told it to me.

14:34:36 24        Q.   They were making fun of her, not you?

14:34:41 25        A.   No.  No.  Not -- never.

| | |
|---|---|
| 1 | MARIE CRUZ GARCIA, |
| 2 | having been duly sworn, testified through the duly |
| 3 | sworn interpreter, as follows: |
| 4 | EXAMINATION |
| 13:01:24 5 | BY MS. WEBBER: |
| 13:01:25 6 | Q. Good afternoon, Ms. Garcia. My name is Tonya |
| 13:01:29 7 | Webber. |
| 13:01:31 8 | A. Good afternoon. |
| 13:01:31 9 | Q. I'm the attorney for R.E.E., Inc., which does |
| 13:01:37 10 | business as McDonald's. Okay? |
| 13:01:45 11 | A. Nice to meet you. |
| 13:01:46 12 | Q. Thank you. Nice to meet you as well. |
| 13:01:51 13 | We have never met before; is that right? |
| 13:01:54 14 | A. No. |
| 13:01:54 15 | Q. And do you currently live in Harlingen? |
| 13:01:58 16 | A. In San Benito. |
| 13:01:59 17 | Q. Okay. And what is your home address? |
| 13:02:04 18 | A. 25779. The street is East Street. |
| 13:02:24 19 | MR. GARCIA: Easy. |
| 13:02:26 20 | A. Easy Street. |
| 13:02:27 21 | Q. Okay. And that is spelled how? |
| 13:02:39 22 | A. E-A-S-Y S-T. |
| 13:02:47 23 | Q. Oh, Easy. Okay. All right. |
| 13:02:49 24 | And how long have you lived there? |
| 13:02:56 25 | A. It's going to be nine years. |

| | | |
|---|---|---|
| 13:19:29 | 1 | Q. You didn't get a handbook? |
| 13:19:31 | 2 | A. No. |
| 13:19:41 | 3 | Q. Were there other people there? |
| 13:19:44 | 4 | A. Yes. |
| 13:19:44 | 5 | Q. And they were being trained the same as you |
| 13:19:48 | 6 | were, right? |
| 13:19:51 | 7 | A. Yes. We were about eight -- around eight, for |
| 13:19:58 | 8 | different stores. |
| 13:19:59 | 9 | Q. Okay. And do you remember who did the |
| 13:20:03 | 10 | training? |
| 13:20:08 | 11 | A. There were some girls. |
| 13:20:11 | 12 | Q. Okay. |
| 13:20:12 | 13 | A. Young ones. |
| 13:20:15 | 14 | Q. Was one of them named Mary? |
| 13:20:20 | 15 | A. No, I don't remember. |
| 13:20:21 | 16 | Q. Okay. |
| 13:20:22 | 17 | A. I don't remember. |
| 13:20:27 | 18 | Q. Did you sign some papers when you were there? |
| 13:20:35 | 19 | A. I don't remember. I think a paper. I think a |
| 13:20:45 | 20 | paper. |
| 13:20:46 | 21 | Oh. Since they were in English, one of |
| 13:20:55 | 22 | them filled it out. |
| 13:20:57 | 23 | Q. Okay. And explained to you what it was? |
| 13:21:04 | 24 | A. No. They just asked for some information. |
| 13:21:06 | 25 | Q. Okay. Did they speak English or Spanish to |

13:58:55  1      A.  I would help him to receive the bread, to count

13:59:00  2   it, to check that the one we had before had not

13:59:08  3   expired.

13:59:09  4      Q.  So when you worked and Ruben was there, you

13:59:12  5   worked right along with Ruben in just about everything

13:59:15  6   you did?

13:59:21  7      A.  Yes.  Yes.  And we worked well, everything.

13:59:34  8      Q.  Did you check the food prior to being the team

13:59:40  9   leader?

13:59:46  10      A.  No.  Well, yes, it did have to be checked

13:59:51  11   because we had to be careful.  By being team leader, it

13:59:57  12   was a little bit more responsibility, and I liked that.

14:00:03  13   I liked that.

14:00:04  14      Q.  Okay.

14:00:05  15      A.  I didn't know English, but in each box I would

14:00:10  16   write down the name so that I would know what the name

14:00:15  17   was of whatever it was that was missing.

14:00:18  18      Q.  So you helped with inventory?

14:00:27  19      A.  Yes.

14:00:27  20      Q.  When you became swing manager, how did your

14:00:31  21   responsibilities change?

14:00:45  22      A.  Well, it was higher.  It was more

14:00:48  23   responsibility.

14:00:48  24      Q.  What was the additional responsibility?

14:00:56  25      A.  That I had to be checking the cooked meat with

14:02:52  1    always made certain that you were teamed up with

14:02:56  2    someone who spoke English?

          3        A.  Yes.

14:03:00  4        Q.  Okay.  Because you did not speak English?

14:03:03  5        A.  Exactly.

14:03:24  6        Q.  Okay.  Did the people who were at the

14:03:28  7    restaurant stay the same when Jessica came?

14:03:39  8        A.  The people at the restaurant, did they stay the

14:03:42  9    same?

14:03:42  10       Q.  I'm sorry.  The employees.

14:03:44  11       A.  No.

14:03:46  12       Q.  Okay.  Who left?

14:03:53  13       A.  Well, after me, everyone.  What was known that

14:04:00  14   she fired them -- that she fired all of them.

14:04:07  15       Q.  But not until after you were gone?

14:04:12  16       A.  Yes.

14:04:12  17       Q.  Okay.  Before you -- were you the first one to

14:04:16  18   leave after Jessica came?

14:04:21  19       A.  No.  There was a girl that she fired before.

14:04:24  20       Q.  And who was that?

14:04:27  21       A.  Her name is Daisy.

14:04:32  22       Q.  And why was she terminated?

14:04:40  23       A.  Because the girl was telling two of the workers

14:04:45  24   that they had stolen my cellular, my phone, for them

14:04:52  25   not to be mean, for them to give me back my mobile

14:04:56  1    phone, because she saw it, that I had never behaved

14:05:05  2    badly for them to do that to me, and Jessica saw her

14:05:10  3    and fired her.

14:05:15  4        Q.    What was Daisy's last name?

14:05:20  5        A.    I don't remember.

14:05:33  6        Q.    Did you --

14:05:34  7        A.    But I do have her telephone number.

14:05:36  8        Q.    Do you have it with you today?

14:05:40  9        A.    Yes.    399-5748.

14:06:08 10        Q.    Okay.    Thank you.

14:06:12 11              Did you quit or are you claiming you were

14:06:15 12    fired?

14:06:16 13              MR. JOE:    Objection, form.

14:06:19 14              MS. WEBBER:    What's the objection?

14:06:24 15              MR. JOE:    Are you providing that she can

14:06:28 16    claim she was constructively discharged in that --

14:06:32 17              MS. WEBBER:    I'm just asking her a

14:06:34 18    question.    I don't think she's going to understand if I

14:06:38 19    tell her "constructive discharge."

14:06:40 20              MR. JOE:    Well, she understands "fired"

14:06:41 21    because she has testified that someone else was fired

         22    by --

         23              MS. WEBBER:    Right.

14:06:43 24              MR. JOE:    -- that supervisor.    And the

14:06:44 25    only choice you've given her then is whether that

14:10:59  1    phone.

14:11:02  2        Q.   Did you go to the store to talk to the two men

14:11:07  3    that you believed took your cell phone?

14:11:13  4        A.   No.   I waited outside.   They were working.   I

14:11:21  5    waited outside for them to get out of their job.   That

14:11:28  6    day I was off.   And then there we were talking, because

14:11:36  7    I wanted to talk to them without any of us having any

14:11:45  8    problems, the three of us, at the job.   I wanted them

14:11:50  9    to give me the cell phone without having any problems

14:12:01  10   that could affect us.

14:12:03  11            When Jessica looked out the window and saw

14:12:09  12   us and she called us inside to the office and asked

14:12:18  13   that what were we doing, I commented that I wanted to

14:12:28  14   speak to the guys about the cell phone because there

14:12:38  15   were proofs that they had it.   As a matter of fact, one

14:12:41  16   of them confessed that they had taken it but that

14:12:49  17   Jessica did not want for them to give it to me.

14:12:53  18       Q.   Okay.   They did not confess that day that they

14:12:55  19   had the phone, did they?

14:12:58  20       A.   No.

14:12:59  21       Q.   Okay.

14:13:00  22       A.   Because they were scared of Jessica.

14:13:02  23            MS. WEBBER:   I'm going to object to that

14:13:04  24   as nonresponsive.

14:13:05  25       Q.   They did not confess the day that you went to

14:24:44  1    understanding.

14:25:00  2        Q.  Is it part of your lawsuit that you think

14:25:05  3    people said things to you that they should not have

14:25:10  4    said?

14:25:11  5        A.  Yes.

14:25:11  6        Q.  And that they should not have said those things

14:25:14  7    because they related to your Mexican origin?

          8        A.  Yes.

14:25:21  9        Q.  Okay.  I want you to tell me everything that

14:25:24 10    you can remember that someone said that you're

14:25:28 11    complaining about in your lawsuit.

14:25:30 12        A.  Yes.

14:25:31 13        Q.  And preferably tell me --

14:25:36 14            MR. JOE:  You can write on that if you

14:25:37 15    want to take a few minutes to think about it.

14:25:39 16        Q.  And preferably tell me who said it.

14:25:43 17        A.  Jessica.

14:25:44 18        Q.  Jessica said all of the things you're

14:25:46 19    complaining about?

14:25:50 20        A.  Yes.

14:25:50 21        Q.  No one else?

14:25:52 22        A.  No.

14:25:53 23        Q.  Okay.

14:25:57 24        A.  The two Rays that stole my cell phone laughed

14:26:06 25    about me with Jessica because she did not tell them

13:54:45  1      Q.  Did you work with Diana before Jessica got

13:54:50  2  there?

13:54:52  3      A.  Yes.

13:54:53  4      Q.  Did you get along with Diana?

13:54:57  5      A.  Yes.

13:55:09  6      Q.  At the time that you left McDonald's, were

13:55:15  7  there any other Mexican nationals that were working

13:55:19  8  there at the time?

13:55:27  9      A.  Well, they were Mexicans, but they knew

13:55:30 10  English.

13:55:31 11      Q.  Okay.  But they were all from Mexico like you?

13:55:35 12      A.  No, I don't know.

13:55:38 13      Q.  Do you know whether any of them were from

13:55:40 14  Mexico at the time?

13:55:46 15      A.  Well, one of them that -- I think they brought

13:55:49 16  him when he was very, very young.

13:55:53 17      Q.  Okay.  Do you know whether any of the people

13:55:55 18  who worked there had family that lived in Mexico?

13:56:03 19      A.  No.

13:56:04 20      Q.  You didn't know anything about any of the

13:56:05 21  people that you worked with?

13:56:12 22      A.  No.  We never talked about our origins.

13:56:22 23      Q.  Okay.  How did your job change when you went

13:56:30 24  from -- when you were promoted to swing manager -- I'm

13:56:35 25  sorry -- team leader?  Excuse me.  How did your job

15:19:24  1   Spanish.  I almost did not hear them speak Spanish.

15:19:28  2       Q.  Were any of the employees Anglo while you

15:19:34  3   worked there?

15:19:36  4       A.  What do you mean by "Anglo"?

15:19:43  5       Q.  White.

15:19:43  6       A.  No.  Well, dark and white, like my color.

15:19:50  7       Q.  Okay.  They were all Hispanic?

15:19:53  8       A.  Half and half.  There were also some that did

15:20:00  9   not speak any, any Spanish.

15:20:03 10       Q.  Okay.  I'm not talking about what language they

15:20:06 11   spoke.  I'm talking about what race they were.  Were

15:20:13 12   they all Hispanic?

15:20:14 13       A.  Hispanic, yes.

15:20:16 14       Q.  No Anglos?

15:20:22 15       A.  No.  Uno.

15:20:23 16       Q.  One?

15:20:24 17       A.  Only one.

         18       Q.  What was his or her name?

15:20:26 19       A.  No, I do not remember.

15:20:27 20       Q.  Man or woman?

15:20:31 21       A.  Man.

15:20:37 22       Q.  Okay.  Any black people?

         23       A.  Yes.

15:20:41 24       Q.  Okay.  How many during the time you worked

15:20:43 25   there?

| | |
|---|---|
| 14:51:11 1 | being a manager.  She would send me to mop.  And I |
| 14:51:23 2 | would tell her one day when Rolando found me -- saw |
| 14:51:28 3 | that I was cleaning, he called my attention and he told |
| 14:51:33 4 | me that it was not my job to be cleaning because if |
| 14:51:40 5 | not, he was going to fire me, because that was not my |
| 14:51:45 6 | job. |
| 14:51:45 7 | And she told me that there, she was the |
| 14:51:49 8 | one that gave the orders, that when she ordered me, |
| 14:51:53 9 | that I had to do it.  If not, she was going to fire me. |
| 14:52:00 10 | Q.   She told -- |
| 14:52:01 11 | A.   I was between the -- between the devil and the |
| 14:52:14 12 | deep blue sea.  She told me if I didn't do what she |
| 14:52:16 13 | told me, she was going to fire me.  And if Rolando |
| 14:52:20 14 | arrived and saw what I was doing -- that I was doing |
| 14:52:23 15 | what he didn't want me to do, he was also going to fire |
| 14:52:27 16 | me. |
| 14:52:30 17 | Q.   So he did not know that she was telling you |
| 14:52:33 18 | this? |
| 14:52:34 19 | A.   No. |
| 14:52:34 20 | Q.   And you never told him? |
| 14:52:35 21 | MR. JOE:   Objection, form. |
| 14:52:45 22 | A.   When I spoke to Rolando to tell him everything |
| 14:52:49 23 | that she had done, I told Rolando.  Rolando told me to |
| 14:52:57 24 | take the charges -- to remove the charges or to go look |
| 14:53:02 25 | for another job.  And I told him, I answered, "Well, |

14:53:07  1    just give me my two weeks of my job because even if I

14:53:14  2    wanted to, I cannot continue working, because if you

14:53:21  3    would know how they make fun of me because I'm a

14:53:27  4    Mexican and not knowing English."

14:53:32  5            He answered, "I am also a Mexican."

14:53:38  6            And I told him, "But you have studies and

14:53:42  7    they do not make fun of you like they make fun of me."

14:53:47  8    I told him, "But give me my two weeks. Because I need

14:53:53  9    the job. My brother was in an accident. He has the

14:54:03 10    collar on. A taxi ran over his child and they depend

14:54:10 11    on me. It's because of that that I need my job. I

14:54:17 12    will find another one. I'll leave before."

14:54:24 13            But unfortunately, I was not able to

14:54:27 14    withstand the two weeks because Jessica made fun of me

14:54:33 15    really bad and I felt very sad. I tried to -- to stand

14:54:44 16    it. She would pass and almost pushing me. She would

14:54:50 17    say, "Smile, Marie Cruz. Smile."

14:54:58 18            One of the Rays would get a blade and he

14:55:01 19    would go like this in front of her and would say,

14:55:05 20    "You're not going to be finished with it, honey," or --

14:55:10 21    and she would just laugh because she would never tell

14:55:14 22    him anything. They got along a lot. I found them many

14:55:24 23    times like in a corner, and not only me. All of the

14:55:31 24    coworkers found out. They even thought that they had

14:55:36 25    something -- there was something there with them,

16:17:39 1   Christ and my parents that it was not like that.  I can

16:17:45 2   swear anywhere that it was not like that.  That was

16:17:52 3   when Rolando told me to remove the charges or to go

16:17:58 4   look for another job.

16:18:04 5       Q.  And what did you do?

16:18:07 6       A.  I started crying and crying and crying, and I

16:18:15 7   tried -- three times I explained how it had been.  I

16:18:20 8   swore.  I told him that I had proof.  I even told him,

16:18:30 9   because when I said --

16:18:37 10              THE INTERPRETER:  It's a saying.  It's a

16:18:39 11  saying that --

16:18:42 12      A.  I had proof.  I had a lot of proof.

16:18:49 13      Q.  What else --

16:18:50 14              THE INTERPRETER:  The saying is, "When the

16:18:52 15  donkey is white and I have the hairs here in my hand."

16:18:59 16      A.  To please listen to me, that -- I was begging

16:19:04 17  him.  I was begging him to listen to us and that I

16:19:09 18  would give him proofs.  And he repeated again that that

16:19:16 19  was the only option, to withdraw the charges or to look

16:19:25 20  for another job.

16:19:31 21      Q.  And what did you do?

16:19:32 22      A.  I told him that I did not know that when one

16:19:42 23  defended one's rights, one would be fired from their

16:19:49 24  job.  I said, "Because you have not seen and you do not

16:19:54 25  want to listen of what I am telling you of the way that

16:20:00  1   they treat me, how they make fun of me for not knowing

16:20:10  2   English and for being a Mexican."

16:20:14  3         He answered, "I am also a Mexican."

16:20:21  4         And I said, "But they do not make fun of

16:20:25  5   you because you have your profession, you know English,

16:20:30  6   and you're the boss." And I told him, "Even though

16:20:37  7   you-all did not give me the job." But I thanked him, I

16:20:46  8   stood up and I went and cried in the restroom.

16:20:49  9      Q.  And then what did you do?

16:20:51  10     A.  I was not able to work. I asked permission to

16:20:56  11  go to the house because I felt really bad.

16:21:06  12     Q.  Was that the last day you worked?

16:21:11  13     A.  No. I still worked. I tried to work my two

16:21:16  14  weeks that I asked for because I told them only two

16:21:22  15  weeks -- to give me two weeks because I needed the job,

16:21:29  16  but if -- but if they would give me a job that had been

16:21:35  17  offered to me before, I would leave before.

16:21:41  18     Q.  If you got another job, you would leave

16:21:43  19  earlier?

16:21:45  20     A.  No. I was -- I was counting on a job that had

16:21:50  21  been offered to me by Whataburger before, being a

16:21:57  22  manager, but they had already occupied my place.

16:22:03  23     Q.  So you went back to Whataburger and tried to

16:22:06  24  get a job?

16:22:11  25     A.  Yes. Yes. Before completing my two weeks, I

14:40:47  1  Q. "They" being who?

14:40:53  2  A. Jessica and the two Rays. That she treated me

14:41:10  3  as a witch, the people that do bad things.

14:41:18  4  Q. That's what you thought she was treating you

14:41:23  5  like? She never called you a witch, right?

14:41:26  6    MR. JOE: Objection, form.

14:41:27  7  A. Yes. She told me clearly because the men

14:41:33  8  said -- one of them said that his feet hurt and the

14:41:39  9  arms and that I had bewitched him because I was angry

14:41:45 10  because I had lost my cell phone. And she answered,

14:41:51 11  "It is true. She has bewitched us because my head

14:41:58 12  hurts."

14:42:01 13    I ran, turned around quickly to look at

14:42:06 14  her and I told her, "Do you really feel bad?"

14:42:10 15    And she said, "It's not true. I'm

14:42:15 16  playing."

14:42:21 17  Q. Did you ever tell Jessica to stop saying the

14:42:26 18  things that she said?

14:42:33 19  A. No, never. For my cell phone, I let two weeks

14:42:40 20  go by and I never wanted to say anything because I was

14:42:43 21  scared of losing my job because, I'm going to repeat

14:42:52 22  again, I was very happy and I preferred for it to stay

14:42:56 23  like that.

14:43:22 24  Q. Do you know of anyone in the company that has a

14:43:28 25  higher responsibility position than Rolando?

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

```
MARIE CRUZ GARCIA,        ) (
        Plaintiff         ) (
                          ) (
VS.                       ) (  CIVIL ACTION NO. B-03-CV-231
                          ) (
R.E.E., INC., D/B/A        ) (
McDONALDS, A TEXAS        ) (
CORPORATION,              ) (
        Defendant         ) (
```

### REPORTER'S CERTIFICATION

I, RHONDA A. MARTIN, Certified Court Reporter, certify that the witness, MARIE CRUZ GARCIA, was duly sworn by me, and that the deposition is a true and correct record of the testimony given by the witness on NOVEMBER 9, 2004; that the deposition was reported by me in stenograph and was subsequently transcribed by me or under my supervision.

I FURTHER CERTIFY that I am not a relative, employee, attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, nor am I financially interested in the action.

WITNESS MY HAND on this the _30th_ day of _November_, 2004.

_Rhonda Martin by: VS_
RHONDA A. MARTIN, Texas CSR 4297
Expiration Date:  12-31-05
Bryant & Stingley, Inc.
Firm Registration No. 41
2010 East Harrison
Harlingen, Texas 78550
(956) 428-0755