IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Marie Cruz Garcia | § | |
|     Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. B-03-CV-231 |
| | § | |
| R.E.E., INC. | § | |
| d/b/a McDonalds | § | |
| A Texas Corporation | § | |
|     Defendant. | § | |

## ORDER GRANTING MOTION OF DEFENDANT, R.E.E., INC. d/b/a MCDONALDS, FOR SUMMARY JUDGMENT AND DISMISSAL OF ACTION

On the ____ day of _____, 2005, the Motion for Summary Judgment of Defendant, R.E.E., Inc. d/b/a McDonald's, came on for submission to the Court. After reviewing the pleadings and evidence offered, the Court finds that the Motion should be granted.

It is ORDERED the Motion for Summary Judgment of Defendant, R.E.E., Inc. d/b/a McDonald's, is granted, and there being no other issues remaining, Plaintiff's case is dismissed.

Dated: _____, 2005.

                                                               **Honorable Andrew S. Hanen**
                                                              Presiding Judge