IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Marie Cruz Garcia | § | |
|    Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. B-03-CV-231 |
| | § | |
| R.E.E., INC. | § | |
| d/b/a McDonalds | § | |
| A Texas Corporation | § | |
|    Defendant. | § | |

## NOTICE OF SUBMISSION

Please be advised that on the 3rd day of February, 2005, the Motion for Summary Judgment of Defendant, R.E.E., Inc. d/b/a McDonald's, will be submitted to the Court for consideration.

Respectfully submitted,

By: _/s/ Tonya B. Webber_
Tonya Beane Webber
State Bar No. 21042300
Federal I.D. No. 6145

**PORTER, ROGERS, DAHLMAN & GORDON, P.C.**
One Shoreline Plaza, Suite 800
800 North Shoreline Boulevard
Corpus Christi, Texas 78401
Telephone: (361) 880-5824
Telefax: (361) 880-5844

**ATTORNEY-IN-CHARGE FOR DEFENDANT, R.E.E., INC., D/B/A McDONALD'S, A TEXAS CORPORATION**

**OF COUNSEL:**

**PORTER, ROGERS, DAHLMAN & GORDON**
A Professional Corporation
One Shoreline Plaza
800 N. Shoreline, Suite 800
Corpus Christi, Texas 78401-3708
(361) 880-5808 - Office
(361) 880-5844 - Telefax

### CERTIFICATION OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served on the 14th of January, 2005 in accordance with the Federal Rules of the Civil Procedure.

**VIA CMRRR #7002 2030 0000 3642 7095**
David R. Joe
**BREWER ANTHONY MIDDLEBROOK BURLEY & DUNN, P.C.**
1702 E. Tyler Street, Suite 1
Harlingen, Texas 78550

_____
TONYA BEANE WEBBER