Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARIE CRUZ GARCIA,         ) (
     Plaintiff          ) (
                     ) (
VS.                        ) ( CIVIL ACTION NO. B-03-CV-231
                     ) (
R.E.E., INC., D/B/A         ) (
McDONALDS, A TEXAS          ) (
CORPORATION,               ) (
     Defendant          ) (

---

ORAL DEPOSITION OF
MARIE CRUZ GARCIA
NOVEMBER 9, 2004

---

ORAL DEPOSITION OF MARIE CRUZ GARCIA, produced

as a witness at the instance of the DEFENDANT, taken in

the above-styled and numbered cause on NOVEMBER 9,

2004, reported by RHONDA A. MARTIN, Certified Court

Reporter No. 4297, in and for the State of Texas, at

the offices of Bryant & Stingley, Inc., 2010 East

Harrison, Harlingen, Texas, pursuant to the Federal

Rules of Civil Procedure and the provisions stated on

the record or attached therein.

WHITE
COPY

**BRYANT & STINGLEY, INC.**                    (956) 428-0755

| Page 2 | Page 4 |
|---|---|

**Page 2**

### APPEARANCES

COUNSEL FOR PLAINTIFF:
DAVID R. JOE
BREWER, ANTHONY, MIDDLEBROOK, BURLEY & DUNN
1702 East Tyler Street, Suite 1
Harlingen, Texas 78550

COUNSEL FOR DEFENDANT:

TONYA BEANE WEBBER
PORTER, ROGERS, DAHLMAN & GORDON, P.C.
One Shoreline Plaza
800 North Shoreline Boulevard, Suite 800
Corpus Christi, Texas 78403-2968

ALSO PRESENT:

Adela Garcia-Moreno, Interpreter
Stacy Lopez
Oscar Garcia

### INDEX

PAGE
Appearances ..................................... 2

MARIE CRUZ GARCIA
Examination by Ms. Webber ...................... 3
Errata Sheet/Signature Page .................... 118
Reporter's Certificate ......................... 119
Attached to the end of the transcript: Stipulations

### EXHIBITS

(No Exhibits Marked)

### REQUESTED DOCUMENTS/INFORMATION

NUMBER  DESCRIPTION                     PAGE
1  Names of police officers ................ 90

**Page 3**

1       MARIE CRUZ GARCIA,
2  having been duly sworn, testified through the duly
3  sworn interpreter, as follows:
4           EXAMINATION
5  BY MS. WEBBER:
6     Q. Good afternoon, Ms. Garcia. My name is Tonya
7  Webber.
8     A. Good afternoon.
9     Q. I'm the attorney for R.E.E., Inc., which does
10  business as McDonald's. Okay?
11     A. Nice to meet you.
12     Q. Thank you. Nice to meet you as well.
13        We have never met before; is that right?
14     A. No.
15     Q. And do you currently live in Harlingen?
16     A. In San Benito.
17     Q. Okay. And what is your home address?
18     A. 25779. The street is East Street.
19        MR. GARCIA: Easy.
20     Q. Easy Street.
21     Q. Okay. And that is spelled how?
22     A. E-A-S-Y S-T.
23     Q. Oh, Easy. Okay. All right.
24        And how long have you lived there?
25     A. It's going to be nine years.

**Page 4**

1     Q. Okay. And there's a gentleman here today
2  besides your attorney. That's your husband; is that
3  right?
4     A. Yes.
5     Q. How long have you been married?
6     A. Eight years.
7     Q. Okay. And this location in San Benito, is that
8  an apartment or a home?
9     A. It's a trailer.
10     Q. Okay. And you lived there before you married
11  Mr. Garcia?
12     A. Where there?
13     Q. At the trailer on Easy Street.
14     A. No. No.
15     Q. Okay. You said you lived on Easy Street nine
16  years, but you've been married eight years.
17     A. Eight years married.
18     Q. Okay.
19     A. One year I was with a lady taking care of some
20  children.
21     Q. Okay. And where was that?
22     A. In San Benito.
23     Q. Okay. And how long did you work for -- for the
24  lady that you took care of the children for?
25     A. One year.

**Page 5**

1     Q. Okay. Who was that?
2     A. Blanca Trevino.
3     Q. And where was that home?
4     A. In front of Wal-Mart where the Globo is.
5     Q. Where the what is?
6        THE INTERPRETER: Globo.
7        MS. WEBBER: Okay. It is Globo. Okay.
8     Q. And what are the streets close to that?
9     A. There's a block after El Globo going down, one
10  block after 77, one block.
11     Q. Okay. And you took care of Ms. Trevino's
12  children?
13     A. Yes.
14     Q. Okay.
15     A. Because she worked.
16     Q. Okay. What does she do?
17     A. She had a store in Brownsville and she took
18  care of her mother that was very ill with cancer.
19     Q. Okay. Your mother or Ms. Trevino's mother?
20     A. No. Ms. Trevino took care of her mother. She
21  worked during the day and at night took care of her
22  mother for a while.
23     Q. Okay. How long have you lived in the United
24  States?
25     A. Nine years.

## Page 6

1    Q. Okay. And why did you first move to the United
2    States?
3    A. Because I wanted to know, to see.
4    Q. Okay. Did you have a job when you first moved
5    to the United States?
6    A. It was a small business, owned business.
7    Q. Who was it or where was it?
8    A. In Veracruz, Veracruz.
9    Q. Okay. What was the name of the business?
10   A. It was called Deposito, where refreshments are
11   sold.
12   Q. Okay.
13   A. And on the outside I also sold some jewelry,
14   some clothes, some shoes.
15   Q. Okay. And this was in Veracruz?
16   A. Yes.
17   Q. That's a city in the United States?
18   A. No. It's Mexico.
19   Q. Okay. That's what I thought.
20       Okay. What was your first job in the
21   United States?
22   A. With the children.
23   Q. For Ms. Trevino?
24   A. Yes.
25   Q. And how much did you make working for her?

## Page 7

1    A. $50 a week.
2    Q. Did you also live with her or was that all that
3    you were paid?
4    A. Yes. I lived with her.
5    Q. Okay. And what year was that?
6    A. I don't remember. It was around February,
7    but -- around '90 -- I don't remember. Around '96, I
8    think. I think so. I don't remember well, but I do
9    think it was '96.
10   Q. Okay. But that was your first job when you
11   came to the United States?
12   A. Yes.
13   Q. Okay. And what was the second job that you had
14   after you moved to the United States?
15   A. No. Just that one.
16   Q. Okay. You didn't have another job after that?
17   A. When I got married with my husband.
18   Q. That was your job?
19   A. When I got married to my husband, then I
20   worked.
21   Q. Okay. So when you worked from -- you worked
22   for Ms. Trevino, then you got married, and then --
23   A. Yes.
24   Q. -- you worked at some other job after that?
25   A. Yes.

## Page 8

1    Q. What's your wedding anniversary?
2    A. May the 3rd, '57.
3    Q. Is that your date of birth?
4    A. Yes.
5    Q. Okay.
6    A. May the 3rd, '57. '57.
7    Q. Okay. And what was the date that you got
8    married to Mr. Garcia?
9    A. March the 28th.
10   Q. What year?
11   A. '97. I think so. I don't remember well.
12   Q. Okay. All right. So after you got married,
13   you got another job; right?
14   A. Yes.
15   Q. And that's when you moved to Easy Street in San
16   Benito?
17   A. Yes. When I got married.
18   Q. Okay. And so what was the job, then, that you
19   had after you got married?
20   A. At a motel that they have a kitchen. Yes.
21   Q. What was the name of it?
22   A. Hudson Motel.
23   Q. Where is it located?
24   A. It's in Harlingen where the hospital street is
25   after the tracks on the left-hand side.

## Page 9

1    Q. And how -- when did you begin working at Hudson
2    Motel?
3    A. I don't remember.
4    Q. Okay. How long did you work for the motel?
5    A. About 11 months.
6    Q. What did you do for them?
7    A. I cleaned the rooms and after -- and after
8    cleaning the rooms, I would help clean her house.
9    Q. The owner's house?
10   A. Yes, the owner's house.
11   Q. Okay. And how much were you paid for that job?
12   A. 5.75.
13   Q. An hour?
14   A. Yes. I started with the minimum, 5.15, but
15   they liked my job. They were happy. And right away
16   they raised it to 5.75.
17   Q. Okay. After you worked at the Hudson Motel,
18   where did you go to work?
19   A. It took me -- I don't remember how long it took
20   me. I went to the Fun N Sun. I went to a park where
21   all the people up north come to San Benito and it's
22   called --
23   Q. Fun N Sun?
24   A. Fun N Sun.
25   Q. Okay. What did you do at Fun N Sun?

Page 10

1    A. Cleaning all the rooms, washing the rest rooms.
2    Q. Is that a --
3    A. Cleaning offices.
4    Q. So that's like a -- not a trailer park, but a
5    motor home park?
6    A. Yes.
7    Q. And that's located where?
8    A. It's in San Benito, but I don't know the
9    address.
10   Q. Okay. How long did you work there?
11   A. Very little because it's only when -- it's only
12   when the people from up north come down.
13   Q. Did you work there one season or two seasons?
14   A. No, just one.
15   Q. Do you remember when that was?
16   A. No, I don't remember the date.
17   Q. Do you remember the year?
18   A. No, I don't remember that either.
19   Q. How much were you paid?
20   A. I'm not sure. I think 5.45. I'm not sure. I
21   don't remember. I don't remember.
22   Q. Why did you leave the job at the Hudson Motel?
23   A. Because I felt very tired because I started at
24   7:00 in the morning on one of them, and then they would
25   take me over to another one that they had bought on the

Page 11

1    outskirts. And they used many liquids and I felt very
2    tired. I worked all day, from -- from 8:00 in the
3    morning, sometimes up to 9:00 or up to 6:00 in the
4    afternoon.
5    Q. Okay. After Fun N Sun, where did you go to
6    work?
7    A. To McDonald's.
8    Q. Okay. Do you remember when you started at
9    McDonald's?
10   A. I don't remember what year, but it was in May.
11   Q. Do you remember what you did to get the job at
12   McDonald's?
13   A. Yes. I started cooking, making the biscuits
14   and cleaning. I cleaned the windows. I washed the
15   floors when they were very dirty with grease.
16   Q. Okay. How did you get that job?
17   A. Oh, I went to make an application and I spoke
18   with the manager and his assistant, Ruben Saldivar and
19   his assistant Aleida. I don't know if it was Sandoval.
20   I don't remember.
21   Q. You believe that Aleida's last name was
22   Sandoval?
23   A. I don't remember well.
24   Q. Okay. And where did you fill out your
25   application?

Page 12

1    A. There at McDonald's.
2    Q. Okay. And Ruben Saldivar was the manager?
3    A. The manager.
4    Q. Okay. Did you ever go to the office in La
5    Feria?
6    A. Yes.
7    Q. Okay. And what did you do there?
8    A. I went when they made the party for the parents
9    in Christmas. Yes.
10   Q. Did you go to La Feria for any training?
11   A. No. When they were going to give me my uniform
12   and that they read all of the regulations of the job.
13   Q. Right. So in the beginning when you applied
14   for the job, you went to the La Feria office to have
15   all the initial training that everybody gets, right?
16   A. Yes.
17   Q. And they talked to you about the different
18   policies of the company?
19   A. Well, what we had to do at the job, what one
20   could do and what one could not do.
21   Q. Okay. Did they talk to you at all about race
22   discrimination or making a claim of discrimination?
23   A. No.
24   Q. Okay. They gave you a handbook, right?
25   A. No.

Page 13

1    Q. You didn't get a handbook?
2    A. No.
3    Q. Were there other people there?
4    A. Yes.
5    Q. And they were being trained the same as you
6    were, right?
7    A. Yes. We were about eight -- around eight, for
8    different stores.
9    Q. Okay. And do you remember who did the
10   training?
11   A. There were some girls.
12   Q. Okay.
13   A. Young ones.
14   Q. Was one of them named Mary?
15   A. No, I don't remember.
16   Q. Okay.
17   A. I don't remember.
18   Q. Did you sign some papers when you were there?
19   A. I don't remember. I think a paper. I think a
20   paper.
21       Oh. Since they were in English, one of
22   them filled it out.
23   Q. Okay. And explained to you what it was?
24   A. No. They just asked for some information.
25   Q. Okay. Did they speak English or Spanish to

Page 14

1  you?
2      A.  In Spanish.  Yes.  They asked for my name and
3  what year was I born, and I don't remember what other
4  things.  I think it was for the check and for the --
5  when the income was made.  They were personal
6  information.
7      Q.  Okay.  Do you read Spanish?
8      A.  Yes, a little.
9      Q.  Okay.  Do you read any English?
10     A.  I have tried, but I -- I don't understand.  I
11 am going to school.
12     Q.  Okay.  Where are you going to school?
13     A.  In Rio Hondo.
14     Q.  What kind of school is that?
15     A.  The school is called Intermediate, and it's an
16 English school for all of the Mexican people that do
17 not know English.
18     Q.  Okay.  So you are learning to speak English?
19     A.  Yes.
20     Q.  And you're learning to read English?
21     A.  A little.
22     Q.  When did you start school in Rio Hondo?
23     A.  Last year.  This year it will be two years.
24     Q.  Okay.  Do you remember what month?
25     A.  It was a month -- let me see.  Thanksgiving is

Page 15

1  on this month, right?  It was in October -- at the end
2  of October.
3      Q.  Okay.  Of 2002?
4      A.  Yes.
5      Q.  Okay.  Did you attend school in Mexico?
6      A.  No.
7      Q.  No?
8      A.  No.
9      Q.  Okay.  Is this the first schooling, then, that
10 you've had, is what you're getting at Rio Hondo?
11     A.  No.  No.  Before, I tried -- when I was at
12 McDonald's, I tried to study.
13     Q.  Where?
14     A.  In Harlingen.
15     Q.  And what was the name of that school?
16     A.  I don't know.
17     Q.  What were you studying?
18     A.  English, and then in Rio Hondo the same.  I
19 went -- here it was in English on the computer, and in
20 Rio Hondo at another school they taught me Spanish and
21 English.
22     Q.  Where was that?
23     A.  There where all of the schools are.  It opened
24 up for two hours at night.
25     Q.  Okay.  Is this a program of the Harlingen

Page 16

1  Independent School District?
2      A.  Yes.  "Independent," you mean apart?
3      Q.  That's just what it's usually called.  Is it
4  part of the Harlingen School District program?
5      A.  No.  Well, for me, you know, Harlingen it was
6  one and San Benito it's another one.
7      Q.  Right.  But is -- the program itself, is that
8  part -- is it offered by the school district or the
9  state or the county or --
10     A.  The state.
11     Q.  The state?
12     A.  The state.
13     Q.  Okay.  Do you know what department?
14     A.  No.  We only know that it comes from
15 Brownsville because they come to inspect us to see how
16 we're doing.
17     Q.  Okay.  Are you a citizen of Mexico?
18     A.  Yes.
19     Q.  Okay.  And what part of Mexico are you from?
20     A.  I was born in Tulancingo and I grew up in
21 Veracruz, Veracruz.  That's what my parents used to
22 tell me.
23     Q.  You don't remember?
24     A.  I am registered in Tulancingo, Hidalgo.
25     Q.  Okay.  Hidalgo?

Page 17

1      A.  Yes.  And raised in Veracruz, Veracruz.
2      Q.  Okay.  Have you ever applied for American
3  citizenship?
4      A.  No.  No.
5      Q.  And do you have your green card?
6      A.  Which green one?
7      Q.  That allows you to work in the United States.
8      A.  Oh, the Social Security number?  Yes.
9      Q.  Okay.  What is your Social Security number?
10     A.  It's -- I forget the first number.  Would you
11 let me get it?
12     Q.  Sure.
13     A.  The Social Security number?
14     Q.  Yes.
15          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.
16          Is Ramirez your maiden name?
17     A.  Yes.  Ramirez Hernandez.
18     Q.  Okay.  Thank you.
19     A.  I know everything except this one.  I forget
20 the 6.
21     Q.  Do you have any children, Ms. Garcia?
22     A.  No.
23     Q.  Okay.  And is Mr. Garcia your first husband?
24     A.  Yes.  We have one boy that we've taken care of
25 since he was two months old, and that's our son,

Page 18

1 because he respects us like our parents and his parents
2 have always left him.
3     Q. So you've raised someone's child?
4     A. Yes. Of some friends, neighbors.
5     Q. Okay. What's his name?
6     A. Robert Andrew.
7     Q. And he actually lives with you and your
8 husband?
9     A. Sometimes he's with us and sometimes he's with
10 his parents.
11    Q. How old is he?
12    A. He'll be five years old on December 17th.
13    Q. Are you currently working?
14    A. No.
15    Q. No?
16    A. I'm studying.
17    Q. How long do you go to school?
18    A. We start at 9:00 and we -- at 12:30 they feed
19 us, and we start at 2:00 -- until 2:00 -- from 12:30 to
20 2:00 in the afternoon.
21    Q. And when did you first start that school?
22 October 2002?
23    A. At the end of October.
24    Q. Has it always been a full day?
25    A. Well, last year, yes, because I would start at

Page 19

1 9:00. I would get out at 2:00 in the afternoon. I'd
2 go see my husband at the house, feed him, and then
3 return in the afternoon for the night class.
4     Q. What time was the night class?
5     A. We started at 5:00 to 7:00.
6     Q. Okay.
7     A. There are some times when they do occupy me as
8 a volunteer and I have gone as a volunteer.
9     Q. Okay. And what do you do as a volunteer?
10    A. For example, when they have to make some
11 posters for the children that play or when there's
12 going to be an event and they give in a bag -- they put
13 a pencil or thermos or something. It has to be packed.
14 Help them to call the parents on the phone to remind
15 them to go to the event or to a meeting.
16    Q. This is at the school?
17    A. Yes.
18    Q. So you're actually going to a school where
19 there are children during the day and studying there?
20    A. No. It's for adults.
21    Q. It's for adults. Okay.
22         Have you had any jobs since you left
23 McDonald's?
24    A. No.
25    Q. Have you applied for any jobs?

Page 20

1     A. No.
2     Q. Why haven't you had any jobs?
3     A. Because an anxiety stayed with me since I
4 worked at McDonald's, like my manager told me that
5 because of her, I was not going to find another job,
6 because when I would go look for a job and they would
7 call her, that if she recommended me, they would give
8 it to me. If not, they wouldn't.
9     Q. But you have not attempted to find another job?
10    A. No. I'm scared that they will not hire me.
11    Q. Does your husband work?
12    A. No. No.
13    Q. What is your source of income?
14    A. He's a veteran from the Vietnam War.
15    Q. Is your husband -- is he from Mexico?
16    A. No. He's from here.
17    Q. Were you ever injured at any of the jobs that
18 you worked at in the United States?
19    A. At the Fun N Sun.
20    Q. What happened?
21    A. I -- one of my fingers burst.
22    Q. From -- and you think it was from the cleaning
23 fluids?
24    A. No. It fell on me. When we picked up the
25 table to unite it with another one, it fell.

Page 21

1     Q. You smashed a finger?
2     A. Yes. Yes. Smashed.
3     Q. Is that the only injury that we're talking
4 about, just that one?
5     A. Only. At McDonald's, I fell.
6     Q. When was that?
7     A. I don't remember what date, but I slipped and I
8 fell.
9     Q. Did you report it?
10    A. Yes.
11    Q. Okay. Did you go to the doctor?
12    A. Yes, because I hurt myself. Just only once.
13    Q. Okay. Okay. And so you got over that injury?
14    A. Well, I'd say yes.
15    Q. And what part of your body did you hurt?
16    A. It's because I had a bucket of water.
17    Q. Uh-huh.
18    A. And when I was going to throw it out or empty
19 it, they had thrown some grease in the bottom, the
20 workers. My two feet went and I hit where there was
21 cement, where the washers were.
22    Q. Was this at the sink?
23    A. No. On the top -- well, the washers, cement,
24 and then on the edge, like it is here, I hit myself.
25    Q. Is this outside?

## Page 22

1    A. Inside. The washer is inside where they wash
2  the towels.
3    Q. You only worked at one McDonald's location,
4  right?
5    A. Yes.
6    Q. What was the address --
7    A. I'm sorry. I'm sorry. If I only worked at one
8  part -- one place?
9    Q. Only one location, only one McDonald's.
10    A. No. In two.
11    Q. Okay. What was the first location you worked
12  at?
13    A. Here in San Benito.
14    Q. Where is it located?
15    A. It's in front of H.E.B. I don't know the name.
16    Q. And where was the other one located?
17    A. At South Padre Island.
18    Q. And how long did you work at the South Padre
19  Island location?
20    A. It was just for the season, for example, when
21  they get out on vacations.
22    Q. Okay.
23    A. From this McDonald's, they would send me with
24  other workers over there to help them. I started at
25  5:00 here at this McDonald's and I would go at 10:00 in

## Page 23

1  the morning to the other one and I would get out at
2  10:00 at night.
3    Q. Okay. What was your -- what was your job or
4  your position called at McDonald's?
5    A. Well, there, everything. I would do
6  everything.
7    Q. Okay. Do you know what the position was that
8  you had?
9    A. Well, at the beginning, I started as normal,
10  like everybody.
11    Q. Okay.
12    A. I cooked, I would do biscuits, then I would
13  wash everything from the breakfast, what -- early, and
14  then before I left I would wash the floors with a
15  little brush and liquid. I cleaned the windows, and
16  then I would go to your humble house.
17    Q. How many days a week were you working?
18    A. Well, I had two days off.
19    Q. Did you always work the same schedule or did it
20  change?
21    A. They would change.
22    Q. Okay. Did you work --
23    A. The schedule was the same one. The schedule
24  was the same one, because my manager liked that I was
25  on time and he liked for me to open up the store with

## Page 24

1  him because he said that he could count on me because I
2  never failed. Both of us would open and we would work
3  until 8:00 in the morning, both of us. And at 8:00,
4  other workers would start coming in.
5    Q. And was this Ruben?
6    A. Ruben Saldivar.
7    Q. And this was at the San Benito store?
8    A. Yes.
9    Q. Okay. Did Ruben leave at some point?
10    A. Yes.
11    Q. Did he go to another store?
12    A. They changed him, I think, to Brownsville. We
13  worked really nice. He always treated us well. He
14  never liked for us to have any problems amongst us.
15  There was harmony.
16    Q. Do you remember when it was that Ruben left?
17    A. Let me see. More or less -- more or less it
18  was in May. More or less I think it was in May.
19    Q. You started in May and then the following May
20  he left?.
21    A. I started in May and I was there with him for a
22  year -- about a year or a year and one month, something
23  like that, because I do remember that I was with him
24  for one year. I think it was after one year and one
25  month. I don't remember well. More or less.

## Page 25

1    Q. Have you spoken with Ruben since he left the
2  store?
3    A. Once.
4    Q. When was that?
5    A. When I lost my job.
6    Q. Okay.
7    A. I called him on the phone telling him what had
8  happened.
9    Q. Okay. And what did you tell him?
10    A. I told him -- I told him what had happened.
11    Q. What had happened?
12    A. Well, that there were a lot of problems and the
13  way that they treated me.
14    Q. What did he say?
15    A. He was surprised.
16    Q. What did he say?
17    A. And he told me that he could not believe it.
18    Q. Anything else?
19    A. Only that.
20    Q. Okay. And then what was the assistant
21  manager's name?
22    A. Ruben's assistant?
23    Q. Yes.
24    A. Aleida.
25    Q. Was she still there when Ruben left?

Page 26

1    A. No, not anymore. She had already quit. She
2  found another job and left.
3    Q. Okay. Were you ever promoted at McDonald's?
4    A. What do you mean by "promoted"?
5    Q. Did you have the same position the whole time
6  that you worked there?
7    A. With Ruben? Yes.
8    Q. Okay. Did that ever change after Ruben left?
9    A. A lot. A lot.
10   Q. Okay. When I say "position," I mean like
11  manager, assistant manager, swing manager, cook,
12  cashier.
13   A. Yes.
14   Q. Okay. Your position changed?
15   A. Yes.
16   Q. After Ruben left?
17   A. Yes.
18   Q. Okay. What did it become?
19   A. Ruben told us that he was going to leave. He
20  started to tell us that there was going to be another
21  manager with us, and we did not believe him. And we --
22  we started to believe him when we saw that he was
23  starting to get his things. And we were so happy with
24  him that we wanted to go with him, for him to take us
25  with him. And he told us that he couldn't because

Page 27

1  they -- that was not permitted, that he would gladly
2  take us because he knew that he had good workers, but
3  that McDonald's did not permit that.
4        So when Jessica Torres arrived, I saw when
5  she arrived and I went and said "hello" and I told
6  her -- I introduced myself and I told her, "You're the
7  one that is going to work with us?"
8        She said, "Yes."
9        And I told her, "Are you going to stay
10  from starting from today?"
11       And she said, "No. I just came to see how
12  you work so that I can choose my workers."
13       I tried to be friendly with her because I
14  was very happy with my -- at my job.
15       I'm sorry. I was thinking of retiring
16  there from McDonald's. I would comment with my husband
17  that I was very happy and that I wanted to retire from
18  McDonald's when I would be old.
19   MS. WEBBER: I'm going to have to --
20   A. I spoke with Jessica. We started working. She
21  saw that I was earning 6.10 an hour. And she told me
22  that why was I earning more than the other managers if
23  I -- being that I did not know English and they did.
24  She asked me where I was from and I said that I was
25  from Mexico and that I had not had any studies or

Page 28

1  Spanish.
2        She commented. Jessica, that she, without
3  the English, did not want me as a manager, that I could
4  not work with her as a manager because I did not know
5  English, that maybe I would have to get my -- I would
6  have to get a clock again and go back as the way I had
7  started.
8    MS. WEBBER: I'm going to object to all
9  that as nonresponsive.
10   Q. The -- the question was, what was your
11  position -- what was your position when you first got
12  there?
13   A. I don't know what it is called. Like
14  everybody.
15   Q. Okay. And then at some point your position
16  changed?
17   A. Yes.
18   Q. What was it that your position changed to?
19   A. About five months -- can I ask my husband what
20  the name was that they gave me?
21       THE WITNESS: (Speaking in Spanish.)
22       THE INTERPRETER: She's asking the
23  question if she started as a cook.
24       MR. GARCIA: After sometime they promoted
25  you to another position that was swing manager.

Page 29

1        THE WITNESS: No, but in the middle -- in
2  the middle, what is that called, that name that I gave
3  you?
4    MR. GARCIA: Team leader, and then the
5  swing manager. She was promoted to manager, something
6  like that, assistant.
7    Q. Did you get a raise when you were promoted?
8    A. Yes.
9    Q. What was -- what did you start out at?
10   A. I started at 5.15.
11   Q. Okay. And then after five months you said you
12  were promoted?
13   A. Yes.
14   Q. And what was that position? Team leader?
15   A. Yes.
16   Q. And what did you make then?
17   A. 5.45.
18   Q. And then how long were you a team leader before
19  your position changed again?
20   A. About six months --
21   Q. Did you get another raise?
22   A. -- more or less.
23       Yes.
24   Q. What was your raise to?
25   A. 6.10.

Page 30

1    Q. And this was as a swing manager?
2    A. Yes.
3    Q. And were you promoted again after that, or was
4  that the last position you held?
5    A. That was the last one.
6    Q. Okay.
7    A. The last one.
8    Q. And did all of these promotions take place
9  under Ruben?
10   A. Yes.
11   Q. Did your -- did you ever receive any other
12 raises before you quit?
13       MR. JOE: Objection, form.
14   A. No.
15   Q. Was your pay ever reduced?
16   A. No.
17   Q. Were you ever demoted from swing manager, to
18 your knowledge?
19   A. No. They just took hours away.
20   Q. Did anyone else lose hours?
21   A. No. Only me.
22   Q. Who did the schedules?
23   A. Diana would do them, Jessica's assistant.
24   Q. Do you know her last name?
25   A. No.

Page 31

1    Q. Did you work with Diana before Jessica got
2  there?
3    A. Yes.
4    Q. Did you get along with Diana?
5    A. Yes.
6    Q. At the time that you left McDonald's, were
7  there any other Mexican nationals that were working
8  there at the time?
9    A. Well, they were Mexicans, but they knew
10 English.
11   Q. Okay. But they were all from Mexico like you?
12   A. No, I don't know.
13   Q. Do you know whether any of them were from
14 Mexico at the time?
15   A. Well, one of them that -- I think they brought
16 him when he was very, very young.
17   Q. Okay. Do you know whether any of the people
18 who worked there had family that lived in Mexico?
19   A. No.
20   Q. You didn't know anything about any of the
21 people that you worked with?
22   A. No. We never talked about our origins.
23   Q. Okay. How did your job change when you went
24 from -- when you were promoted to swing manager -- I'm
25 sorry -- team leader? Excuse me. How did your job

Page 32

1  change when you were promoted to team leader?
2    A. How did it change?
3    Q. Yes, ma'am.
4    A. That we -- we were three, two women and one
5  man. According to Ruben, he chose the ones that were
6  more punctual. And to be -- to see that everything was
7  clean, that we would all be working in order.
8    Q. So you said there were three women and one man?
9    A. Two women and one man.
10   Q. Two women and one man.
11       Okay. This is when you were the team
12 leader?
13   A. Yes.
14   Q. And were you one of the women?
15   A. Yes.
16   Q. And so what -- how was your job any different
17 from what you had before you were team leader?
18   A. Before, well, it was better. I felt better
19 because I had to check -- I would help Ruben do the
20 estimates in Spanish and I would help him to check that
21 everything that had to do with the foods, that they had
22 not expired, that the dates had to be put on from when
23 to when so that the workers would not use some food
24 that had already been expired in time.
25   Q. Okay.

Page 33

1    A. I would help him to receive the bread, to count
2  it, to check that the one we had before had not
3  expired.
4    Q. So when you worked and Ruben was there, you
5  worked right along with Ruben in just about everything
6  you did?
7    A. Yes. Yes. And we worked well, everything.
8    Q. Did you check the food prior to being the team
9  leader?
10   A. No. Well, yes, it did have to be checked
11 because we had to be careful. By being team leader, it
12 was a little bit more responsibility, and I liked that.
13 I liked that.
14   Q. Okay.
15   A. I didn't know English, but in each box I would
16 write down the name so that I would know what the name
17 was of whatever it was that was missing.
18   Q. So you helped with inventory?
19   A. Yes.
20   Q. When you became swing manager, how did your
21 responsibilities change?
22   A. Well, it was higher. It was more
23 responsibility.
24   Q. What was the additional responsibility?
25   A. That I had to be checking the cooked meat with

## Page 34

1  the temperature, that they would not be there cooked
2  for too long, that the salads would not be there for
3  more time than they should, the ice cream machines, for
4  them to be clean and full.
5  Q. Did you clean them or --
6  A. No.
7  Q. You would tell someone to clean them?
8  A. Yes.
9  Q. Okay. What else?
10  A. I would help to receive when the truck arrived
11  with the load and have everything in order.
12  Q. Receive the inventory?
13  A. Yes.
14  Q. Okay. Were you ever left in charge of the
15  restaurant?
16  A. No. Me by myself, no.
17  Q. Were you given charge over any other employees
18  at any time?
19  A. Yes.
20  Q. When was that?
21  A. I don't remember. When Ruben was there, but
22  there was another one with me that knew English.
23  Q. Okay.
24  A. Another manager. We were two and two.
25  Q. Okay. So would it be correct to say that Ruben

## Page 35

1  always made certain that you were teamed up with
2  someone who spoke English?
3  A. Yes.
4  Q. Okay. Because you did not speak English?
5  A. Exactly.
6  Q. Okay. Did the people who were at the
7  restaurant stay the same when Jessica came?
8  A. The people at the restaurant, did they stay the
9  same?
10  Q. I'm sorry. The employees.
11  A. No.
12  Q. Okay. Who left?
13  A. Well, after me, everyone. What was known that
14  she fired them -- that she fired all of them.
15  Q. But not until after you were gone?
16  A. Yes.
17  Q. Okay. Before you -- were you the first one to
18  leave after Jessica came?
19  A. No. There was a girl that she fired before.
20  Q. And who was that?
21  A. Her name is Daisy.
22  Q. And why was she terminated?
23  A. Because the girl was telling two of the workers
24  that they had stolen my cellular, my phone, for them
25  not to be mean, for them to give me back my mobile

## Page 36

1  phone, because she saw it, that I had never behaved
2  badly for them to do that to me, and Jessica saw her
3  and fired her.
4  Q. What was Daisy's last name?
5  A. I don't remember.
6  Q. Did you --
7  A. But I do have her telephone number.
8  Q. Do you have it with you today?
9  A. Yes. 399-5748.
10  Q. Okay. Thank you.
11      Did you quit or are you claiming you were
12  fired?
13      MR. JOE: Objection, form.
14      MS. WEBBER: What's the objection?
15      MR. JOE: Are you providing that she can
16  claim she was constructively discharged in that --
17      MS. WEBBER: I'm just asking her a
18  question. I don't think she's going to understand if I
19  tell her "constructive discharge."
20      MR. JOE: Well, she understands "fired"
21  because she has testified that someone else was fired
22  by --
23      MS. WEBBER: Right.
24      MR. JOE: -- that supervisor. And the
25  only choice you've given her then is whether that

## Page 37

1  supervisor forced her to leave at the time she left or
2  whether she voluntarily resigned, which is not a fair
3  question.
4      MS. WEBBER: Well, she can tell me that,
5  then, if it's somewhere in between.
6  Q. Did you quit or were you fired?
7      MR. JOE: Same objection.
8  A. Well, for me, they fired me.
9  Q. Okay.
10  A. With what they told me, they fired me.
11  Q. What day was it that you claim you were fired?
12  A. I don't remember the day.
13  Q. And who was it that you say "with what they
14  told me, they fired me"? Who is "they"?
15  A. Jessica and Rolando.
16  Q. Did anyone say to you, "You are fired"?
17  A. Well, they told me to look for another job.
18  Q. Okay. Who told you that?
19  A. Between Jessica and Rolando.
20  Q. Were they there together when that was said?
21  A. Yes.
22  Q. Who said that?
23  A. Well, they were both there and they told me.
24  There was a long talk because Jessica said something
25  bad about me to Rolando. And then Jessica went over

Page 38

1  there to the kitchen and Rolando told me. I had put a
2  report of a mobile phone that I had lost, and I knew
3  that two of the employees had it. And I, well, did not
4  want -- did not want to claim it or anything when I
5  lost it so as not to have problems and lose my job.
6      Q. Okay. Did anyone --
7          MS. WEBBER: Nonresponsive.
8      Q. Did anybody specifically say that you could not
9  come back to work at McDonald's?
10     A. Rolando. First Jessica told me.
11     Q. They both told you?
12     A. Yes.
13     Q. Okay. And was this on the day that you came in
14 to speak with Rolando about the cell phone?
15     A. Yes.
16     Q. Was this a day that you were actually working
17 or did you come in and you weren't working?
18     A. No. I was working and Rolando arrived.
19     Q. And so tell me what happened. Rolando arrived,
20 and what happened then?
21     A. Rolando arrived and he called my attention,
22 accusing me of things I had not done, and I tried to
23 explain to him. I explained like on two or three
24 occasions, and he did not want to listen to me. He
25 knew about the problem with the cell -- with the cell

Page 39

1  phone.
2      Q. Did you go to the store to talk to the two men
3  that you believed took your cell phone?
4      A. No. I waited outside. They were working. I
5  waited outside for them to get out of their job. That
6  day I was off. And then there we were talking, because
7  I wanted to talk to them without any of us having any
8  problems, the three of us, at the job. I wanted them
9  to give me the cell phone without having any problems
10 that could affect us.
11         When Jessica looked out the window and saw
12 us and she called us inside to the office and asked
13 that what were we doing, I commented that I wanted to
14 speak to the guys about the cell phone because there
15 were proofs that they had it. As a matter of fact, one
16 of them confessed that they had taken it but that
17 Jessica did not want for them to give it to me.
18     Q. Okay. They did not confess that day that they
19 had the phone, did they?
20     A. No.
21     Q. Okay.
22     A. Because they were scared of Jessica.
23         MS. WEBBER: I'm going to object to that
24 as nonresponsive.
25     Q. They did not confess the day that you went to

Page 40

1  confront them that they had taken the phone?
2      A. No.
3      Q. You're answering before I finish my question.
4      A. Okay.
5      Q. Are you understanding what I'm saying to you in
6  English?
7      A. No.
8      Q. You said there was proof that they had stolen
9  the cell phone. What was the proof?
10     A. Yes. The girl, Daisy, saw it.
11     Q. Saw the cell phone?
12     A. Yes. I lost it on a Friday.
13     Q. Okay.
14     A. Saturday I did not work, or Sunday. And they
15 sent the three of them to the Island, and that's where
16 they got it out to talk. And since the three of them
17 were really good friends, they thought that she was not
18 going to tell me.
19     Q. Was this -- did you find this out after you had
20 already left McDonald's, left work there?
21     A. No. No.
22     Q. This was before you talked to Roland?
23     A. Yes, a long time before.
24     Q. Are you sure about that?
25     A. Yes.

Page 41

1      Q. Do you know the date?
2      A. Yes, but right now I do not remember. What I
3  do know are the days. It was a Friday. I did not work
4  Saturday and Sunday. And I went back on Tuesday, but I
5  don't know if I can say everything.
6      Q. What do you mean?
7      A. When I returned, I was hopeful that Jessica
8  would check the cameras -- she was the manager -- so
9  that she could see who had taken it.
10     Q. This was on Tuesday?
11     A. A Tuesday, yes. When I went back to the job, I
12 said "good morning" to Jessica and I was going to start
13 working. I started at 8:00 in the morning. And she
14 asked how I was doing, and I told her that I was a
15 little bit sad, that if she had found out about what
16 had happened. And she said "yes." And she said, "What
17 do you think about that," that who did I suspect of.
18     Q. When she said -- when you said, "Do you know
19 what had happened," you're talking about your cell
20 phone being stolen?
21     A. Yes.
22     Q. My understanding is you left your cell phone on
23 the checkout counter at the restaurant. Correct?
24     A. Yes, but inside.
25     Q. Inside? What do you mean?

Page 42

1    A. Inside where -- where we take the orders.
2    Q. Okay. Was it laying up on the counter where
3    you sit the food, where people pick up their food?
4    A. No. At a small table. The fryers are here,
5    and then a small table, clean, and then the cash -- the
6    register is here and the window where the orders are
7    given out.
8    Q. The drivethrough?
9    A. But on the inside.
10   Q. Okay. What is that table used for?
11   A. To put bags, bags of where they're taking the
12   orders.
13   Q. Okay.
14   A. Where the orders had been taken already.
15   Q. Okay. So on Friday, your phone was missing,
16   correct?
17   A. Yes.
18   Q. You didn't work on Saturday?
19   A. No.
20   Q. You didn't work on Sunday; is that right?
21   A. Yes.
22   Q. And you didn't work on Monday either?
23   A. No, because it was off for me and my off -- I
24   worked it so that they could give me the other days
25   because my husband had some medical exams in San

Page 43

1    Antonio. And the other day of Monday I worked for a
2    coworker so that when I would need -- when somebody
3    needed, one would work for the other.
4    Q. All right. So you did or you didn't work on
5    Monday?
6    A. Monday I did not work because I had already
7    worked for another coworker that was going to cover me
8    Monday.
9    Q. Okay. So the phone was missing on Friday, but
10   you didn't go back to work until Tuesday?
11   A. That is correct.
12   Q. And what time did you lose your phone on
13   Friday?
14        MR. JOE: Objection, form.
15   A. In the afternoon. I was on my way out. That's
16   why I put it there. When I was going to go out to
17   check, my coworker asked as a favor for me to stay for
18   another half hour because a lot of people arrived, and
19   the one that was going to stay in my place had not
20   arrived yet. So I asked permission that if I could
21   call my husband to tell him that I was going to stay
22   for another half hour because he was waiting for me for
23   us to go to San Antonio. We were going to go as soon
24   as I got out of work.
25   Q. Okay.

Page 44

1    A. When I started looking for my cell phone, I did
2    not see it, and I thought that my coworker had hidden
3    it so that I would not leave and continue helping him.
4    Q. What coworker is this?
5    A. Mario.
6    Q. So you stayed for another half hour and then
7    you left?
8    A. Yes. I stayed for about 45 minutes.
9    Q. Okay. Do you drive?
10   A. Yes.
11   Q. Do you have a Texas driver's license?
12   A. Yes.
13   Q. Okay. So Tuesday was the first chance that you
14   had to speak with Jessica about your phone?
15   A. Yes. And she commented that she had not seen
16   anything on the cameras and that -- and she asked me
17   who I suspected. And I told her that I couldn't say
18   who because I was not sure. She answered that out of
19   the men, that she completely trusted them and that it
20   had not been them. And I answered that if she trusted
21   them, being that she was the boss, that I respected her
22   decision and that too bad.
23   Q. How many people were working at the time that
24   you lost your cell phone?
25   A. Four. With me, five.

Page 45

1    Q. Okay. Who were they?
2    A. Mario, Daisy -- she was the cashier -- and Ray
3    Ureste and Ray -- I forgot the last name. I forgot the
4    last name.
5    Q. It will come to you. Just let us know when it
6    comes to you.
7    A. Okay. They were the ones that were taking the
8    orders.
9    Q. Ray and Ray?
10   A. Ray and Ray, yes.
11   Q. Taking orders at what location?
12   A. Morales. It's Morales.
13   Q. Taking orders at what location?
14   A. They were making the orders.
15   Q. Oh.
16   A. Well, making the hamburgers, and we were
17   preparing them to deliver them.
18   Q. Okay. What position were you working?
19   A. What do you mean "what position?"
20   Q. Were you doing fries, hamburgers, shakes,
21   cashier?
22   A. I was putting the french fries in the little
23   bags, and the toys.
24   Q. Kids meals?
25   A. Yes. Because Mario was teaching me and I was

Page 46

1  understanding.
2      Q. Is it part of your lawsuit that you think
3  people said things to you that they should not have
4  said?
5      A. Yes.
6      Q. And that they should not have said those things
7  because they related to your Mexican origin?
8      A. Yes.
9      Q. Okay. I want you to tell me everything that
10 you can remember that someone said that you're
11 complaining about in your lawsuit.
12     A. Yes.
13     Q. And preferably tell me --
14         MR. JOE: You can write on that if you
15 want to take a few minutes to think about it.
16     Q. And preferably tell me who said it.
17     A. Jessica.
18     Q. Jessica said all of the things you're
19 complaining about?
20     A. Yes.
21     Q. No one else?
22     A. No.
23     Q. Okay.
24     A. The two Rays that stole my cell phone laughed
25 about me with Jessica because she did not tell them

Page 47

1  anything and she would follow along instead of
2  reprimanding them as being -- because she was the boss.
3      Q. Okay. Tell me the first thing that you
4  remember being said to you that you're complaining
5  about.
6      A. The first one that hurt me was that she said
7  that she didn't know why me not knowing English and
8  being from Mexico and the others were from here and
9  knew English, that they were paying me more and
10 others were earning less, that without the English,
11 that she did not want me and that she was going to
12 return me to get my little rag and to start off as I
13 had started.
14     Q. She said that?
15     A. Yes.
16     Q. Did anyone else overhear this conversation?
17     A. Yes.
18     Q. Who?
19     A. Daisy.
20     Q. And how long was this after Jessica came to
21 work at the restaurant?
22     A. Right away when she started. And I told her
23 about three days past when my husband wrote to me --
24 wrote for me to go study English, because I had already
25 commented to him that I needed English. So I arrived

Page 48

1  happy, talking about it, telling her that I was going
2  to learn English, that I had already applied at a
3  school, to be able to answer the way that she wanted.
4  She answered that even if I learned English, that the
5  cactus on my forehead was not going to go away, that
6  with the English, the cactus was not going to go away.
7      Q. Did anybody else overhear that conversation?
8      A. One of the managers. He is Israel.
9      Q. Now, how do you know Israel overheard it?
10     A. Because he was standing beside me.
11     Q. Did he say anything?
12     A. No.
13     Q. How do you know Daisy overheard the first
14 conversation?
15     A. Because she was there as a cashier. She was
16 by -- right by us.
17     Q. Did she ever tell you that she overheard it?
18     A. Yes. She knew about many things.
19     Q. Did she tell you she overheard that
20 conversation?
21     A. Yes, she and Teresa. And all of the things
22 that she would tell me, I started crying, and they
23 would console me. They would tell -- they would tell
24 me that they felt really bad that she would tell me
25 those things.

Page 49

1      Q. Okay. Were there any other incidents?
2      A. Yes.
3      Q. What's the next one?
4      A. When we were making the orders, since I was the
5  manager and the others were the workers, she would put
6  me -- only me right beside her to make all of the
7  orders, and in front of all of the workers she would
8  tell me that I was worth potatoes. She would tell me
9  and she would tell me that -- even the men would laugh
10 about her that, "You're not worth a potato. You're not
11 worth a potato."
12         There was one day also that she asked that
13 in what car were we going to San Antonio, and I told
14 her that in my small car that was parked out in front.
15 And my small car is an '88. And she told me that if
16 that old car would make it.
17     Q. Did anyone overhear that?
18     A. I don't remember. Yes, but I don't remember
19 who.
20     Q. Did Jessica ever tell anybody else that they
21 weren't worth -- or they were only worth potatoes?
22     A. No. Just to me.
23     Q. Did you hear anybody else in the restaurant say
24 that to anyone?
25     A. No. They would tell her, but like making fun

Page 50

1  of what she would tell me.
2  Q. Making fun of what she would say to you?
3  A. Yes.
4  Q. How? What do you mean? Explain to me.
5  A. Well, that I wasn't worth nothing, anything.
6  Q. But you said that they would make fun back to
7  her?
8  A. She got along with the workers, so they would
9  repeat what she said.
10  Q. To -- to her, but not to you?
11  A. No, not to me.
12  Q. Okay.
13  A. No. They all respected me. I got along well
14  with all of them -- with all of them.
15  Q. So they would tell Jessica that she was only
16  worth potatoes?
17  A. Of how she would tell me. "So what, Jessica,
18  are you worth just potatoes" -- "worth potatoes?"
19  Q. Okay. So they would say to her something to
20  the effect, "Jessica, you're only worth potatoes"?
21  A. They would make fun that she would tell me. I
22  don't know how to explain it, but they would make fun
23  of the way that she told it to me.
24  Q. They were making fun of her, not you?
25  A. No. No. Not -- never.

Page 51

1  Q. Okay.
2  A. Also about the sausage, that I could not say
3  well "sausage." And when I would speak to the
4  coworkers for them to supply what had to be supplied or
5  for them to give it to me because one is in a hurry to
6  get out the orders, and I told them, "Man, I need some
7  more sausage," then she would say the same thing that I
8  would say but in a -- making fun, saying, "More
9  sausages. Man, more sausages."
10  Q. Did she -- did Jessica ever make fun of anybody
11  else?
12  A. No. She would get along with the workers. For
13  example, she would spray the liquid that we used to
14  wash. She would throw it at the men and then they
15  would go and pull her blouse like this and put -- or
16  put drops of cold Coke.
17  Q. Did you ever talk to Rolando about any of the
18  things that you've just told us?
19  A. I told Rolando the day. Yes, I told him. He
20  did not take me into account.
21  Q. The day that you talked to Rolando about the
22  cell phone?
23  A. Yes.
24  Q. What did you tell him?
25  A. I told him because since he reprimanded me on

Page 52

1  some accusations that were not true. I told Rolando --
2  starting to tell him that she pulled me once, what she
3  would tell me, that she would start playing with the
4  men, bathe herself with the refreshments and also with
5  the eggs there at the store.
6  MR. JOE: I don't mean to interrupt, but
7  she was originally asked to list out all the different
8  derogatory statements, and then in the second example
9  got diverted off that. I want to be clear that either
10  we're moving on to a different subject or she can come
11  back and continue to list these out.
12  MS. WEBBER: I'm going to come back to it.
13  MR. JOE: Okay.
14  MS. WEBBER: Yeah. I'm going to come back
15  to it.
16  Q. I need to know specifically what you told
17  Rolando -- everything that you can remember that you
18  told Rolando.
19  A. Okay. The first I told Rolando that as soon as
20  Jessica started, that I started at 5:00, like usual,
21  and that she gave the break to the ones that started at
22  8:00 and not to me. For asking for the break, she
23  answered that she was the one that gave out the orders
24  or that she was in charge, and that if not, for me to
25  go home.

Page 53

1  I -- with my eyes full of tears, I went,
2  checked -- checked out and I was taking off my apron.
3  When she went, she took me by one arm and pulled me
4  inside very angry and told me, "Here what I say is
5  going to be done because we are not in Mexico. We are
6  in the United States. And here I am the one that gives
7  the orders."
8  Q. That's what you told Rolando?
9  A. I told Rolando.
10  Q. And the -- and when this conversation occurred
11  with Rolando was when you spoke to him about the cell
12  phone?
13  A. Yes.
14  Q. Okay.
15  A. Yes.
16  Q. That's the only time you ever spoke to Rolando?
17  A. Yes.
18  Q. Okay.
19  A. Yes. Because since he reprimanded me very
20  angry, I tried to tell him everything that she had told
21  me, about the cactus on my forehead, of my old car, of
22  one day that I cut my hair and she criticized me that
23  with that haircut, I looked like from Mexico -- from a
24  small town in Mexico. I told her that -- I told him
25  that they made fun of me.

**Page 54**

1    Q. "They" being who?

2    A. Jessica and the two Rays. That she treated me

3    as a witch, the people that do bad things.

4    Q. That's what you thought she was treating you

5    like? She never called you a witch, right?

6        MR. JOE: Objection, form.

7    A. Yes. She told me clearly because the men

8    said -- one of them said that his feet hurt and the

9    arms and that I had bewitched him because I was angry

10   because I had lost my cell phone. And she answered,

11   "It is true. She has bewitched us because my head

12   hurts."

13       I ran, turned around quickly to look at

14   her and I told her, "Do you really feel bad?"

15       And she said, "It's not true. I'm

16   playing."

17   Q. Did you ever tell Jessica to stop saying the

18   things that she said?

19   A. No, never. For my cell phone, I let two weeks

20   go by and I never wanted to say anything because I was

21   scared of losing my job because, I'm going to repeat

22   again, I was very happy and I preferred for it to stay

23   like that.

24   Q. Do you know of anyone in the company that has a

25   higher responsibility position than Rolando?

**Page 55**

1    A. No. Well, what I understood was that the

2    others that were higher than Rolando were the

3    inspectors.

4    Q. Do you read Spanish?

5        MR. JOE: Objection, form.

6    A. Yes.

7    Q. And you read numbers?

8    A. Yes.

9    Q. Are there any other statements that you recall

10   Jessica making that you felt were hurtful?

11   A. Yes. Once I asked for my lunch and she saw --

12   I asked for one biscuit with the whole -- the egg --

13   the whole egg but no sausage, no cheese, nothing, just

14   the egg, and pancakes. And she told me that you could

15   tell in Mexico -- that I was completely Mexican because

16   in Mexico, they only eat with eggs.

17   Q. Explain that again. I don't quite understand

18   that.

19   A. I asked for the bread just with the egg and

20   some pancakes. And she saw what I asked for and she

21   told me, "You're going to eat all of that?" And she

22   said that the Mexicans -- women, the Mexicans, were

23   only bread to eat with eggs and that us Mexicans ate a

24   lot.

25   Q. Okay. Are there other statements?

**Page 56**

1    A. Let me remember.

2        When I had my water or my soda that one

3    takes when you get your lunch that they give us, they

4    would put ketchup or mustard, the Rays. And I went and

5    I would tell her, and she'd only laugh and say that she

6    did not want to know anything.

7    Q. I don't understand what you mean about the

8    ketchup and the mustard.

9    A. They would put it inside what I was drinking --

10   my glass that I was drinking.

11   Q. And what did she say?

12   A. That she didn't want to hear or know any

13   gossip. She would just laugh about what they did and

14   she did not want to know.

15       I also told her that the two Rays were

16   getting the nuggets out. They would get two small bags

17   of nuggets in the trash, and when they would leave,

18   they would pick it up. Or sometimes would get half of

19   the meat for the hamburgers and they would take it

20   home. The toys that were put in the orders, they would

21   take them home. They would throw them out in like half

22   a bag in the trash, and then they would pick it up and

23   take it.

24   Q. What other things can you think of that you're

25   claiming are part of your lawsuit that were said to

**Page 57**

1    you?

2        MR. JOE: While she's thinking about that,

3    can I just mention, on that last question you asked her

4    about -- that she was answering about individuals

5    taking the food, she -- I don't think she was finished

6    because she didn't say what Jessica had told her and

7    you had questioned her about what statements Jessica

8    had told her. And I think she was laying that whole

9    fact pattern out to then say what Jessica told her when

10   she reported it.

11   Q. Did you need to tell me what Jessica told you?

12   A. Yes. About that? Yes. When I told her, she

13   told me that she did not want to know any gossip, for

14   me to go work.

15   Q. Okay.

16   A. Once I went to the store in the afternoon with

17   my boy. He wanted for me to take him to go eat at

18   McDonald's, and Jessica had not left. She gave us the

19   order and she asked me who the boy was, and I told her

20   that he was my son. And she answered but that the boy

21   was from here, that he was not Mexican because he was

22   very pretty to be my son.

23   Q. Anything else?

24   A. Well, she didn't want me to pick up the phone

25   to answer. She would send me to clean the bathrooms,

Page 58

1  being a manager. She would send me to mop. And I
2  would tell her one day when Rolando found me -- saw
3  that I was cleaning, he called my attention and he told
4  me that it was not my job to be cleaning because if
5  not, he was going to fire me, because that was not my
6  job.
7          And she told me that there, she was the
8  one that gave the orders, that when she ordered me,
9  that I had to do it. If not, she was going to fire me.
10  Q.  She told --
11  A.  I was between the -- between the devil and the
12  deep blue sea. She told me if I didn't do what she
13  told me, she was going to fire me. And if Rolando
14  arrived and saw what I was doing -- that I was doing
15  what he didn't want me to do, he was also going to fire
16  me.
17  Q.  So he did not know that she was telling you
18  this?
19  A.  No.
20  Q.  And you never told him?
21          MR. JOE:  Objection, form.
22  A.  When I spoke to Rolando to tell him everything
23  that she had done, I told Rolando. Rolando told me to
24  take the charges -- to remove the charges or to go look
25  for another job. And I told him, I answered, "Well,

Page 59

1  just give me my two weeks of my job because even if I
2  wanted to, I cannot continue working, because if you
3  would know how they make fun of me because I'm a
4  Mexican and not knowing English."
5          He answered, "I am also a Mexican."
6          And I told him, "But you have studies and
7  they do not make fun of you like they make fun of me."
8  I told him, "But give me my two weeks. Because I need
9  the job. My brother was in an accident. He has the
10  collar on. A taxi ran over his child and they depend
11  on me. It's because of that that I need my job. I
12  will find another one. I'll leave before."
13          But unfortunately, I was not able to
14  withstand the two weeks because Jessica made fun of me
15  really bad and I felt very sad. I tried to -- to stand
16  it. She would pass and almost pushing me. She would
17  say, "Smile, Marie Cruz. Smile."
18          One of the Rays would get a blade and he
19  would go like this in front of her and would say,
20  "You're not going to be finished with it, honey," or --
21  and she would just laugh because she would never tell
22  him anything. They got along a lot. I found them many
23  times like in a corner, and not only me. All of the
24  coworkers found out. They even thought that they had
25  something -- there was something there with them,

Page 60

1  amongst them, because she would let them do whatever
2  they wanted.
3          I was the affected one. I was the one
4  that was fired, even though I had proofs. They let
5  them continue there working and I lost my job. You
6  don't know how much it hurt me. As a matter of fact, I
7  received several phone calls from McDonald's. I even
8  went and told the police, asking for advice, and they
9  told me if I had the company's telephone number for
10  Southwestern Bell so that they could give me a code and
11  when they called me, for me to push it so that they
12  could pick up the calls. But, no, I was with AT&T.
13  Q.  So you never did that?
14  A.  No, because I did not have the company that was
15  required.
16  Q.  When you say you got several phone calls from
17  McDonald's, what are you talking about?
18  A.  They would call me and they would make fun of
19  me and they would laugh, then they would hang up,
20  because they thought that I was never going to do
21  anything.
22  Q.  And who was this that called?
23  A.  Well, you could just hear voices of several
24  that they were like -- like making fun. You could hear
25  voices, like the laugh of a woman, a woman's laugh, and

Page 61

1  then some others would laugh, like they were beside
2  her.
3  Q.  How do you know it was from McDonald's?
4  A.  Because I had the caller ID.
5  Q.  And how many calls are we talking about?
6  A.  Not too many. I don't want to lie. There were
7  about three or four.
8  Q.  And this was after you were no longer working
9  at McDonald's?
10  A.  Let me remember. Yes, it was the days when I
11  was not working.
12  Q.  But this was after you had left working there?
13  A.  Yes, after two or three days that I was not
14  working there.
15  Q.  Okay. When I say "not working there," I mean
16  that you were no longer an employee.
17  A.  No, I was not.
18  Q.  Okay. So this was all after you were no longer
19  an employee?
20  A.  Yes.
21  Q.  Did you actually make charges against Ray
22  Ureste or Ray Morales?
23  A.  Yes. Yes.
24  Q.  What happened?
25  A.  The report was made to a judge, police. First

Page 62

1  I went and spoke to two officials asking for advice.
2  The report was made and the police -- two of the police
3  said that if I had proofs, and I said "yes." Because
4  since there was no opportunity to speak calmly, they
5  asked me to take witnesses so that they could sign and
6  for the report to be made out. And when the order of
7  arrest was made out, they would go to look for the Rays
8  at the job, because they were still working at
9  McDonald's, and Jessica would hide them.
10  Q.  How do you know that?
11  A.  Because the other coworkers, women, that
12  remained there at the job were very angry of the way
13  that they had treated me and that they had stole my
14  cell phone. And when they would get to their house,
15  they would call me and comment that the police had
16  gone, that they were going to arrest them, but that
17  Jessica would hide them inside where the meats are
18  stored in the freezer. I don't know what it's called.
19  Q.  Who told you this?
20  A.  Teresa.
21  Q.  Who else? Anybody else?
22  A.  What's her name? I don't remember the other
23  girl. And another one. Her name is Julie. She went
24  to visit me.
25  Q.  Julie?

Page 63

1  A.  Julie.
2  Q.  Teresa, Julie, and anybody else?
3  A.  And a young man. His name is Jorge.
4  Q.  Do you have any of their phone numbers?
5  A.  No, no. It's been a long time that -- some
6  have already been married and have left.
7  Q.  So you don't know where they are, how to find
8  them?
9  A.  Well, they were studying before, but, no, I
10  don't know. And then they gave them the pass to the
11  Island to them so that they would not arrest them. But
12  since I knew about all of that, I told the police that
13  they were out at the Island, but there was a person
14  that told them -- that person went and told them that
15  they were going to -- betrayed all of us and told them
16  that they were going to be arrested at the Island.
17  They looked for me at your humble house and told me
18  that they would return the cell phone.
19  As a matter of fact, the father of one of
20  them went and apologized. They offered me money, that
21  because they understood that they had hurt me morally,
22  physically, economically. And I answered no, I
23  couldn't do anything, because before I had already
24  spoken to them well. I begged -- I really begged for
25  them to give it to me, and that we would continue as

Page 64

1  good coworkers at the job. But I had already lost my
2  job and everything was in the police's hands and
3  whatever the law would say.
4  There was an occasion they were bothering
5  me and bothering me. I went to the police to tell
6  them.
7  Q.  Who is "we"? "They were bothering me." Who?
8  A.  The two Rays.
9  Q.  Was this at your home?
10  A.  Yes. They would tell me that they had not
11  wanted to give me the cell phone because -- because
12  Jessica had prohibited it, because if not, they were
13  also going to lose their job. I did not want to
14  withdraw the charges. I had already lost my job. And
15  the police arrested them in your humble house. Yes.
16  I have a video where they were arrested,
17  and you can see that when they were leaving McDonald's,
18  they went to look for me because they -- they had the
19  McDonald's T-shirt. Yes.
20  The police arrested them inside of my
21  property. Yes. That is what hurts me, and it will
22  always hurt me, because they never paid attention to
23  me. And however -- even though they were the
24  delinquent one, they protected them and they continued
25  working.

Page 65

1  Q.  "They protected them" meaning Jessica?
2  A.  Yes.
3  Q.  So all your complaints are about Jessica
4  Torres --
5  A.  Yes.
6  Q.  -- Ray Ureste and Ray Morales?
7  MR. JOE:  Objection, form.
8  A.  Yes.
9  Q.  Anything else that you can think of that was
10  said or done that you're complaining about?
11  MR. JOE:  Think about that. That's a very
12  expansive question she's asking you.
13  A.  I hadn't been a manager for too long. My
14  check -- I started with problems with my check, and I
15  was not able to cash it at the bank because I wasn't
16  well. I was bad. And also my T-shirt had a defect.
17  Q.  What was the problem with the check?
18  A.  There was a problem with the name.
19  Q.  Whose name?
20  A.  Something in the name was missing.
21  Mine.
22  Q.  Okay. And the bank would not cash your check?
23  A.  No, because one has to show the license and it
24  didn't check -- it wasn't the same. And I went to her.
25  Q.  Who?

Page 66

1    A. With Jessica Torres, asking for her help, that,
2  please, if she could go to the office to see if they
3  can fix my check, and that if she could please change
4  my shirt, my blouse, because I needed it to work, and
5  she never wanted to. Until they changed my shift, I
6  myself went to change -- to fix.
7    Q. Why didn't you do it to begin with?
8    A. Because I was starting at 5:00 in the morning
9  and they told me that it was only open until 12:00.
10   Q. Which -- and this being the office in La Feria?
11   A. Yes.
12   Q. Who told you it was only open until 12:00?
13   A. She did. Because I told her -- she told me
14  that nobody could go to stand at the office without
15  being the manager, and I told her to give me permission
16  to be able to go. And she said that still, it was only
17  open until 12:00.
18   Q. And the problem with your check occurred after
19  Jessica got there?
20   A. Yes.
21   Q. You never had a problem with your check before
22  that?
23   A. No.
24   Q. Did that get straightened out?
25   A. Yes.

Page 67

1    Q. You got all your money?
2    A. Yes.
3    Q. And you -- I'm sorry.
4    A. As a matter of fact, when I went to pick up my
5  last check, I went maybe until after a month and a half
6  because I was scared that they would not give it to me.
7  And a young girl that was a good friend of hers
8  received me and walked me in. When I walked in, she
9  told me, "What are you doing here? You're not
10  welcome."
11       And I told her, "Calm down. What happened
12  to you? Who said that I am not welcome?"
13       And she said, "Jessica."
14   Q. Did you get your last check?
15   A. Yes. Yes. Mario gave it to me.
16   Q. And your shirt got changed out?
17   A. Yes.
18   Q. Anything else you can think of that you're
19  complaining about?
20   A. Yes, but it's because right now I don't
21  remember.
22       MR. JOE: This would include statements or
23  actions.
24   A. They would -- I was put apart like all of the
25  managers. You could see that they sent from the office

Page 68

1  some pages, like to learn the new things. So she would
2  call the other managers.
3    Q. "She" being who?
4    A. Jessica. And she would give it to them. But I
5  saw that like hiding, like so she won't see. And they
6  would put it away. And at the beginning I thought that
7  maybe it was an invitation. But since I got along with
8  them, there was good communication, I asked them what
9  they had given them. And Mario, that was a manager,
10  and Israel, when she was not there, showed me that page
11  and they would explain what it meant.
12   Q. What did it say?
13   A. Well, regulations -- new regulations that
14  pertained to us managers. But I -- I never received
15  one. She would put me on the side.
16   Q. Anything else?
17   A. I would arrive early. I like to be on time
18  always. And sometimes I would have to wait half an
19  hour or 20 minutes and she would get upset, that she
20  did not want to see me there.
21   Q. Because you came early to work?
22   A. Yes. And she reprimanded me and told me to get
23  there at the time, that she did not want to see me
24  there sitting down.
25   Q. Did you have on your uniform?

Page 69

1    A. Yes, my uniform washed and ironed, ready to
2  work.
3    Q. Anything else you can think of?
4    A. Yes. At lunch -- at the lunch hour, I would go
5  eat like always. One would get your food and go eat at
6  the front. And she would tell me to go eat at the
7  back, that that is why that back part is there, so that
8  we would eat. But the other ones, everyone else, she
9  would let them eat in front. Her pets, the ones that
10  she liked the most, she would give them the food, and
11  also for their boyfriends.
12   Q. Who were the pets?
13   A. The name is -- I don't remember. It was two of
14  them.
15   Q. Women?
16   A. Yes. No, I don't remember the name.
17   Q. Okay. If you remember, let me know.
18   A. Okay.
19   Q. Any other complaints?
20   A. One day it was just me and another coworker
21  alone, and a man arrived dressed like a Marine,
22  a white uniform. And you could see that she was
23  waiting for him. He arrived and sat in there in the
24  front. And she went and sat with him. And she would
25  go like that to me, like if she were saying, "Her,

## Page 70

1  her." And the truth, I got scared because I was scared
2  that maybe they were going to do something to me. And
3  the one that was with me is there as a witness.
4      Q. And who is that?
5      A. His name is Rudy. The man's name is Rudy. I
6  do not know the last name. Even he got upset. He was
7  asking why they were signaling us out, that what was
8  wrong with them. And I said, "I don't know."
9      Q. So they were pointing at you and Rudy?
10     A. Since we were together, both of us.
11     Q. Was Rudy from Mexico?
12     A. I don't know.
13     Q. So you don't know whether anybody else was from
14  Mexico?
15     A. No, I don't know.
16         MR. JOE: Objection, form.
17     A. No, I do not know. They never let us talk
18  because we always had to be running, running.
19     Q. Did everyone else speak Spanish?
20     A. They spoke English, very little Spanish.
21     Q. But they knew how to speak Spanish?
22     A. But the Rays were the ones that spoke Spanish.
23     Q. Did most of the employees, though, know how to
24  speak Spanish?
25     A. Well, they always spoke English, very little

## Page 71

1  Spanish. I almost did not hear them speak Spanish.
2      Q. Were any of the employees Anglo while you
3  worked there?
4      A. What do you mean by "Anglo"?
5      Q. White.
6      A. No. Well, dark and white, like my color.
7      Q. Okay. They were all Hispanic?
8      A. Half and half. There were also some that did
9  not speak any, any Spanish.
10     Q. Okay. I'm not talking about what language they
11  spoke. I'm talking about what race they were. Were
12  they all Hispanic?
13     A. Hispanic, yes.
14     Q. No Anglos?
15     A. No. Uno.
16     Q. One?
17     A. Only one.
18     Q. What was his or her name?
19     A. No, I do not remember.
20     Q. Man or woman?
21     A. Man.
22     Q. Okay. Any black people?
23     A. Yes.
24     Q. Okay. How many during the time you worked
25  there?

## Page 72

1      A. One black person was a manager. Very nice
2  person. His name was -- what was his name?
3         MR. JOE: I don't think she even asked for
4  the name. So --
5         MS. WEBBER: Yes, I did.
6         MR. JOE: Did you?
7         MS. WEBBER: Uh-huh.
8         MR. JOE: I thought you said how many.
9  Sorry.
10     A. He was a manager, a very nice person. Since we
11  always got the first place at that store, and when it
12  was his turn to work with us, he would like it because
13  we would respond to him. He would give us a prize.
14     Q. Okay. Was he there when Ruben was there?
15     A. Yes. He did not know how to speak Spanish.
16  And when they would tell him that I could leave, he
17  would tell me, "Marie, let's go home." He tried to
18  speak to me in Spanish and I tried to understand.
19         Like the orders, I learned how to read
20  from the orders. I did not have trouble making any
21  orders, even though I did not know English. I tried.
22  I asked my husband to help me of how to say, "Egg with
23  cheese," "with sausage." And all of that I knew well.
24     Q. Okay. Can you think of anything else that
25  anyone said or did that you believe is part of your

## Page 73

1  lawsuit?
2         MR. JOE: Objection, form.
3      A. Well, also when I lost the phone, she like --
4  well, I was sad, you know, two weeks quiet. I did not
5  want to, I will repeat again, have any problem. And
6  she commented or proposed to take me with a friend to
7  buy me a cell phone, that they were going to give it to
8  me, that it was going to be very inexpensive. But
9  since I bought it somewhere else -- because it was
10  something that was -- it was an emergency and I had
11  permission to use it. She saw that I had a cell phone
12  again. She got very upset and she scolded me.
13     Q. Scolded you? What did she say?
14     A. That where did I go buy the cell phone, why did
15  I not go buy it where she told me, that how much had it
16  been, and that they had given it to me very expensive,
17  for not having paid attention to her.
18     Q. Anything else you can think of that anyone said
19  or did that you're complaining about in your lawsuit?
20     A. She also criticized me for the little holes
21  here for my earrings --
22     Q. Jessica?
23     A. -- since one takes them off to work. And she
24  said that for me not to put them on because -- because
25  she -- she tried to tell me that since I was never

Page 74

1 going to stop with the Mexican tradition because I
2 looked very Mexican.
3    Q. Is it against company policy to wear earrings?
4    A. Yes. We had to remove everything, earrings,
5 rings, everything.
6    Q. Anything else you can think of that anyone said
7 or did?
8    A. There were two of the women workers that asked
9 for permission after they got out of the job that if
10 they could get permission to show me to work the cash
11 register so that I could progress because they saw that
12 I did not want to lose my job, and Jessica was opposed.
13    Q. Who was that?
14    A. Teresa, the one that offered, and the one that
15 helped me a lot was Mario -- that would help me a lot.
16 And she said that, "What for," if I had not even
17 received schooling in Mexico, that how was I going to
18 learn how to handle the cash register.
19       But I don't remember that -- there was a
20 word that she said. She said a word that -- like
21 something -- it's a saying, someone that is born to
22 be -- it's a Mexican saying, someone that is born to
23 a pot will not ever get out of the corridor or where
24 the plants are.
25    Q. Anything else you can think of that anyone said

Page 75

1 or did?
2    A. She -- about my hair also. I cut my hair. I
3 cut it a little bit shorter than it is right now so
4 that it would not come out of the net. And she would
5 make fun of me. And she also told me that if I was
6 still thinking that I was still in Mexico.
7    Q. Did anyone overhear that conversation?
8    A. I don't remember. I don't remember.
9    Q. Anything else you can think of?
10    A. Yes. She also gave the order for them to
11 reduce my hours.
12    Q. To who?
13    A. To the managers.
14    Q. How do you know that?
15    A. Because they told me when they started reducing
16 my hours. And I commented to them that, please, not to
17 reduce my hours, you know, because when I was offered
18 the manager's position, they promised that I was going
19 to have my 40 hours, like the law asks for, and if I
20 accepted that position, and that why were they reducing
21 it, that my check was reduced and I needed money, you
22 know.
23       MS. WEBBER: Objection, form -- I'm
24 sorry -- response.
25    Q. Who were the managers that you spoke to about

Page 76

1 that?
2    A. Israel. He was the one that I worked with the
3 most.
4    Q. He reduced your hours?
5    A. Yes. Because I asked him why was he being mean
6 and taking my hours away, and he answered that because
7 they were orders from Jessica.
8    Q. Anything else you can think of?
9    A. I spoke with Jessica.
10    Q. About the hours?
11    A. Yes. I tried to talk, because she answered
12 very rudely and said, "I don't know anything. Whatever
13 they say, you go tell them." She refused me.
14    Q. Did she speak to you in Spanish or English?
15    A. In Spanish.
16    Q. Did everyone speak Spanish to you?
17       MR. JOE: Objection, form.
18    A. Well, the ones that spoke -- well, almost all
19 of them. They all spoke Spanish.
20    Q. They had to speak Spanish for you to be able to
21 understand them, right?
22       MR. JOE: Objection, form.
23    A. Yes, yes, all of them. Only three or four
24 people that did not speak or understood. But I would
25 try with hand gestures to communicate with them.

Page 77

1    Q. So it would be correct to say that you did not
2 have any problems with anyone at McDonald's until
3 Jessica became your manager?
4       MR. JOE: Objection, form.
5    A. Yes, that is correct. We were all happy, calm.
6 We worked along fine. I saw that when someone had a
7 small problem, Ruben would call them to the office. He
8 would speak to them and tell them that they had to work
9 along fine and everything. As a matter of fact, he
10 would make us understand that they as managers, as our
11 bosses, were not permitted to give a ride to a worker
12 or to sit with a worker, to get along with a worker,
13 many things that he made us see, that we had to respect
14 each other, that we were not supposed to take anything
15 from the store, food or anything, that if we wanted a
16 Coke or a juice, we had to ask for it. And, however,
17 Jessica did the opposite.
18       Once I tried to tell her, you know, when I
19 saw that they would throw the Coke in here and that she
20 would run after them -- after them with the liquid
21 spray, I tried to tell her that that was prohibited,
22 and she told me that they were young, and me, because I
23 was old, and that they were not in my time.
24    Q. Okay. Have you told me everything that anyone
25 said or did that you're complaining about in this

Page 78

1  lawsuit?
2       MR. JOE: Objection, form.
3    A. Well, I wanted to tell you since the problems
4  started, because we have been going like in parts, and
5  that now you can understand from the beginning, but I
6  don't know if it is permitted. I don't want to be
7  disrespectful.
8    Q. I am trying to be sure that you told me
9  everything that you're complaining about.
10   A. Yes.
11      MR. JOE: Well, objection, form. We'll
12  agree that if we can think of anything that's not
13  included in the answer she has given, we'll supplement
14  it as soon as we've done that -- as soon as we talk to
15  her.
16      MS. WEBBER: Okay.
17      MR. JOE: We'll write it down.
18      MS. WEBBER: You're required to do that.
19   Q. But is this everything you can think of at this
20  time?
21   A. Well, what I remember. It's been a long time.
22   Q. Okay. Do you have any way to help you remember
23  if there's anything else?
24      MR. JOE: Objection, form.
25   A. Yes, but not right now. I think that, yes,

Page 79

1  there still are some other things, but right now I
2  don't remember.
3    Q. Have you written them down anywhere?
4    A. No, because I never thought I would leave
5  this -- these circumstances. I have never had any
6  problems anywhere.
7    Q. Okay.
8    A. Not here and not in Mexico. Never.
9    Q. Did you ever go for computer training?
10   A. No.
11   Q. You never had any computer training?
12   A. No. When I got the position as manager, when
13  it was offered, you know, because I did not want to
14  take it because I was scared of making an error because
15  of not knowing English. They begged me to take it,
16  that the -- the superiors, the ones that were above
17  Ruben, were asking Ruben for him to give me the
18  position as manager because they had seen how I
19  responded to my job.
20      So they told me that if I took the
21  position, they promised to help me to work with the
22  computer, to work with the cash register, everything
23  that is required at the store. And, yes, we were doing
24  fine. They were teaching me. And I was happy and
25  trying my best. And that was the only -- what was

Page 80

1  it -- about a month -- a month's training there at the
2  store at the computer to enter the money that had been
3  left from the night and what was going to be taken. I
4  had the key to the safe deposit, but as soon as Jessica
5  arrived, everything ended.
6       As a matter of fact, Ruben, when he left,
7  he left a paper there saying -- recommending all of us
8  workers, who was the one that had bad conduct, who were
9  the ones that worked well. As a matter of fact, my
10  coworkers, the managers congratulated me because Ruben
11  left a written page, "Marie Cruz is a good worker, but
12  the only thing that she needs is help." But as if they
13  had told her, "Cut the line from where she's hanging
14  onto," because it ended.
15   Q. Did -- did any of the other managers that
16  worked under Ruben -- did their jobs or
17  responsibilities change when Jessica came?
18   A. Yes, a lot. As a matter of fact, they saw that
19  I cried a lot because of everything that they did to
20  me. And Mario would tell me, "You know what, Marie
21  Cruz? I'm about to leave also. Sometimes I have one
22  foot on the outside. But what makes me put up with it
23  is because I have the car loan, I pay rent, and support
24  my wife."
25   Q. Who else complained?

Page 81

1    A. Israel also. He said that sometimes he also
2  wanted to leave the job, but he had just gotten out his
3  car.
4    Q. What did he complain about?
5    A. That she treated him really bad.
6    Q. Did you see that?
7    A. Yes. For example, she didn't do anything. She
8  would only come in to sit at the office, and she wanted
9  for everybody to do it, work that was her
10  responsibility.
11   Q. Work?
12   A. The paperwork. Yes.
13   Q. And what did Mario complain about?
14   A. The same, that she wanted him to do what she
15  was supposed to do, and she wanted to have him in all
16  of the places. And he would say, "Well, I can't.
17  Either I'm here or I go do that over there." She would
18  walk in and would not do anything with the papers and
19  she would leave everything to them.
20   Q. Okay.
21   A. Diana, her assistant, once even cried. She
22  cried with us, that she couldn't stand her because she
23  left everything to her, and she still was not
24  well-trained to do what -- what she did. As a matter
25  of fact, she spoke with Rolando to change her somewhere

Page 82

1 else. A store was going to be opened at Wal-Mart, if
2 he could change her or she would quit.
3    Q. Did she move to Wal-Mart?
4    A. I don't know because I -- I didn't.
5    Q. You don't know?
6    A. I didn't.
7    Q. You left about that time?
8    A. Yes.
9    Q. Anybody else complain about Jessica?
10   A. Well, the girl -- the girl that was fired
11 before me, she wanted to complain to Rolando.
12   Q. What was her name?
13   A. Daisy.
14   Q. Okay.
15   A. And Rolando refused her or rejected her.
16   Q. What did she want to complain about?
17   A. Well, I think she had said a cussword to her.
18   Q. Who said a cussword?
19   A. Jessica to the girl told her a cussword.
20   Q. Okay.
21   A. And since she is tall and fat, I think she told
22 her that what she had, fat, something with a cussword,
23 and that she was just a -- she was just in the way.
24        MR. JOE: Can we take a break?
25        MS. WEBBER: Yeah. Let me finish this one

Page 83

1 little part and then we will.
2    Q. Who else complained about Jessica?
3    A. The ones that I had a lot of communication were
4 with the managers. It was Israel and Mario and Diana
5 and Daisy and Teresa. They put up with it because they
6 needed the job.
7    Q. What did Teresa complain about?
8    A. She would only tell me, "I can't stand her. I
9 can't stand her."
10   Q. You don't know why?
11   A. No. She didn't tell me because she was the one
12 that would console me.
13   Q. Did -- did you ever see Teresa cry?
14   A. Yes.
15   Q. When it was about Jessica?
16   A. Yes.
17   Q. But you don't know what happened?
18   A. No.
19   Q. Did Jessica ever make fun of Teresa?
20   A. No. No. I don't know.
21   Q. Did she ever make fun of Diana?
22   A. No.
23   Q. What about Israel?
24   A. Of Israel? Well, once only on one occasion I
25 heard that she told him something, but I did not hear,

Page 84

1 like with getting along with him, but I did not hear.
2    Q. Okay. What about Mario?
3    A. No. With Mario, just that she -- from what he
4 would tell me, that she would treat him badly, that she
5 would give him a lot of work, work that was not his.
6    Q. Did anybody like Jessica?
7        MR. JOE: Objection, form.
8    A. That I know of, no. They all complained and --
9 one of the cash registers [sic] also cried.
10   Q. Who was that?
11   A. What was her name, this girl? I don't remember
12 her name.
13       MS. WEBBER: Okay. Let's take a break.
14       THE WITNESS: Yes.
15       (Brief recess)
16   Q. Ms. Garcia, we took a break. Have you had a
17 chance to think about my question that -- have you told
18 me everything that everybody did or said that upset
19 you? Did you think of anything else?
20   A. Yes. When the cell phone was lost, that
21 afternoon, since I had to leave and it did not appear,
22 and when I saw my coworker, that he was worried because
23 it did not appear, my thought was that maybe he had hid
24 it because he worried, started to help me look for it.
25 And when we were looking for it, the manager arrived,

Page 85

1 the one that was going to work after I got out. His
2 name is Israel. And he asked me what it was that we
3 were looking for, because we had even emptied the trash
4 cans, and they knew that I had to go to San Antonio.
5 So Israel told me, "Marie Cruz, go calmly, calm. Your
6 cell phone will appear. I will take care of it
7 appearing."
8        When I left my job, he stayed making a
9 report. I don't know what it is called. It said there
10 that if the cell phone did not appear, he told the
11 three workers that were there that he was going to
12 suspend the job for ten days.
13       So when I came back to work, Israel told
14 me that the report that he made, he gave it to Jessica
15 as a manager so that she would act higher up, you know,
16 or to check the cameras, because that was our hope.
17 And that Jessica tore up the paper and said that she
18 did not want to know anything.
19       I asked in the best way that I can if
20 there was any way that the cameras could be checked
21 because I know that she lied a lot. She accused me
22 that I made lots of scandals and that I went with the
23 police to McDonald's to accuse the ones that had taken
24 it, and that is not the way, the way that she accused
25 me.

Page 86

1    Q. Anything else?
2    A. Yes. Just a minute. When my cell phone was
3    lost, I left everything lost so that there would be no
4    problem so that I would not lose my job. I asked
5    advice from two officials, officers, of what I could do
6    to fix everything correctly because I did not want to
7    lose my job.
8         The officers, it was one man, one woman
9    that I asked the advice. They advised me and told me
10   that they were going to help me. They called the
11   McDonald's, that if the Rays were there, because it was
12   the day that she took us to the office. I told the
13   police what had happened, and he told me, "I'm going to
14   call right now. We'll talk the way that you want to
15   see if things can be worked out."
16        And Jessica told me that she did not want
17   the cell phone to be mentioned again, and when the
18   police called McDonald's asking for the Rays, Jessica,
19   what she did -- the police arrived with one of them,
20   and it was not mentioned to her at all that they wanted
21   to speak with her.
22        And when I was walking out, I was getting
23   out from the police, and I was surprised because I saw
24   that they were coming. They were parking there in
25   front of the police.

Page 87

1    Q. When was this?
2    A. When she accused me that I had gone to the
3    police, that I had been very rude, very aggressive.
4    Q. Is that the day when the two Rays were there,
5    when you talked to the two Rays?
6    A. Yes. Yes. When I saw them, I returned. I
7    went back, and I told the official that they had
8    arrived there. We were surprised because we were not
9    expecting her. So when they walked in, I was already
10   sitting down there.
11   Q. When they -- excuse me. "When they" is who?
12   A. Jessica and one Ray, Ray Morales.
13   Q. And the police were there with you?
14   A. Yes. Inside the police station.
15   Q. This is -- okay. So this is not at McDonald's?
16   A. No. She left her job at McDonald's to go with
17   Ray Morales to the police because we did not mention
18   her or -- mention her at all or had called her.
19   Q. Were you still working at McDonald's at this
20   time?
21   A. Yes. Yes.
22   Q. You and Ray Morales went to the police
23   department?
24   A. I was there already.
25   Q. At the police department?

Page 88

1    A. Yes. When Jessica arrived -- they arrived to
2    the police station.
3    Q. "They" being Jessica and Ray?
4    A. And Ray. They arrived at the police station.
5    Q. Which police station?
6    A. San Benito. And I sat down waiting for them to
7    come in. She walked in and she asked -- told them to
8    get me out, outside, that she wanted to speak to them,
9    but alone. I walked out and they were talking in
10   English. I did not know what they were saying. But
11   when I was there outside, the woman official arrived,
12   because inside it was just the man, and when I was
13   outside the woman came in; the one I had asked advice
14   for in the beginning.
15        So I called her and told her, "Ma'am," I
16   told her, "I'm here. But now things have really gotten
17   out of hand."
18        And she said, "Oh, really?"
19        And I said, "Jessica is here and Ray
20   Morales, the one that stole the cell phone."
21        And the official, the woman, she opened
22   the door and told her, "Are you Jessica? And you are
23   Ray?" She spoke in Spanish. And she left the door
24   open and she did not go in. She stayed there with the
25   door open and I heard. I heard everything that she

Page 89

1    said. And they told me that she got very rude -- that
2    she was very rude, and I heard that the official
3    officer said, "Where is your education as a manager?
4    What would McDonald's say if they found out of the
5    uproar that you were doing," that what type of
6    reputation was she giving to McDonald's. That's what I
7    heard that they told her.
8    Q. In English or Spanish?
9    A. Spanish.
10   Q. What was the police officer's name? Do you
11   know?
12   A. I don't know what his name was. His last name
13   was Hernandez. I lost the paper. But they gave me a
14   paper where it gave me their names, where it said that
15   they got upset because she got very rude, opposing
16   everything. She was not willing to talk.
17        So they told me that they could not talk
18   well because she was covering them, but that if I had
19   witnesses, to make a report because she had behaved
20   very rudely. And that if I decided to go to court, to
21   look for an attorney, because since they knew the way
22   that she had treated me and she had threatened me, that
23   they had already threatened to fire me -- they told me
24   to look for an attorney and to go to court and that
25   they were willing, if it was necessary, to testify how

BRYANT & STINGLEY, INC.                    (956) 428-0755

Page 90

1  she behaved.
2    Q.  But you don't know their names?
3    A.  No, but I can bring them.  I can bring them.
4    Q.  Please.  We'll leave a blank for you to fill in
5  that information.
6        (Interruption)
7        MS. WEBBER:  Excuse me.
8        MR. JOE:  We can go off the record.
9        (Off the record)
10       MS. WEBBER:  Back on the record.
11   Q.  Okay.  We're going to leave a blank so you can
12  bring the name of the police officers.
13   A.  Yes. _____.
14   Q.  Is there anything else you can think of that
15  anybody did or said that you're complaining about in
16  the lawsuit?
17   A.  The following day -- since that day they were
18  not able to talk to her and she got rude, the
19  officials -- officers were mad.  That's when the report
20  was made.  And the following day when I arrived to
21  work, because I was off that day, that was when Rolando
22  was waiting for me.  And she told Rolando the opposite
23  of everything, that I had gone to make a big commotion
24  at the police station to bother them when they were
25  working at their working hours.  And I swear through

Page 91

1  Christ and my parents that it was not like that.  I can
2  swear anywhere that it was not like that.  That was
3  when Rolando told me to remove the charges or to go
4  look for another job.
5    Q.  And what did you do?
6    A.  I started crying and crying and crying, and I
7  tried -- three times I explained how it had been.  I
8  swore.  I told him that I had proof.  I even told him,
9  because when I said --
10       THE INTERPRETER:  It's a saying.  It's a
11  saying that --
12   A.  I had proof.  I had a lot of proof.
13   Q.  What else --
14       THE INTERPRETER:  The saying is, "When the
15  donkey is white and I have the hairs here in my hand."
16   A.  To please listen to me, that -- I was begging
17  him.  I was begging him to listen to us and that I
18  would give him proofs.  And he repeated again that that
19  was the only option, to withdraw the charges or to look
20  for another job.
21   Q.  And what did you do?
22   A.  I told him that I did not know that when one
23  defended one's rights, one would be fired from their
24  job.  I said, "Because you have not seen and you do not
25  want to listen of what I am telling you of the way that

Page 92

1  they treat me, how they make fun of me for not knowing
2  English and for being a Mexican."
3        He answered, "I am also a Mexican."
4        And I said, "But they do not make fun of
5  you because you have your profession, you know English,
6  and you're the boss."  And I told him, "Even though
7  you-all did not give me the job."  But I thanked him, I
8  stood up and I went and cried in the restroom.
9    Q.  And then what did you do?
10   A.  I was not able to work.  I asked permission to
11  go to the house because I felt really bad.
12   Q.  Was that the last day you worked?
13   A.  No.  I still worked.  I tried to work my two
14  weeks that I asked for because I told them only two
15  weeks -- to give me two weeks because I needed the job,
16  but if -- but if they would give me a job that had been
17  offered to me before, I would leave before.
18   Q.  If you got another job, you would leave
19  earlier?
20   A.  No.  I was -- I was counting on a job that had
21  been offered to me by Whataburger before, being a
22  manager, but they had already occupied my place.
23   Q.  So you went back to Whataburger and tried to
24  get a job?
25   A.  Yes.  Yes.  Before completing my two weeks, I

Page 93

1  went to see if they would still receive me, and the man
2  apologized and said that they had already occupied.
3    Q.  So they didn't have any jobs?
4    A.  No.
5    Q.  Did you try to get a job anywhere else?
6    A.  No.  No, because I was scared and I got like a
7  depression.  I got sick.
8    Q.  When was this?
9    A.  The days that I left my job, that I did not
10  work -- the days that I did not work.
11   Q.  So how much -- how many days of that two weeks
12  did you work?
13   A.  I was only able to stand six or seven days.
14   Q.  And Whataburger is the only place you went to
15  try and find a job?
16   A.  Yes.
17   Q.  Okay.  You didn't try to get a job at Dairy
18  Queen or Stars or --
19   A.  I went to also -- yes.  I did go to
20  Jack-In-The-Box with someone that I knew to see if she
21  could help me.
22   Q.  What happened?
23   A.  She said that it was very slow.
24   Q.  They didn't have any positions?
25   A.  No, that they had just opened the one over by

Page 94

1  Home Depot and that it was very slow.
2      Q.  Okay.  Anyplace else that you tried to find a
3  job?  Wal-Mart?  Home Depot?
4      A.  No.  I asked for help at the school.  A friend,
5  a neighbor, saw me that I was very depressed, and she
6  supported me to go to school.  And then a counselor
7  there at the school -- a counselor at the school, I
8  told her about my problem, and I was going with her --
9  to see her in the mornings like for advice, you know.
10  I started school.  I met my -- the other girls that
11  were taking the classes, my teachers, good people.  I
12  told them about my problem, and they have been trying
13  to help me get on with my life.
14      Q.  The counselor, this is somebody who's -- that's
15  their job, is to be a counselor?
16      A.  Yes.  Contracted by the school.
17      Q.  What's the person's name?
18      A.  Cavazos?  Ornelas.  It's Ornelas.  Ms. Ornelas.
19      Q.  Do you still see her?
20      A.  Yes.  She was let go, but I do see her because
21  I am grateful and I am going to see her.
22      Q.  When I say "see her," are you still getting
23  counseling from her?
24      A.  No.  No, not anymore.
25      Q.  How many times did you go for counseling?

Page 95

1      A.  Well, almost the whole year, last year.  She
2  would give me every Tuesday two hours.  As a matter of
3  fact, I went to see her lately and I asked her if she
4  could give me a letter, like a justification, and she
5  said "yes," to speak to the principal, and that if she
6  authorized it and signed it, she would make the letter.
7  And, yes, I spoke.  And all of them support me.  Yes.
8      Q.  But you don't have a letter yet?
9      A.  No.
10      Q.  When do you expect to go back to work?
11      A.  Well, I wanted to ask you a favor, if you could
12  help me, to give me a letter, recommendation, so that
13  like that way feeling confident I could go and make
14  applications, because I feel that they're going to
15  refuse me.
16      Q.  And why do you think they're going to refuse
17  you?
18      A.  Because Jessica told me that because of her,
19  no, I was not -- they were not going to give me a job
20  anywhere, that it depended on her, whatever she said,
21  to be able to get a job.
22      Q.  Are you aware that the policy at McDonald's is
23  to only provide someone who's calling about a
24  prospective employee the date they were hired, the date
25  they left employment, and that's it?

Page 96

1          MR. JOE:  And their salary.
2          MS. WEBBER:  I don't know if they'll give
3  salary.  They'll confirm salary.
4      Q.  But the policy is really only to say when you
5  were there, to confirm that you were there.
6          MR. JOE:  Is that a question?
7          MS. WEBBER:  I'm getting ready to --
8      Q.  Are you aware of that?
9      A.  No.
10      Q.  Have you ever called the office in La Feria
11  about any of this?
12          MR. JOE:  Objection, form.
13      A.  No.  No, because I was scared to go to the
14  office or to go look for Ruben, because he offered help
15  that if one day I needed a reference or something, to
16  look for him.  But I never wanted to stop at a
17  McDonald's because I got a paper from Austin.  My
18  husband read it to me.  Because when I went to the
19  unemployment office, they sent some papers to Austin.
20  And as I understand it, they investigated, and in that
21  investigation she accuses me of something that I did
22  not do.  So with that, I'm scared.  I don't want to go
23  anywhere because they might accuse me that I want to
24  make a commotion or something.
25      Q.  But you called Ruben, right?

Page 97

1      A.  I called him, but he did not -- I did try to
2  call him on the cell phone, but he changed it.
3      Q.  But you said you talked to Ruben?
4      A.  Once.
5      Q.  Okay.
6      A.  And then I tried to call him, but, no, I was
7  not able to.  I only communicated with him once.
8      Q.  Did you ask him anything about what you should
9  do about it?
10      A.  I don't remember.  I don't remember.
11      Q.  Have you told me everything that you can
12  remember that anyone said that you're complaining about
13  in your lawsuit?
14      A.  That someone told me?
15      Q.  Said to you that you're complaining about.
16      A.  Oh, no.
17      Q.  What else is there?
18      A.  Lots of anxiety --
19      Q.  Okay.  Let me clarify.  I want to find out
20  everything that anyone who worked for McDonald's said
21  to you that you are complaining about in your lawsuit.
22  Have you told me everything that anyone said?
23      A.  Someone?  No, just Jessica.  Only Jessica.
24      Q.  You're complaining about Jessica only?
25          MR. JOE:  Objection, form.

Page 98

1    A. Of Jessica and the phone, you know, that I lost
2  it, and that I think that what I went through, what I
3  saw, what I felt, that that came through her.
4    Q. Okay.
5        MR. JOE: I don't think she understands
6  the question.
7        MS. WEBBER: Yeah.
8    Q. To try this case, I need to know everything
9  that you are complaining about. That's one of the
10 reasons we're doing the deposition today.
11       MR. JOE: I'll object to that because
12 that's not a question.
13   Q. So I'm asking you to tell me everything that
14 you are complaining about so that I will be able to
15 know, because I wasn't there, so you're the only one
16 that can tell me.
17       So my question is, have you told me
18 everything that you're complaining about?
19       MR. JOE: Objection, form.
20   A. I don't remember.
21   Q. Can you think of anything else that Jessica
22 said to you that upset you?
23   A. Well, what she told me was about the cactus,
24 that I was never going to be able to erase it from my
25 forehead.

- Page 99

1    Q. Right. Not anything you've already told me.
2  Is there anything else?
3    A. She also accused me. She accused me
4  formally --
5    Q. Formally?
6        THE INTERPRETER: "Formally."
7    A. -- that I had gotten names from the men from
8  the computer, that I had gotten their addresses,
9  personal things, their personal names from the computer
10 without her authorization. And she was stubborn,
11 upset, strict, that she wanted to know why I was
12 getting that information, being that never ever did I
13 get the computer because I don't even know how to use
14 it.
15       The proof is that they showed me in
16 school. I have a computer at the house. They gave it
17 to my husband. And I don't even know how -- I don't
18 know how to get anything.
19       Also, when I went to receive my last
20 check, they did not want to give it to me because of
21 some orders that she gave for them not to give it to
22 me, because I had to take a signed paper that I had
23 given -- delivered everything or returned everything.
24 I did. The uniform and everything at the office. I
25 had the signed paper, and she did not want to give it

Page 100

1  to me because she was demanding -- she was demanding a
2  book, a book that I never received.
3    Q. What was it called?
4    A. The book?
5    Q. Si.
6    A. I don't know. A book about -- like -- like a
7  phone book, to fix from there -- from McDonald's, like
8  an orientation for the managers.
9    Q. Did you go to any of the manager trainings?
10   A. No. Nobody.
11   Q. "Nobody" what?
12   A. Nobody went.
13   Q. Okay.
14   A. I would ask, you know, because I was interested
15 in going up the ladder. And they told me that
16 McDonald's gave some schooling, but when one was going
17 to be an assistant or -- or like Jessica, but the
18 assistant had not finished it. But sometimes
19 McDonald's needs the people and they don't -- they
20 don't mind if they have not finished with the school.
21 They need them and that's all.
22   Q. Okay. So they -- the training that you
23 received was on-the-job training in the restaurant?
24   A. There at the job.
25   Q. And that's what all of the managers were

Page 101

1  getting?
2    A. Yes. They saw how one worked, the knowledge,
3  one to respond and to know everything.
4        (Pause)
5    A. There's something else.
6    Q. Okay.
7    A. Also, when I spoke to Rolando, I asked him as a
8  favor when I begged him to listen to me, I told him
9  that if he did not believe in me, to please check the
10 cameras so that he himself would really see if I had
11 been rude or if I had gone to the police, like she was
12 accusing me, to please check it, that the cameras would
13 speak for themselves.
14   Q. Okay. You, in your lawsuit, allege defamation.
15 Do you know what that is?
16   A. Yes.
17   Q. What is it?
18       MR. JOE: Objection, form. That's a legal
19 question.
20   A. That I was a Mexican, that she always saw me
21 bad because I was a Mexican. They would tell me to my
22 face that I was a Mexican, that I was never going to
23 learn anything because I had been raised in Mexico. As
24 a matter of fact, when I told her that I was already
25 registered to go to school, that I was going to try to

Page 102

1  be able to respond to her, she made fun of me and told
2  me, "Oh, if she doesn't know" -- "if she didn't go to a
3  Spanish school, she's not going to be able to learn
4  English."
5        MR. JOE: She just answered the question
6  of what is discrimination. So obviously we're going to
7  have a problem answering a legal question. I'm going
8  to ask her not to answer or define any more legal
9  terms.
10       Q. Do you believe that someone at McDonald's said
11  something about you to someone else that was not true
12  that --
13       A. I'm sorry. I did not understand.
14       Q. Do you believe that someone at McDonald's told
15  someone else something about you that was not true?
16       A. Well -- I can't grasp it.
17       Q. Okay. Do you know what the word "true" means?
18       A. Uh-huh.
19       Q. "True," "false"?
20       A. Uh-huh.
21       Q. Did someone say something about you that was
22  false to someone else?
23       A. Well, the workers, the ones that I commented
24  that why were they accusing me of something that
25  wasn't, because my coworkers would call me because they

Page 103

1  fired all of them. One by one they got them out. And
2  they said that because of them, there was no problem,
3  that they resented it, but it was not as bad as me,
4  what they had -- how would you say --
5        THE INTERPRETER: I'm going to look for a
6  word in the dictionary.
7        A. Things that were not true.
8        THE INTERPRETER: "Slander."
9        MS. WEBBER: Can you interpret that,
10  "slander"?
11       THE INTERPRETER: I'm sorry. The witness
12  mentioned the word "slander."
13       Q. Okay. That's what I'm talking about. Okay.
14  You've alleged slander. So I'm trying to find out now
15  what it is that you are claiming that someone said
16  about you that was slander.
17       A. Jessica. Jessica was the one that accused me.
18  Of everything that she testified, it is not true. And
19  I swore right now and I will swear again. And if there
20  are any more witnesses apart from the officer, that
21  they can testify where I asked for advice so that there
22  would be no problem.
23       MR. JOE: And that's basically what -- I
24  wrote the petition. That's basically what I was
25  getting to in writing those phrases the way I did.

Page 104

1  Jessica accused her of being a liar knowing that she
2  would be lying in the accusation. She accused my
3  client of being a liar.
4        MS. WEBBER: Hold on a second.
5        Q. When you left McDonald's during that two-week
6  period after you talked to Rolando, did you call
7  somebody and tell them you weren't coming back to work?
8        A. No.
9        Q. Okay. You just didn't go?
10       A. No. I did go. I went the day when I was not
11  going to work to speak to Jessica, but she was very
12  busy. There were a lot of people. And Diana, her
13  assistant, was there at a corner of McDonald's doing
14  some paperwork or something. I don't know what she was
15  doing. I spoke with her and I told her that I was not
16  going to return.
17       We commented what I was -- that I was
18  hurt, the things that they did to me. She also told me
19  that maybe she was not going to be able to stand it for
20  long. I said "good-bye." I left. Then Jessica called
21  me. She called me. I told her that I could not go
22  because my son was sick, I told her. I thought about
23  it for two days. I went to see her to see what she
24  wanted. She got very angry and told me why -- if I had
25  gone to McDonald's, why did I not tell her that I was

Page 105

1  not going to work and why did I have to tell Diana.
2  And I answered because it was her working hours, she
3  was very busy, and I did not want to bother her.
4        I also did that thinking that she had
5  already accused me with Rolando that I was getting
6  aggressive during my working hours, that I was working
7  very rude during the working hours. That's why I did
8  not speak to her, thinking and avoiding problems.
9        I only listened to her. I thanked her and
10  I left.
11       Q. So your last day was approximately when?
12       A. It was around the 17th or the 18th of July.
13       Q. 2002?
14       A. Yes.
15       Q. Did you use a time clock?
16       A. Who?
17       Q. At the store.
18       A. Well, we had the clock. We would check the --
19  when we would come in and when we would leave in the
20  computer -- at the register. I'm sorry.
21       Q. So you clocked in at the register?
22       A. Yes. They gave us -- I don't remember if they
23  were four numbers. We would push in the four numbers,
24  enter, and when we would leave, it was another one.
25       Q. So you had an employee number?

Page 106

1    A. Yes.
2    Q. Okay. And you used that to keep your time on
3  the register?
4    A. Yes.
5    Q. And there was a break room at your -- at the
6  store where you worked?
7    A. A what?
8    Q. Place where they could -- where you could go
9  and eat in the back.
10   A. Yes. Yes. There was a small table for whoever
11 wanted to eat in the back, but sometimes it was full of
12 things.
13   Q. The incident where Ray Morales and Jessica
14 Torres were at the police department and you were
15 there, was that before you left your employment at
16 McDonald's?
17   A. Oh, yes.
18   Q. Okay.
19   A. The following day, Rolando arrived.
20   Q. Si.
21   A. Because that afternoon -- yes, the following
22 day.
23   Q. Okay. Have you taken any kind of medication --
24        MR. JOE: Objection, form.
25   Q. -- for any depression or anything?

Page 107

1    A. Oh, now since I stopped working?
2    Q. Yes.
3    A. Yes.
4    Q. What?
5    A. Well, I don't know. They gave me some pills
6  for the nerves, to go to sleep, for a pain I had on
7  this side of my stomach. I would get the pain, the
8  pain, and I -- I honestly did not have money to go see
9  a doctor here, so I went to La Clinica Familiar.
10   Q. La Clinica?
11   A. It's Clinica Familiar.
12   Q. And where is that located?
13   A. In Harlingen.
14   Q. Who is your doctor?
15   A. I was seen by Dr. -- what's his name -- Pinto.
16   Q. P-I-N-T-O?
17   A. Uh-huh.
18   Q. Like the bean?
19   A. First I was seen by a gynecologist because they
20 thought that this pain, that maybe it had to do with
21 woman problems. But then they sent me to another
22 doctor, but the medicine was expensive and I did not
23 have to buy it. I sold some of my clothing and I went
24 to Mexico to see a specialist because I was even
25 getting -- getting like dizzy spells and I could not

Page 108

1  sleep. I saw a specialist and he controlled me.
2    Q. Because they had sent me here at the clinic to go get a
3  study to -- they sent me to have it done outside --
4  here it was very expensive -- for the pain because they
5  do not have the apparatus that I needed. So they sent
6  me to -- Oklahoma? No.
7        THE WITNESS: What's the name of the
8  hospital, the clinic, Oscar?
9        MR. GARCIA: Can I answer?
10       MS. WEBBER: Yeah.
11       THE WITNESS: When they sent me over there
12 that they did not charge me.
13       MR. GARCIA: Galveston.
14   A. Galveston. But if I did not have -- I had to
15 pay them here, and over there they were not going to
16 charge me, but the transportation. Where was I going
17 to stay? So I went and told them that I did not have
18 money and I was going to stay like that.
19   Q. Your pain stopped?
20   A. No.
21   Q. Where is the pain located?
22   A. In this side of my stomach. When I hear the
23 name "McDonald's" or when I see McDonald's, I feel -- I
24 feel an anxiety and I get the pain. Not often.
25       MR. JOE: And it's not because of the

Page 109

1  food.
2    Q. When was the first time you ever got the pain?
3    A. I think maybe two weeks after I got out of the
4  job.
5    Q. How often do you have it?
6    A. Well, there are days and days that I don't.
7  But the specialist from Matamoros told me that it was
8  anxiety.
9    Q. What was that person's name? Pinto?
10   A. No. From Matamoros. Here I did not continue
11 because it was very expensive, the studies that they
12 wanted.
13   Q. Are you taking any medication now?
14       MR. JOE: Objection, form.
15   A. Well, no. Last week, yes. When they mentioned
16 that I had to come, I felt the anxiety. I felt the
17 anxiety. And sometimes I just remember and I get the
18 depression. I left my school, and right now I haven't
19 gone. It's been about two weeks. I had a letter, a
20 justification letter that I did not go because I got
21 sick.
22   Q. Who wrote that for you?
23   A. The principal.
24   Q. When you say you got depressed, what do you
25 mean?

Page 110

1    A. I feel sad.
2    Q. Anything else?
3    A. Because I -- since I was a young girl, I've
4  worked. I have liked working. And there are moments
5  when I get the depression because I'm not working and I
6  feel -- I -- I get -- feel uneasy.
7    Q. Anything else?
8    A. There was something and I forgot.
9       One day I told Jessica that I didn't feel
10  well and I told her that I felt anxious, like asking
11  her for her not to take my job away because it had
12  taken me a lot to earn my position. I told her, "You
13  don't know everything that I have gone through to have
14  my position."
15       And what she answered, she said, "Me too.
16  It cost me some work, this position that I have."
17       And I told her that -- that when she told
18  me that she was going to send me back with a small
19  cloth to go back and clean, that I had felt such
20  sadness, that at that moment I felt I was going to
21  faint.
22       And she answered, "Well, faint. The only
23  thing that I have to do is to give you a slap and pick
24  you up."
25    Q. What do you like to do for -- what makes you

Page 111

1  happy?
2    A. Work. Work. Because who doesn't want to have
3  a small house to live? Well, thank God we have a small
4  trailer. But my husband and I, what we were really
5  hoping was to buy a small house between the both of us.
6  And I'm happy helping my family because I'm from Mexico
7  and I will never complain about my family.
8    Q. What do you do to make you happy, though? What
9  kind of things do you like to do to make you happy?
10    A. What types of things at the work?
11    Q. No. Just in life.
12    A. Help people, the people that needs me.
13    Q. Do you still do that?
14    A. Yes.
15    Q. Okay.
16    A. I have some papers in my car where I am going
17  to start as a volunteer to take care of children at
18  school to see if that way they can give me a record and
19  later on start working at the school. I asked my
20  teachers if they could help me, and I'm willing to
21  start as a volunteer to be able to get a small
22  position, even if it's as a cook in the cafeteria.
23       I have proof where I've already got the
24  tuberculosis shot. That's what they asked for at the
25  school. And to fill in my papers, which I have still

Page 112

1  not done. And I thank God that I came out positive --
2  negative.
3    Q. Negative. Okay.
4       (Pause)
5    Q. Did Jessica make any comments to anyone else
6  about being -- when I say "anyone else" -- strike the
7  question.
8       Did Jessica make any comments to any other
9  employee about being Mexican?
10       MR. JOE: About who being Mexican?
11       MS. WEBBER: Just about them being
12  Mexican.
13    A. No.
14    Q. You only heard her say those to you?
15    A. Yes.
16    Q. Okay. Everyone else's complaints about Jessica
17  was that she was not a very good manager?
18    A. That.
19    Q. And that she treated them rudely?
20    A. Yes.
21    Q. Okay.
22    A. With cusswords.
23       (Pause)
24    Q. Did you ever hear Jessica say to an employee,
25  "You're not worth potatoes," the comment that she made

Page 113

1  to you?
2       MR. JOE: Objection, form.
3    A. Only to me.
4    Q. Okay. So you're saying that the comment was
5  only made to you?
6       MR. JOE: Objection, form. That's not
7  even --
8       MS. WEBBER: What is the objection?
9       MR. JOE: Well --
10    A. Yes.
11       MR. JOE: -- first, she already answered
12  the question. You've already asked the question about
13  whether she's heard her say that to anybody else. But
14  then the question of whether she only said that to my
15  client is not even the same question. My client would
16  only know what she's either heard said to someone else
17  or what she heard her say to herself. She can't
18  testify whether Jessica has ever said that to someone
19  else.
20    Q. What happened to Ray Morales? Do you know?
21    A. Well, since they arrested him -- they arrested
22  him there at your humble house, and I did not know or
23  hear from him again. I have the camera where they
24  arrested them and where the other Ray is speaking with
25  me, but unfortunately, you cannot hear what we were

BRYANT & STINGLEY, INC.                    (956) 428-0755

Page 114

1 talking because the camera was far away. But he was
2 telling me, the other person, because the arrest was
3 going to be for both of them, but first they arrested
4 one because he behaved more rudely and complained about
5 me to Jessica and because he lied. He said he did not
6 have anything.
7      And afterwards when they went to look for
8 me at the house and to offer money, the cell phone, I,
9 there in the video, told them that I am very sorry,
10 that there was nothing that I could do, that I had
11 begged them -- I had begged them that I wanted for
12 everything to work out and that they did not want to
13 listen to me, and now everything was under the police.
14 You can see where I am with my papers saying, "I'm
15 sorry. I did not want it to reach" -- "to be like
16 this."
17      And he was telling me, "If it was because
18 of me, I would have given you the cell phone, but
19 Jessica did not let us. But if they arrest me, I'm
20 going to tell or talk bad about her, that it was
21 because of her."
22      Q. Why were Ray and Ray at your house?
23      A. Because when they saw that there was no way out
24 for them, that there was proof, the order of arrest --
25 the warrant for the arrest was out, they went with me

Page 115

1 to beg me -- to beg me to remove the charges so that
2 they could feel fine and that they would buy the cell
3 phone for me and that they would give me some extra
4 money for the damages, that they would pay for the year
5 that I lost, because when you stop using the phone --
6 the cell phone, you have to pay for it.
7      Somewhere there's a paper there of one
8 time when they did not find me and they left it there
9 at the entrance, at the gate, where they are telling
10 me, "I am so and so and so and so. We came to see you
11 to return your cell phone or we will buy it" -- "buy
12 you one. We want to know if you are going to remove
13 the charges so that we can be calm." I have the paper
14 for proof.
15      Q. Who did the videotape?
16      A. Me. The camera, I had it coincidentally
17 outside because of my son, since I have in my poor
18 house a small piece of garden, and he's there looking
19 for the animals so they won't eat my flowers, and I
20 like to take video of him. So I remembered my camera
21 was outside when the police arrived and I ran and
22 turned it on.
23      Q. Why did the police come to your house? Did you
24 call them?
25      A. I went to the police station to tell them that

Page 116

1 they were bothering me at my house, that they wanted
2 for me to remove the charges, because Ray Morales did
3 not want to end up in jail because he was -- how do you
4 call it? Under --
5      Q. Investigation?
6      A. No. That they let him go and he's under --
7      MR. JOE: Probation?
8      A. Probation. Yes. And they did not want this to
9 be added on because they were going to put him in jail
10 for more time. And I told the police and the police
11 told me to call them whenever they came back because
12 they bothered me a lot.
13      Since I always have the gate locked at the
14 fence and sometimes I did not go out, they would honk
15 and they would honk for a long time. And the police
16 told me, yes, to be brave, because I was very scared,
17 you know, and to try to control myself and to keep them
18 there and for me to call them and that they would go
19 arrest them because they already had the -- the arrest
20 ready.
21      Q. Okay.
22      MS. WEBBER: Let's take a quick break.
23 I'm almost finished.
24      (Brief recess)
25      Q. Jessica Torres is Hispanic, isn't she?

Page 117

1      A. Yes.
2      Q. Do you know if she goes to Mexico?
3      A. No, I do not know. She almost didn't talk to
4 me.
5      Q. Okay.
6      A. The day that she did, it was just to offend me.
7      Q. Okay.
8      MS. WEBBER: I don't have any other
9 questions at this time.
10      MR. JOE: I'll reserve my questions until
11 the time of trial.
12      (Deposition concluded)
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 118

ERRATA SHEET/SIGNATURE PAGE

PAGE LINE CHANGE                    REASON

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

I, MARIE CRUZ GARCIA, have read the foregoing

transcript and hereby affix my signature that same is

true and correct, except as noted above.

_____

MARIE CRUZ GARCIA

THE STATE OF TEXAS

COUNTY OF _____

    SUBSCRIBED AND SWORN TO BEFORE ME, the

undersigned authority on this the _____ day of

_____, 2004.

_____

Notary Public in and for

The State of Texas

Page 119

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARIE CRUZ GARCIA,   )(
    Plaintiff   )(
                 )(
VS.              )( CIVIL ACTION NO. B-03-CV-231
                 )(
R.E.E., INC., D/B/A   )(
McDONALDS, A TEXAS     )(
CORPORATION,       )(
    Defendant   )(

REPORTER'S CERTIFICATION

I, RHONDA A. MARTIN, Certified Court Reporter,
certify that the witness, MARIE CRUZ GARCIA, was duly
sworn by me, and that the deposition is a true and
correct record of the testimony given by the witness on
NOVEMBER 9, 2004; that the deposition was reported by
me in stenograph and was subsequently transcribed by me
or under my supervision.

I FURTHER CERTIFY that I am not a relative,
employee, attorney or counsel of any of the parties,
nor a relative or employee of such attorney or counsel,
nor am I financially interested in the action.

    WITNESS MY HAND on this the _____ day of
_____, 2004.

_____
RHONDA A. MARTIN, Texas CSR 4297
Expiration Date: 12-31-05
Bryant & Stingley, Inc.
Firm Registration No. 41
2010 East Harrison
Harlingen, Texas 78550
(956) 428-0755