United States District Court
Southern District of Texas
FILED

FEB 0 9 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA CRUZ GARCIA, | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. B-03-231 |
| | § | |
| V. | § | JURY DEMANDED |
| | § | |
| R.E.E., INC. D/B/A McDONALD'S, | § | REMOVED FROM THE COUNTY |
| A TEXAS CORPORATION, | § | COURT AT LAW NO. 3 |
| Defendant | § | CAMERON COUNTY, TEXAS |

### STIPULATIONS OF PLAINTIFF, MARIA CRUZ GARCIA, AND DEFENDANT, R.E.E., INC. D/B/A McDONALD'S, A TEXAS CORPORATION

**TO THE HONORABLE UNITED STATES COURT JUDGE:**

Now come Plaintiff, **Maria Cruz Garcia** ("Plaintiff"), and Defendant, **R.E.E., INC. D/B/A McDONALD'S, A TEXAS CORPORATION** ("Defendant"), and announce to the court that they have entered into the following binding Stipulations regarding the allegations made in this case.

### STIPULATIONS OF THE PARTIES

1. Plaintiff stipulates that she is hereby withdrawing and abandoning any and all claims of negligence, including negligent hiring, supervision and retention, and negligent investigation, in this lawsuit against Defendant.

2.  Plaintiff stipulates that she is hereby withdrawing and abandoning any and all claims of sexual harassment in this lawsuit against Defendant.

3.  Plaintiff stipulates that she is hereby withdrawing and abandoning any and all claims of intentional infliction of emotional distress in this lawsuit against Defendant.

4.  Plaintiff stipulates that she is hereby withdrawing and abandoning any and all claims of defamation in this lawsuit against Defendant.

5.  Plaintiff stipulates that she is hereby withdrawing and abandoning any and all claims of civil conspiracy in this lawsuit against Defendant.

6.  In exchange for the agreements set forth above, Defendant agrees to withdraw its motion for summary judgment now pending before the Court.

Respectfully submitted,

By: _____ David R. Joe by Tony B. Webber w/ permission

**David R. Joe**
Federal Bar No. 34002
Texas State Bar No. 24003872

**Brewer, Brewer, Anthony & Middlebrook, P.C.**
1702 E. Tyler Street, Suite 1
Harlingen, Texas 78550
Telephone: (956) 428-5500
Telefax: (956) 428-5518

**ATTORNEY-IN-CHARGE FOR PLAINTIFF, MARIA CRUZ GARCIA**

By: 

**Tonya Beane Webber**
State Bar No. 21042300
Federal I.D. No. 6145
**PORTER, ROGERS, DAHLMAN & GORDON, P.C.**
One Shoreline Plaza, Suite 800
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3708
Telephone: (361) 880-5824
Telefax:　(361) 880-5844

**ATTORNEY-IN-CHARGE FOR DEFENDANT,
R.E.E., INC. D/B/A McDONALD'S**

**OF COUNSEL:**

**PORTER, ROGERS, DAHLMAN & GORDON**
A Professional Corporation
One Shoreline Plaza, Suite 800
Corpus Christi, Texas　78401-3708
(361) 880-5808 - Office
(361) 880-5844 - Telefax

S:\R.E.E., Inc\Garcia, Maria Cruz\PLDG\Stipulations.doc