IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED

FEB 1 4 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARIA CRUZ GARCIA,<br>Plaintiff,<br><br>vs.<br><br>R.E.E., INC. D/B/A/ MCDONALD'S,<br>A TEXAS CORPORATION,<br>Defendant. | §<br>§<br>§<br>§   Civ. No. B-03-231<br>§<br>§<br>§<br>§ |

### ORDER

Based upon the Stipulations of Plaintiff Maria Cruz Garcia and Defendant R.E.E., Inc. ("Defendant") filed on February 9, 2005, the Court hereby **DENIES** as moot Defendant's Motion for Summary Judgment (docket number 10). As per the scheduling order, the parties must submit to the Court their pretrial order by March 11, 2005. The pretrial order is to reflect only the remaining live causes of action and defenses thereto.

Signed in Brownsville, Texas, the 14th day of February.

Judge Andrew S. Hanen
United States District Judge

Signed