UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 1 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARIA CRUZ GARCIA, | ' |
| Plaintiff | ' |
| | ' CIVIL ACTION NO. B-03-231 |
| V. | ' |
| | ' |
| R.E.E., INC. D/B/A McDONALD=S, | ' |
| A TEXAS CORPORATION, | ' |
| Defendant | ' |

## NOTICE OF SETTLEMENT

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

NOW COMES Plaintiff, Marie Cruz Garcia, and, pursuant to Local Rule 16.3, files this Notice of Settlement to advise the Court that the parties have successfully mediated, settled and resolved all facts and law in dispute in the referenced case, and states to the Court that the matter is ripe for entry of Final Judgment with prejudice as to all claims against the Defendant, R.E.E., Inc. d/b/a McDonald's, A Texas Corporation. Plaintiff has contemporaneously with this Notice submitted a proposed Final Judgment for entry by the Court.

Respectfully submitted,

By: _____
David R. Joe
State Bar No. 11425836
Federal I.D. No. 34002

**BREWER, ANTHONY, MIDDLEBROOK & DUNN, P.C.**
1702 E. Tyler Street, Suite 1
Harlingen, Texas 78550
Telephone: (956) 428-5500
Telefax:     (956) 428-5518

**ATTORNEY-IN-CHARGE FOR PLAINTIFF,
MARIE CRUZ GARCIA**

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause on the 10th day of March 2005, as follows:

**VIA TELEFAX – 361-880-5844
AND REGULAR MAIL**
Tonya Beane Webber
**PORTER, ROGERS, DAHLMAN & GORDON, P.C.**
One Shoreline Plaza, Suite 800
800 North Shoreline Boulevard
Corpus Christi, Texas 78401

_____
David R. Joe