UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIA CRUZ GARCIA,<br>    Plaintiff | '<br>'<br>'   CIVIL ACTION NO. B-03-231<br>'<br>' |
| V. | '<br>' |
| R.E.E., INC. D/B/A McDONALD=S,<br>A TEXAS CORPORATION,<br>    Defendant | '<br>'<br>' |

## FINAL JUDGMENT

It is the Final Judgment of this Court that this case is dismissed with prejudice as to all claims against Defendant, R.E.E., Inc.

Ordered this _____ day of _____, 2005.

_____
**Andrew Hanen, Presiding Judge**
**United States District Judge**