United States District Court
Southern District of Texas
ENTERED

MAR 2 9 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA CRUZ GARCIA | § | |
| | § | |
| VS. | § | CIVIL NO. B-03-231 |
| | § | |
| R.E.E., INC. D/B/A McDONALDS | § | |
| A TEXAS CORPORATION | § | |

# FINAL JUDGMENT

It is the Final Judgment of this Court that this case is dismissed with prejudice as to all claims against Defendant, R.E.E., Inc. All parties are to assume their own costs.

Signed this 29th day of March, 2005.

_____
Andrew S. Hanen
United States District Judge